UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
Jacksonville Division
www.flmb.uscourts.gov

In re:

Institute of Cardiovascular
Excellence, PLLC,

        Debtor.
_____/

Case No.: 3:16-bk-01491-JAF
Chapter 11

ICE Holdings, PLLC,

        Debtor.
_____/

Case No.: 3:16-bk-01492-JAF
Chapter 11

ICE Real Estate Holdings, LLC

        Debtor.
_____/

Case No.: 3:16-bk-01493-JAF
Chapter 11

Debtors' Motion for Joint Administration of Chapter 11 Cases

Institute of Cardiovascular Excellence, PLLC, ICE Holdings, PLLC, and ICE Real Estate Holdings, LLC, Debtors-in-Possession (collectively, the "**Debtors**"), by and through undersigned counsel and pursuant to Bankruptcy Rule 1015 and Local Rule 1015-1(b), move this Court on an *ex parte* basis to enter an Order of Joint Administration of the following three related Chapter 11 cases: (1) *In re Institute of Cardiovascular Excellence, PLLC*, Case No. 16-01491-JAF, (2) *In re ICE Holdings, PLLC*, Case No. 16-01492-JAF, and (3) *In re ICE Real Estate Holdings, LLC*, Case No. 16-01493-JAF, and state as follows:

    1.    On April 20, 2016, Debtor Institute of Cardiovascular Excellence, PLLC, ("**ICE**") filed a Voluntary Petition for relief under Chapter 11 of Title 11, United States Code (the "**Bankruptcy Code**") in this Court.

2.     On April 20, 2016, Debtor, ICE Holdings, PLLC, ("**ICE Holdings**") filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code in this Court.

3.     On April 20, 2016, Debtor, ICE Real Estate Holdings, LLC, ("**ICE RE**") filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code in this Court.

4.     ICE is a Florida professional limited liability company which is based in Ocala, Florida and which was formed in January 2009 by Dr. Asad Qamar, M.D. ("**Dr. Qamar**"), a cardiologist, and his wife, Dr. Humeraa Qamar, M.D. (collectively, the "**Qamars**").[1]

5.     ICE, which provides cardiac diagnostic and therapeutic services through three offices in Central Florida, is the entity through which Dr. Qamar carries out his cardiology practice. ICE is wholly owned by ICE Holdings.

6.     Related entity and affiliate ICE RE is a real estate holding company that owns the property on which ICE's offices are located. ICE RE is wholly owned by ICE Holdings.

7.     ICE Holdings, which has a 100% ownership interest in both ICE and ICE RE and which is wholly owned by Dr. Qamar, serves as the manager of ICE and ICE RE. (ICE, ICE RE, and ICE Holdings are referred to herein collectively as the "**ICE Entities**".)

8.     The cases of the ICE Entities are interrelated and therefore joint administration is appropriate. The largest secured creditor, Fifth Third Bank, holds seven loans which are cross-collateralized and cross-guaranteed by the various ICE Entities, and each of the three ICE Entities cases share the same secured creditors.

9.     In addition, ICE Holdings is the sole owner of both ICE and ICE RE.

10.    Joint administration of these debtors will not give rise to any conflict of interest between the estates.

---

[1] The Qamars filed an individual joint Chapter 11 petition in this Court simultaneously with the filing of the ICE petitions.

11. Pursuant to Bankruptcy Rule 1015(b), a court may order joint administration of a debtor and an affiliate. Here, the ICE Entities are affiliates of each other, pursuant to Section 101(2) of the Bankruptcy Code, as ICE Holdings is the 100% owner of ICE and ICE RE.

12. Bankruptcy Rule 1015(b) also states that "[p]rior to entering an order [directing joint administration] the court shall give consideration to protecting creditors of different estates against potential conflicts of interests." Here, joint administration will not give rise to any conflict among creditors of the ICE Entities' estates; in fact, such administration will benefit said creditors, as the administrative cost burden will be reduced through joint administration.

13. The Chapter 11 Debtors request that the instant case, *In re Institute for Cardiovascular Excellence, PLLC*, be considered the "lead case", and that all pleadings for both Debtors be filed under the lead case number.

14. The Debtors will not commingle assets or liabilities unless and until it is determined, after notice and hearing, that these cases involve the same debtors or that another ground exists to authorize same or order of substantive consolidation of these cases.

WHEREFORE, Debtors, Institute for Cardiovascular Excellence, PLLC, ICE Holdings, PLLC, and ICE Real Estate Holdings, LLC, respectfully request that the Court enter an order (a) jointly administering the Chapter 11 cases of the ICE Entities, (b) assigning the case of *In re Institute for Cardiovascular Excellence,* PLLC as the "lead case", and (c) granting such other and further relief as this Court deems just and proper.

## PROOF OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on the following in the manner stated below on April 26, 2016:

Served VIA CM/ECF to all parties listed on the Court's CM/ECF notification list and served VIA First Class US Mail on all of the creditors and interested parties listed on the court matrix attached hereto.

        Respectfully submitted,
        Furr & Cohen, P.A.
        *Attorneys for the Debtors*
        2255 Glades Road, Suite 337W
        Boca Raton, FL 33431
        (561) 395-0500/(561)338-7532-fax

        By /s/ *Aaron A. Wernick*
           Aaron A. Wernick, Esq.
           Florida Bar No. 14059
           Email: awernick@furrcohen.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-3<br>Case 3:16-bk-01491-JAF<br>Middle District of Florida<br>Jacksonville<br>Tue Apr 26 09:30:22 EDT 2016 | Fifth Third Bank<br>c/o Donald R. Kirk<br>Carlton Fields<br>P.O. Box 3239<br>Tampa, FL 33601-3239 | Institute of Cardiovascular Excellence, PLLC<br>4730 S.W. 49th Road<br>Ocala, FL 34474-6262 |
| 3-D Background Screening<br>PO Box 3063<br>Ocala, FL 34478-3063 | A&C Pest Control, LLC<br>35342 Huff Rd<br>Eustis, FL 32736-9355 | A. Lee Bentley, III<br>US District Atty for Middle<br>District Jacksonville<br>300 N. Hogan St., Ste 700<br>Jacksonville, FL 32202-4204 |
| Abbas Ali<br>4730 SW 49th Rd<br>Ocala, FL 34474-6262 | Accounting & Technology<br>Assurance LLC<br>1209 Southeast 14th St<br>Ocala, FL 34471-4523 | Acist Medical Systems<br>PO BOX 978975<br>Dallas, TX 75397-8975 |
| Advance Medical Designs<br>1241 Atlanta Industrial Dr<br>Marietta, GA 30066-6606 | Advanced Disposal<br>5111 S Pine Ave, Ste M<br>Ocala, FL 34480-9155 | Airgas USA LLC<br>PO Box 532609<br>Atlanta, GA 30353-2609 |
| Akers Creative Group LLC<br>PO Box 490088<br>Leesburg, FL 34749-0088 | Altman Scientific Inc<br>Po Box 5312<br>Saint Augustine, FL 32085-5312 | American Fire and Safety Sup<br>953 NE Osceola Ave<br>Ste 100<br>Ocala, FL 34470-5209 |
| American International<br>Biotechnology, LLC<br>601 Biotech Dr<br>Richmond, VA 23235-5167 | American Janitorial<br>PO Box 2534<br>Umatilla, FL 32784-2534 | American Medical Association<br>PO Box 4198<br>Carol Stream, IL 60197-4198 |
| American Medical Review<br>PO Box 550749<br>Jacksonville, FL 32255-0749 | American Society of<br>Echocardiography<br>2100 Gateway Centre Blvd<br>Ste 310<br>Morrisville, NC 27560-6230 | Ancillary Medical Management<br>6501 Justin Ct<br>Port Orange, FL 32128-7341 |
| Angelica<br>PO Box 535122<br>Atlanta, GA 30353-5122 | Angiodynamics<br>PO Box 1549<br>Albany, NY 12201-1549 | Applied Cardiac Systems<br>1 Hughes<br>Irvine, CA 92618-2064 |
| Argon Medical<br>PO Box 677482<br>Dallas, TX 75267-7482 | Arnold & Porter LLP<br>PO Box 759451<br>Baltimore, MD 21275-9415 | Auto-Owners Insurance<br>PO Box 30315<br>Lansing, MI 48909-7815 |
| BCI Integrated Solutions<br>5139 W Rio Vista Ave<br>Tampa, FL 33634-5342 | Balboa Capital Corp<br>PO Box 79445<br>City of Industry, CA 91716-9445 | Batteries Plus<br>138 S Dale Mabry<br>Tampa, FL 33609-2837 |

| | | |
|---|---|---|
| Benefit Professionals Inc<br>PO Box 1789<br>Albertville, AL 35950-0030 | Best Cleaning Service Ocala<br>9349 Bahia Rd<br>Ocala, FL 34472-2973 | Bioventus, LLC<br>1900 Charles Bryan Rd<br>Cordova, TN 38016-5032 |
| Blanchard, Merriam, Adel<br>and Kirkland, PA<br>PO Box 1869<br>Ocala, FL 34478-1869 | Boston Scientific Corp<br>100 Boston Scientific Way<br>Marlborough, MA 01752-1234 | Boston Scientific Corp<br>c/o Charles F. Arnold, Esq<br>1701 Dr MLK Jr St N<br>Saint Petersburg, FL 33704-4205 |
| Bracco Diagnostics Inc.<br>259 Prospect Plains Road<br>Building H<br>Monroe Township, NJ 08831-3820 | Bracco Diagnostics Inc.<br>PO Box 978952<br>Dallas, TX 75397-8952 | Brown Associates<br>589 Brighton Dr<br>The Villages, FL 32162-6327 |
| CCS Mechanical Inc<br>737 SW 57th Ave<br>Ocala, FL 34474-9379 | CJ's Power Systems<br>132 NE 17th Pl<br>Ocala, FL 34470-4103 | COLA, Inc.<br>9881 Broken Land Pkwy #200<br>Columbia, MD 21046-1195 |
| CR Bard Inc<br>PO Box 75767<br>Charlotte, NC 28275-0767 | Capital Office Products<br>210 Fentress Blvd<br>Daytona Beach, FL 32114-1231 | Cardinal Health<br>Medical Products & Services<br>PO Box 905867<br>Charlotte, NC 28290-5867 |
| Carstens<br>PO Box 99110<br>Chicago, IL 60693-9110 | Center for Independent Livin<br>222 SW 36th Ter<br>Gainesville, FL 32607-2863 | Central FL Diagnositics PA<br>5526 Emerson Pointe Way<br>Orlando, FL 32819-4056 |
| Central Florida Health &<br>Wellness Magazine<br>1630 Caxambas Ct<br>Marco Island, FL 34145-6608 | City of Ocala<br>505050 17th St, Ste 103<br>Ocala, FL 34471-2174 | City of Ocala - 548069<br>PO Box 30749<br>Tampa, FL 33630-3749 |
| City of Ocala A/R Dept<br>110 SE Watula Ave, 3rd Fl<br>Ocala, FL 34471-2180 | City of Ocala Florida<br>Accounts Receivable<br>201 SE 3rd St<br>Ocala, FL 34471-2172 | Coeur Inc<br>Po Box 71404<br>Chicago, IL 60694-1404 |
| Comer Consulting, Inc.<br>541 Blanche Ave.<br>Umatilla, FL 32784-8432 | Community Bank & Trust of FL<br>1603 SW 19th Ave<br>Ocala, FL 34471-0563 | Community Bank & Trust of FL<br>PO Box 1570<br>Ocala, FL 34478-1570 |
| Community Bank Visa<br>Po Box 672051<br>Dallas, TX 75267-2021 | Cook Medical Inc<br>22988 Network Pl<br>Chicago, IL 60673-1229 | Covidien<br>PO Box 120823<br>Dallas, TX 75312-0823 |

| | | |
|---|---|---|
| Cox Business<br>PO Box 9001077<br>Louisville, KY 40290-1077 | Crystal Springs<br>PO Box 660579<br>Dallas, TX 75266-0579 | Culligan<br>1920 SW 37th Ave<br>Ocala, FL 34474-2824 |
| D'Alonso Lawn Service<br>5631 NE 140th Ct<br>Williston, FL 32696-5938 | DOH Bureau of Radiation Cont<br>Radioactive Materials Progra<br>4042 Bald Cypress Way<br>Tallahassee, FL 32399-7017 | DOH X-Ray Registration<br>705 Wells Rd, Ste 300<br>Orange Park, FL 32073-2982 |
| Daily Commercial<br>PO Box 919442<br>Orlando, FL 32891-9422 | Daniel Robert Anderson<br>PO Box 261<br>Washington, DC 20044-0261 | Daniel Robert Anderson, Esq<br>PO Box 261<br>Ben Franklin Station<br>Washington, DC 20044-0261 |
| Deaf & Hearing Services<br>of Lake and Sumter<br>220 S 9th St<br>Leesburg, FL 34748-5706 | Diatron US Inc<br>2310 W 78th St<br>Hialeah, FL 33016-5526 | Digital Logistics Group LLC<br>6321 Porter Rd Unit 13<br>Sarasota, FL 34240-9611 |
| Draeger Medical Inc<br>PO Box 347482<br>Pittsburgh, PA 15251-4482 | Duke Energy 45090<br>PO Box 1004<br>Charlotte, NC 28201-1004 | Duke Energy 63021<br>PO Box 1004<br>Charlotte, NC 28201-1004 |
| EGP, Inc<br>Po Box 1363<br>Orlando, FL 32802-1363 | Edge Medical Solutions, LLC<br>7257 NW 4th Blvd #252<br>Gainesville, FL 32607-1600 | Estate of Sheri Moore<br>c/o Casey Moore, PR<br>Lytal, Reiter, Smith, Ivey &<br>515 N Flagler Dr, Ste 1000<br>West Palm Beach, FL 33401-4336 |
| FL Dept of Health Sumter<br>Po Box 98<br>Bushnell, FL 33513-0016 | Family Readers<br>PO Box 1469<br>Elyria, OH 44036-1469 | FedEx<br>Po Box 660481<br>Dallas, TX 75266-0481 |
| Fifth Third Bank<br>1910 Kings Highway<br>MD B13531<br>Punta Gorda, FL 33980-4214 | Fifth Third Bank<br>999 Vanderbuilt Beach Road<br>Naples, FL 34108-3510 | Fifth Third Bank<br>PO Box 630337<br>Cincinnati, OH 45263-0337 |
| Fifth Third Bank<br>PO Box 740789<br>Cincinnati, OH 45274-0789 | Fifth Third Bank<br>c/o Alexandra D. Blye<br>Carlton Fields<br>P.O. Box 150<br>West Palm Beach, FL 33402-0150 | Fifth Third Bank<br>c/o Michael E. Strach<br>Carlton Fields<br>100 SE Second St., Suite 420<br>Miami, FL 33131-2100 |
| Fifth Third Bank Mastercard<br>PO Box 740789<br>Cincinnati, OH 45274-0789 | Fire Safety Specialists<br>1001 Webster St<br>Wildwood, FL 34785-3440 | Florida Dept. of Revenue<br>Bankruptcy Unit<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 |

| | | |
|---|---|---|
| Folsom Business Forms, Inc<br>PO Box 2675<br>Ocala, FL 34478-2675 | Fort Knox Self Storage<br>13634 US Hwy 441<br>Lady Lake, FL 32159-8902 | GE Healthcare<br>PO Box 640200<br>Pittsburgh, PA 15264-0200 |
| Galaxy Cleaning Sytems<br>3823 SW 109th Ln<br>Ocala, FL 34476-4222 | Gap Diagnostic Services<br>7400 State Rd 21<br>Keystone Heights, FL 32656-7840 | Greenberg Traurig PA<br>101 E Kennedy Blvd.<br>Suite 1900<br>Tampa, FL 33602-5148 |
| Haymarket Media, Inc<br>PO Box 103<br>Congers, NY 10920-0103 | Healthwise Education LLC<br>14501 SE 97th Ter<br>Ocala, FL 34471 | Heath Brook Master Assoc.<br>PO Box 105302<br>Atlanta, GA 30348-5302 |
| Heritage Flowers<br>522 SE 1st Ave<br>Ocala, FL 34471-2156 | Hills Shred Express<br>PO Box 1718<br>Ocala, FL 34478-1718 | Holly Taylor<br>c/o Rafael Jacinto Nobo, III<br>19160 SW 29th Ct<br>Hollywood, FL 33029-2458 |
| ICU Medical Inc<br>PO Box 848908<br>Los Angeles, CA 90084-8908 | IT Network Solutions Group<br>6321 Porter Rd<br>Unit 13<br>Sarasota, FL 34240-9611 | ImageOne Janitorial Services<br>658 Douglas Ave, Ste 1110<br>Altamonte Springs, FL 32714-2548 |
| Independent Development<br>Services Corp.Att Ric Miller<br>8280 College Parkway Ste 204<br>Fort Myers, FL 33919-4113 | Integrated Telephone Systems<br>PO Box 919<br>Chiefland, FL 32644-0919 | InterMed Nuc Med, Inc.<br>13351 Progress Blvd<br>Alachua, FL 32615-9445 |
| InterMed Ultrasound Services<br>13351 Progress Blvd<br>Alachua, FL 32615-9445 | Intermed Biomedical Services<br>13351 Progress Blvd<br>Alachua, FL 32615-9445 | Intermed Technology Managemt<br>13351 Progress Blvd<br>Alachua, FL 32615-9445 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA  19101-7346 | Interstate Recovery Service<br>PO Box 8125<br>Virginia Beach, VA 23450-8125 | Isom's Lawn Service, LLC<br>110 LaVista St<br>Fruitland Park, FL 34731 |
| Jameson Vicars & Co., CPA<br>100 Wallace Avenue<br>Suite 380<br>Sarasota, FL 34237-6043 | Jerry Cummings<br>2611 SE 29th Ln<br>Ocala, FL 34471-6277 | Johnson & Johnson Health Car<br>PO Box 406663<br>Atlanta, GA 30384-6663 |
| Julius Zorn Inc<br>PO Box 1088<br>Cuyahoga Falls, OH 44223-1088 | Kevin Patrick Noon, NP<br>4730 SW 49th Rd<br>Ocala, FL 34474-6262 | King Security, LLC<br>9833 SW 42nd Ave<br>Ocala, FL 34476-6115 |

| | | |
|---|---|---|
| Knaggs Medical Specialties<br>5721 NW 64th Ter<br>Gainesville, FL 32653-3134 | LabCorp<br>PO Box 12140<br>Burlington, NC 27216-2140 | Land Rover Orlando<br>PO Box 78074<br>Phoenix, AZ 85062-8074 |
| Landauer, Inc.<br>PO Box 809051<br>Chicago, IL 60680-9051 | Laser Action Plus Inc<br>1228 SW 15th Ave<br>Ocala, FL 34471-0527 | Laser Printer Systems<br>2275 SE 58th Ave<br>Ocala, FL 34480-5839 |
| Laurel Manor Prof Plaza POA<br>1021 Lake Sumter Landing<br>The Villages, FL 32162-2698 | Leopard Transport<br>PO Box 923<br>Ocala, FL 34478-0923 | Levy Jones, Inc<br>PO Box 101<br>Williston, FL 32696-0101 |
| Ludlum Measurements Inc<br>PO Box 810<br>501 Oak St<br>Sweetwater, TX 79556-3209 | Lynn Medical<br>Dept 77045<br>PO Box 77000<br>Detroit, MI 48277-0045 | MLDZ Enterprises, Ltd<br>4328 SE 26th Terrace Rd<br>Ocala, FL 34480-7260 |
| Marion Community Hospital<br>4600 SW 46th Ct<br>Ocala, FL 34474-5783 | Marion County Tax Collector<br>P.O. Box 970<br>Ocala FL 34478-0970 | Marion County Utilities<br>11800 SE US Highway 441<br>Belleview, FL 34420-4558 |
| Marion Medical Park<br>2100 SE 17th St, Ste 802<br>Ocala, FL 34471-4182 | Mary Ann's Uniforms<br>506 SE 1st Ave<br>Ocala, FL 34471-2156 | Massey<br>10 SW 49th Ave<br>Bldg 2, Ste C&D<br>Ocala, FL 34474-1825 |
| McKesson Medical Surgical<br>PO Box 660266<br>Dallas, TX 75266-0266 | MedFirst Healthcare Supply<br>902 JanMar Ct<br>Clermont, FL 34715-9291 | Medical Diagnostic Services<br>28348 Hollondel Rd<br>Okahumpka, FL 34762-3313 |
| Medical Disposal Systems<br>PO Box 161417<br>Altamonte Springs, FL 32716-1417 | Medtronic USA Inc.<br>PO BOX 409201<br>Atlanta, GA 30384-9201 | Merit Medical Systems, Inc.<br>PO Box 204842<br>Dallas, TX 75320-4842 |
| Mike Scott Plumbing<br>668 E Overdrive Cir<br>Hernando, FL 34442-9601 | Muzak, LLC<br>PO Box 71070<br>Charlotte, NC 28272-1070 | NICA<br>PO Box 14567<br>Tallahassee, FL 32317-4567 |
| Nasrallah Architectural Grou<br>3920 Edgewater Dr, Ste 101<br>Orlando, FL 32804-2835 | Navicure<br>2055 Sugarloaf Cir, Ste 600<br>Duluth, GA 30097-4131 | Needham Enterprises<br>c/o Charles Ruse, Jr., Esq<br>500 NE 8th Ave<br>Ocala, FL 34470-5345 |

| | | |
|---|---|---|
| Neptune Ventures<br>3003 SW College Rd, Ste 1071<br>Ocala, FL 34474-6252 | Norman Weinstein, MD<br>3314 Crill Ave Ste 1A<br>Palatka, FL 32177-4162 | North Sumter Cnty Utility<br>3201 Wedgewood Ln<br>The Villages, FL 32162-7116 |
| Novaerus US Inc<br>11 North Canal, Ste 165<br>Chicago, IL 60606 | Ocala Snack Vending Distribu<br>5380 SE 24th St<br>Ocala, FL 34480-1104 | Ocala/Marion County Chamber<br>310 SE 3rd St<br>Ocala, FL 34471-2107 |
| Organogenesis, Inc.<br>PO Box 842958<br>Boston, MA 02284-2958 | Orkin Pest Control<br>540 SW 8th St, Ste 102<br>Ocala, FL 34471-0222 | PSS<br>PO Box 741378<br>Atlanta, GA 30374-1378 |
| Paddock Park Commercial Ctr<br>2143 East Fort King<br>Ste 102<br>Ocala, FL 34471-2569 | Perfect Serve, Inc<br>Po Box 638515<br>Cincinnati, OH 45263-8518 | Pfizer, Inc.<br>PO Box 100539<br>Atlanta, GA 30384-0539 |
| Pinnacle Creative Group Inc<br>114 E Dixie Ave<br>Leesburg, FL 34748-6350 | Pitney Bowes Global Fin Serv<br>PO Box 371887<br>Pittsburgh, PA 15250-7887 | PluralSoft Inc<br>19448 E Fair Pl<br>Aurora, CO 80016-3822 |
| Premier Land Management<br>1830 SE 38th St<br>Ocala, FL 34480-8887 | Principal Life Ins - Dental<br>PO Box 14513<br>Des Moines, IA 50306-3513 | Principal Life Ins - Vision<br>PO Box 14513<br>Des Moines, IA 50306-3513 |
| Progressive<br>PO Box 105428<br>Atlanta, GA 30348-5428 | Purchase Power<br>PO Box 371874<br>Pittsburgh, PA 15250-7874 | Quality Medical Marketing<br>PO Box 3704<br>Ocala, FL 34478-3704 |
| Quest Diagnostics<br>PO Box 740781<br>Cincinnati, OH 45274-0781 | Ray Howard & Associates<br>3350 Kori Rd<br>Jacksonville, FL 32257-8883 | Ray's Key & Lock Services<br>25 NE 8th Ave<br>Ocala, FL 34470-6731 |
| Reed and Daly Inc<br>PO Box 1706<br>Ocala, FL 34478-1706 | Robert A. Green<br>c/o Jonathan Kroner, Esq<br>420 Lincoln Rd, Ste 248<br>Miami Beach, FL 33139-3031 | Roche Diagnostics Corp<br>PO Box 50457<br>Indianapolis, IN 46250-0457 |
| S Jacob & Wolf, LP<br>116 Walcourt Loop<br>College Station, TX 77845-4055 | S&W Healthcare Corporation<br>15251 Flight Path Dr<br>Brooksville, FL 34604-6850 | SBA - Region IV<br>233 Peachtree Street NE<br>Suite 1800<br>Atlanta, GA 30303-1508 |

| | | |
|---|---|---|
| SBA Office of Gen Counsel<br>409 3rd St., SW<br>Washington, DC 20416-0005 | SBA South Florida District<br>100 S. Biscayne Blvd.<br>7th Floor<br>Miami, FL 33131-2030 | SECO 1203-4003<br>PO Box 31634<br>Tampa, FL 33631-3634 |
| SFH Inc<br>1022 Texan Trail #3217<br>Grapevine, TX 76051-4298 | Sam S. Sheldon, Esq<br>777 6th St NW 11th Flr<br>Washington, DC 20001-3723 | Schuler House<br>27821 Fremont Ct, Unit 8<br>Valencia, CA 91355-4554 |
| Sean Flynn<br>US Attorney's Office FLM<br>400 N Tampa St, Ste 3200<br>Tampa, FL 33602-4774 | Sean Flynn, Esq<br>US Attorneys Office FLM<br>400 N Tampa St<br>Ste 3200<br>Tampa, FL 33602-4774 | Secretary of the Treasury<br>15th & Pennsylvania Ave., NW<br>Washington, DC 20220-0001 |
| Shred-It USA<br>PO Box 13574<br>New York, NY 10087-3574 | Siemens Medical Solutions<br>40 Liberty Boulevard<br>Malvern, PA 19355-1418 | Siemens Medical Solutions<br>Dept CH 14195<br>Palatine, IL 60055-4195 |
| Singulex Inc<br>Dept CH 19669<br>Palatine, IL 60055-9669 | Space Age Copy Systems<br>4778 SW 143rd Loop<br>Ocala, FL 34473-2396 | St. Jude Medical<br>22400 Network Place<br>Chicago, IL 60673-1224 |
| State of Florida<br>c/o Jill Bennett<br>400 S Monroe St PL-01<br>Tallahassee, FL 32399-1050 | Stericycle<br>PO Box 6582<br>Carol Stream, IL 60197-6582 | Steve Dibble<br>2051 SE 215th Ave<br>Morriston, FL 32668-3047 |
| Stevens Communication<br>PO Box 187<br>Ocala, FL 34478-0187 | TD Card Services<br>PO Box 2580<br>Cherry Hill, NJ 08034-0372 | TD Card Services<br>PO Box 84037<br>Columbus, GA 31908-4037 |
| Terumo Medical Corporation<br>PO Box 281285<br>Atlanta, GA 30384-1285 | The Storage Depot of Ocala<br>9085 SW Hwy 200<br>Ocala, FL 34481-7727 | The Surgery Center of Ocala<br>3241 SW 34th St<br>Ocala, FL 34474-7439 |
| The Villages Operating Co<br>1020 Lake Sumter Landing<br>The Villages, FL 32162-2699 | ThyssenKrupp Elevator<br>PO Box 933004<br>Atlanta, GA 31193-3004 | Tracy Mabry Law PA<br>PO Box 3269<br>Windermere, FL 34786-3269 |
| TriZetto Provider Solutions<br>Dept CH 16897<br>Palatine, IL 60055-6897 | Troyco Liquid Nitrogen Inc<br>PO Box 1792<br>Tarpon Springs, FL 34688-1792 | U.S. Securities & Exchange Commission<br>Office of Reorganization<br>950 East Paces Ferry Road, N.E.<br>Suite 900<br>Atlanta, GA 30326-1382 |

| | | |
|---|---|---|
| US Small Business Admin<br>409 3rd St., SW<br>Washington, DC 20416-0005 | United Refrigeration Inc<br>3730 NE 44th St<br>Ocala, FL 34479-2204 | United States Attorney<br>300 North Hogan St Suite 700<br>Jacksonville, FL 32202-4204 |
| United States of America<br>c/o Adam Russell Tarosky<br>601 D St NW<br>Room 9706<br>Washington, DC 20004 | Vascular Solutions Inc.<br>PO Box 1178<br>Osseo, MN 55311-6178 | Vascular Solutions, Inc<br>c/o William M. Lindeman, PA<br>200 East Robinson St<br>Ste 290<br>Orlando, FL 32801-1950 |
| Vista Clinical Diagnostics<br>4290 S Hwy 27, Ste 211<br>Clermont, FL 34711-8066 | VitaPhone USA<br>3720 W Oquendo Rd<br>Ste 101<br>Las Vegas, NV 89118-3198 | W.L. Gore & Associates, Inc<br>PO Box 751331<br>Charlotte, NC 28275-1331 |
| Windsream Commnications<br>PO Box 9001950<br>Louisville, KY 40290-1950 | Windstream Communications<br>301 N. Main St.<br>Suite 5000<br>Greenville, SC 29601-2153 | Woods Printing of Ocala Inc<br>PO Box 1889<br>Dunedin, FL 34697-1889 |
| Z-Medica<br>4 Fairfield Blvd<br>Wallingford, CT 06492-1857 | ev3 Inc.<br>1475 Paysphere Circle<br>Chicago, IL 60674-0014 | Donald R Kirk +<br>Carlton Fields, P.A.<br>P.O. Box 3239<br>Tampa, FL 33601-3239 |
| United States Trustee - JAX 11 +<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 | Aaron A Wernick +<br>Furr & Cohen, PA<br>2255 Glades Road, Suite 337W<br>Boca Raton, FL 33431-7379 | Alexandra D Blye +<br>Carlton Fields Jorden Burt, PA<br>525 Okeechobee Blvd., Suite 1200<br>West Palm Beach, FL 33401-6350 |
| Scott Bomkamp +<br>United States Trustee<br>400 W. Washington Street<br>Suite 1100<br>Orlando, FL 32801-2440 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Fifth Third Bank<br>c/o Donald R. Kirk<br>Carlton Fields<br>P.O. Box 3239<br>Tampa, FL 33601-3239 | (d)The Fifth Third Bank<br>PO Box 630337<br>Cincinnati, OH 45263-0337 | (d)The Fifth Third Bank<br>PO Box 740789<br>Cincinnati, OH 45274-0789 |
| (d)The Fifth Third Bank<br>c/o Michael E. Strach<br>Carlton Fields<br>100 SE Second St., Suite 420<br>Miami, FL 33131-2100 | End of Label Matrix<br>Mailable recipients   228<br>Bypassed recipients     4<br>Total                  232 | |