**Fill in this information to identify the case:**

Debtor name  **Institute of Cardiovascular Excellence, PLLC**

United States Bankruptcy Court for the:  **MIDDLE DISTRICT OF FLORIDA**

Case number (if known)  **3:16-bk-01491**

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■  *Schedule H: Codebtors* (Official Form 206H)
- ■  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐  Amended *Schedule*
- ☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐  Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **May 11, 2016**         X **/s/ Asad Qamar**
                                            Signature of individual signing on behalf of debtor

                                            **Asad Qamar**
                                            Printed name

                                            **Manager**
                                            Position or relationship to debtor

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Institute of Cardiovascular Excellence, PLLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    **3:16-bk-01491**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.    *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
        Copy line 88 from *Schedule A/B*.................................................................................... $            **0.00**

    1b. **Total personal property:**
        Copy line 91A from *Schedule A/B*................................................................................ $     **6,978,286.00**

    1c. **Total of all property:**
        Copy line 92 from *Schedule A/B*.................................................................................. $     **6,978,286.00**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $     **4,343,345.29**

3.    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................ $     **315,778.34**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................ +$     **9,296,070.68**

4.    Total liabilities ......................................................................................................
    Lines 2 + 3a + 3b             $     **13,955,194.31**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Institute of Cardiovascular Excellence, PLLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known) **3:16-bk-01491**

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property
12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Community Bank and Trust** | **Checking** | 3069 | $52,276.00 |
| 3.2. | **Fifth Third Bank** | **Checking** | 9428 | $6,498.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$58,774.00

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| | **City of Ocala** **Water Utility deposit for** | | |
| --- | --- | --- | --- |
| 7.1. | **main office location** | | $3,515.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Institute of Cardiovascular Excellence, PLLC** | Case number *(If known)* **3:16-bk-01491** |
|---|---|---|
| | Name | |

|  | | |
|---|---|---|
| 7.2. | **Duke Energy**<br>**Utility deposit for Sumerfield office location** | $2,710.00 |
| 7.3. | **City of Williston**<br>**Utility deposit for Williston location** | $502.00 |
| 7.4. | **SECO**<br>**deposit main office** | $15,888.00 |

**8.**      **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

**9.**      **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.

| | $22,615.00 |
|---|---|

| **Part 3:** | **Accounts receivable** |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

**11.**      **Accounts receivable**

11a. 90 days old or less:     **7,068,706.00**  -  **1,111,637.00**  = ....      **$5,957,069.00**
                face amount           doubtful or uncollectible accounts

**12.**      **Total of Part 3.**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

| | $5,957,069.00 |
|---|---|

| **Part 4:** | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

| **Part 5:** | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

| **Part 6:** | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

| **Part 7:** | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Institute of Cardiovascular Excellence, PLLC** | Case number *(If known)* | **3:16-bk-01491** |
| --- | --- | --- | --- |
| | Name | | |

■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 39. | **Office furniture**<br>**Furniture Fixtures & Equipment** | **$45,829.00** | **Tax records** | **$45,829.00** |
| 40. | **Office fixtures**<br>**Signs** | **$5,270.00** | **Tax records** | **Unknown** |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>**Computer Equipment** | **$108,062.00** | **Tax records** | **$108,062.00** |
| | **Computer Software** | **$30,553.00** | **Tax records** | **$30,553.00** |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

| 43. | **Total of Part 7.**<br>Add lines 39 through 42.  Copy the total to line 86. | | **$184,444.00** |
| --- | --- | --- | --- |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
■ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

Part 8:    Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| | General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. | **2014 Toyota Sienna Van**<br>**VIN #5TDKK3DCXES446198** | **$15,525.00** | **Comparable sale** | **$15,525.00** |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| Debtor | **Institute of Cardiovascular Excellence, PLLC** | | Case number *(if known)* **3:16-bk-01491** | |
|---|---|---|---|---|
| | Name | | | |

| Medical Equipment | $611,218.00 | Tax records | $611,218.00 |
|---|---|---|---|

| 51. | **Total of Part 8.** | | $626,743.00 |
|---|---|---|---|
| | Add lines 47 through 50.  Copy the total to line 87. | | |

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
■ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

## Part 9:   Real property

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

**55.** **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property <br> Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **Lease of office location** <br> **4930 SW 49th Road** <br> **Ocala, FL 34474** | **LEASE** | **$0.00** | | **$0.00** |
| 55.2. **Lease of office location** <br> **10435 SE 170th Place** <br> **Summerfield, FL 34491** | **LEASE** | **$0.00** | | **$0.00** |
| 55.3. **Lease of office location** <br> **412 Noble Avenue** <br> **Williston, FL 32696** | | **$0.00** | | **$0.00** |

| 56. | **Total of Part 9.** | | $0.00 |
|---|---|---|---|
| | Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88. | | |

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

**58.** **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                      Best Case Bankruptcy

| Debtor | **Institute of Cardiovascular Excellence, PLLC** | Case number *(If known)* | **3:16-bk-01491** |
|---|---|---|---|
| | Name | | |

☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. | **Internet domain names and websites** **Domain name & Logo** puticeonit.com | **$0.00** | | **$0.00** |
| 62. | **Licenses, franchises, and royalties** | | | |
| 63. | **Customer lists, mailing lists, or other compilations** | | | |
| 64. | **Other intangibles, or intellectual property** | | | |
| 65. | **Goodwill** | | | |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| | **$0.00** |
|---|---|

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

■ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

| | | | Current value of debtor's interest |
|---|---|---|---|
| 71. | **Notes receivable** Description (include name of obligor) | | |
| | **Julio Ungarte, MD** | **95,787.00** - Total face amount | **0.00** = doubtful or uncollectible amount | **$95,787.00** |
| | **Employee cash advances** | **22,526.00** - Total face amount | **0.00** = doubtful or uncollectible amount | **$22,526.00** |

Debtor    **Institute of Cardiovascular Excellence, PLLC**                    Case number *(If known)*  **3:16-bk-01491**
　　　　　　 Name

72.    **Tax refunds and unused net operating losses (NOLs)**
       Description (for example, federal, state, local)

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit
       has been filed)**

75.    **Other contingent and unliquidated claims or causes of action of
       every nature, including counterclaims of the debtor and rights to
       set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets,
       country club membership

       **Leasehold Improvements**                                                              $10,328.00

---

78.    **Total of Part 11.**                                                       |  $128,641.00  |
       Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

Debtor    **Institute of Cardiovascular Excellence, PLLC**                     Case number *(If known)*  **3:16-bk-01491**
            Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $58,774.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $22,615.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $5,957,069.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $184,444.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $626,743.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $128,641.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $6,978,286.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $6,978,286.00 |

**Institute of Cardiovascular Excellence PLLC**
**Case No.: 3:16-bk-01491-JAF**

**YE 2015 Depreciation Schedule**

| Asset Classification (GL) | Description of Property | Date Placed In Service | Cost or Other Basis | 2015 Accum. Deprec. | Net Book Value |
|---|---|---|---|---|---|
| Computer | Computer | 08/05/09 | 5,705 | 5,705 | 0 |
| Computer | LAPTOP | 09/23/09 | 975 | 975 | 0 |
| Computer | DESKTOP PC | 10/02/09 | 771 | 771 | 0 |
| Computer | PRINTER NURSES STATION | 10/06/09 | 160 | 160 | 0 |
| Computer | 3 COM BASELINE SWITCH | 10/15/09 | 904 | 904 | 0 |
| Computer | 2 COMPUTERS | 10/16/09 | 1,138 | 1,138 | 0 |
| Computer | 5 MONITORS 6 BACKUPS | 10/16/09 | 926 | 926 | 0 |
| Computer | ROUTER | 10/22/09 | 537 | 537 | 0 |
| Computer | 5 COMPUTERS | 10/26/09 | 3,606 | 3,606 | 0 |
| Computer | DESKTOP PC | 10/28/09 | 699 | 699 | 0 |
| Computer | DESKTOP PC | 10/28/09 | 877 | 877 | 0 |
| Computer | APPLE PC | 10/28/09 | 1,345 | 1,345 | 0 |
| Computer | 3 MONITORS | 11/16/09 | 967 | 967 | 0 |
| Computer | 1 PC I UPS DENA | 06/09/10 | 847 | 847 | 0 |
| Computer | Printer 2035N | 08/17/10 | 360 | 360 | 0 |
| Computer | 5 THIN CLIENTS | 09/20/10 | 1,432 | 1,432 | 0 |
| Computer | HP ELITEBOOK 8440p | 09/20/10 | 1,173 | 1,173 | 0 |
| Computer | 2 HP COMPAQ 1 PRINTER | 09/21/10 | 1,611 | 1,611 | 0 |
| Computer | 2 FUJITSU LIFEBOOKS 2 LC | 09/21/10 | 3,898 | 3,898 | 0 |
| Computer | CISCO WIRELESS | 09/21/10 | 462 | 462 | 0 |
| Computer | 2 CDS 2 BACK UPS | 09/21/10 | 355 | 355 | 0 |
| Computer | Phones | 10/01/10 | 450 | 450 | 0 |
| Computer | COMPUTER EQUIP | 11/01/10 | 1,021 | 1,021 | 0 |
| Computer | LPITOMY PHON SYS | 11/01/10 | 3,252 | 3,252 | 0 |
| Computer | SCANNERS | 11/01/10 | 1,956 | 1,956 | 0 |
| Computer | SoftChoice Computer Equipment | 03/01/11 | 6,152 | 6,152 | 0 |
| Computer | ProCurve Desktop Switch | 03/30/11 | 890 | 890 | 0 |
| Computer | Dell Optiplex Mini-tower | 04/01/11 | 503 | 503 | 0 |

**Institute of Cardiovascular Excellence PLLC**
**Case No.: 3:16-bk-01491-JAF**

**YE 2015 Depreciation Schedule**

| Asset Classification (GL) | Description of Property | Date Placed In Service | Cost or Other Basis | 2015 Accum. Deprec. | Net Book Value |
|---|---|---|---|---|---|
| Computer | Computer | 04/06/11 | 568 | 568 | 0 |
| Computer | Computer | 04/06/11 | 355 | 355 | 0 |
| Computer | WYSE C10LE thin client | 04/28/11 | 342 | 342 | 0 |
| Computer | Card & ID Scanner | 04/29/11 | 317 | 317 | 0 |
| Computer | HP Pro Book | 04/29/11 | 1,079 | 1,079 | 0 |
| Computer | Dell ARB Bus | 05/06/11 | 503 | 503 | 0 |
| Computer | WYSE C10LC thin client dts | 09/23/11 | 310 | 310 | 0 |
| Computer | Dell Computer | 12/15/11 | 520 | 520 | 0 |
| Computer | Dell Computer | 12/15/11 | 520 | 520 | 0 |
| Computer | DELL OPTIPLEX DT | 01/19/12 | 537 | 492 | 45 |
| Computer | DELL OPTIPLEX COMPUTER | 01/19/12 | 537 | 492 | 45 |
| Computer | BLOOD LAB SOFTWARE | 02/08/12 | 12,265 | 12,265 | 0 |
| Computer | HP COMPAQ 6005 COMPUTE | 02/16/12 | 619 | 566 | 53 |
| Computer | 2 NETGEAR PROSAFE GS74 | 02/16/12 | 1,860 | 1,700 | 160 |
| Computer | APC SMART UPS 1500 RACK | 02/16/12 | 744 | 679 | 65 |
| Computer | CISCO 891 ETHERNET ROUT | 02/16/12 | 831 | 760 | 71 |
| Computer | TRIPP LITE SMART RACK | 02/16/12 | 907 | 829 | 78 |
| Computer | ACER MONITOR | 02/16/12 | 151 | 138 | 13 |
| Computer | WINDOWS SERVER | 02/24/12 | 743 | 679 | 64 |
| Computer | SQL SERVER | 02/24/12 | 927 | 847 | 80 |
| Computer | 2 HARD DRIVES | 02/24/12 | 578 | 527 | 51 |
| Computer | MOUNTABLE SERVER RACK | 02/24/12 | 1,594 | 1,456 | 138 |
| Computer | LAPTOP | 02/24/12 | 1,446 | 1,219 | 227 |
| Computer | EMD SOFTWARE LICENCES | 02/28/12 | 29,615 | 29,615 | 0 |
| Computer | MFC 8480DN | 03/07/12 | 401 | 366 | 35 |
| Computer | 11 ipitomy 320 monitors | 03/13/12 | 2,589 | 2,366 | 223 |
| Computer | 4 hp compaq elite computers | 03/13/12 | 3,995 | 3,651 | 344 |
| Computer | 2 BROTHER 8480 PRINTERS | 03/13/12 | 851 | 778 | 73 |
| Computer | 2 HP COMPAQ 6005 COMPU' | 03/13/12 | 1,312 | 1,199 | 113 |

**Institute of Cardiovascular Excellence PLLC**
**Case No.: 3:16-bk-01491-JAF**

**YE 2015 Depreciation Schedule**

| Asset Classification (GL) | Description of Property | Date Placed In Service | Cost or Other Basis | 2015 Accum. Deprec. | Net Book Value |
|---|---|---|---|---|---|
| Computer | 4 HP PROBOOKS | 03/13/12 | 3,230 | 2,951 | 279 |
| Computer | 8 ACER MONITORS | 03/13/12 | 1,277 | 1,168 | 109 |
| Computer | HP LASER JET PRINTER P2C | 03/13/12 | 307 | 281 | 26 |
| Computer | 3 WIRELESS ACCESS POINT | 03/13/12 | 1,621 | 1,481 | 140 |
| Computer | 2 CANNON IMAGE SCANNEF | 03/13/12 | 1,005 | 919 | 86 |
| Computer | 11 THINCLIENT COMPUTER: | 03/13/12 | 4,026 | 3,678 | 348 |
| Computer | NAS 2100 RACK | 04/10/12 | 2,480 | 2,266 | 214 |
| Computer | 2 NET GEAR SWITCHES | 04/10/12 | 1,972 | 1,802 | 170 |
| Computer | EMD SOFTWARE LICENSE | 04/11/12 | 4,654 | 4,654 | 0 |
| Computer | 2 FUJITSU LIFEBOOKS T901 | 04/13/12 | 3,995 | 3,651 | 344 |
| Computer | 2 HP COMPAQ 6200 COMPU' 4/13/20 | | 1,354 | 1,237 | 117 |
| Computer | IPITOMY IP 320 | 05/08/12 | 235 | 217 | 18 |
| Computer | IPITOMY IP320 BASIC LCD | 05/08/12 | 235 | 217 | 18 |
| Computer | C1OLE THIN CLIENT COMPU | 05/08/12 | 352 | 321 | 31 |
| Computer | 3 IPITOMY IP320 LCD | 05/08/12 | 706 | 646 | 60 |
| Computer | JETDIRECT EW2500 PRINT : | 06/18/12 | 301 | 275 | 26 |
| Computer | CISCO AIRONET WIRELESS | 06/21/12 | 552 | 504 | 48 |
| Computer | 3 HP COMPUTERS | 06/21/12 | 2,035 | 1,860 | 175 |
| Computer | MICROSOFT SOFTWARE | 06/21/12 | 191 | 191 | 0 |
| Computer | BLOOD LAB SOFTWARE | 06/28/12 | 449 | 449 | 0 |
| Computer | C1OLE COMPUTER | 07/18/12 | 354 | 323 | 31 |
| Computer | C1OLE THIN CLIENT COMPU | 07/18/12 | 707 | 647 | 60 |
| Computer | DL SERVER | 08/06/12 | 333,325 | 304,527 | 28,798 |
| Computer | PROLIANT D1380 G7 | 08/28/12 | 2,990 | 2,731 | 259 |
| Computer | WINDOWS SERVER | 08/28/12 | 2,458 | 2,246 | 212 |
| Computer | LANTRONIX SPIDER REMOT | 08/28/12 | 224 | 205 | 19 |
| Computer | CISCO 891 SECURITY ROUT | 08/28/12 | 892 | 815 | 77 |
| Computer | BELKIN OMNIVIEW SWITCH | 08/28/12 | 726 | 664 | 62 |
| Computer | 2 XENSERVER PRO VIRTUAl | 08/28/12 | 2,396 | 2,189 | 207 |

**Institute of Cardiovascular Excellence PLLC**
**Case No.: 3:16-bk-01491-JAF**

**YE 2015 Depreciation Schedule**

| Asset Classification (GL) | Description of Property | Date Placed In Service | Cost or Other Basis | 2015 Accum. Deprec. | Net Book Value |
|---|---|---|---|---|---|
| Computer | 2 NETGEAR NAS4200 | 08/28/12 | 21,893 | 20,002 | 1,891 |
| Computer | 2 DL360 PROCESSOR | 08/28/12 | 1,689 | 1,543 | 146 |
| Computer | 2 HP PROLIANT DL360 | 08/28/12 | 6,319 | 5,774 | 545 |
| Computer | 3 WINDOWS SERVER | 08/28/12 | 2,270 | 2,074 | 196 |
| Computer | 3 SERVER POWER SUPPLIE | 08/28/12 | 685 | 627 | 58 |
| Computer | 4 SQL SERVER ENTERPRISE | 08/28/12 | 57,688 | 52,704 | 4,984 |
| Computer | 14 HARD DRIVES | 08/28/12 | 9,477 | 8,659 | 818 |
| Computer | DL380 PROCESSOR | 08/28/12 | 597 | 546 | 51 |
| Computer | WIRELESS ACCESS POINT F | 09/13/12 | 695 | 636 | 59 |
| Computer | APC SMART UPS 1500 | 09/13/12 | 814 | 743 | 71 |
| Computer | 68 MICROSOFT OFFICE LICE | 10/18/12 | 11,689 | 11,689 | 0 |
| Computer | 3 THIN CLIENTS C1OLE | 10/18/12 | 356 | 326 | 30 |
| Computer | 3 THIN CLIENTS C1OLE | 10/18/12 | 1,089 | 996 | 93 |
| Computer | MASTER 8 DONGLE SOFTWd | 10/30/12 | 7,764 | 7,763 | 1 |
| Computer | SOFTWARE LICENCE | 11/12/12 | 7,995 | 7,994 | 1 |
| Computer | BLOOD LAB SOFTWARE | 01/01/13 | 3,000 | 3,000 | 0 |
| Computer | HP BUSINESS DESKTOP PR, | 01/01/13 | 1,384 | 1,184 | 200 |
| Computer | NETGEAR PROSAFE GS748' | 01/01/13 | 766 | 657 | 109 |
| Computer | EXTREME NETWORKS SUMI | 01/29/13 | 3,607 | 3,088 | 519 |
| Computer | ETHERNET SECURITY ROUT | 01/29/13 | 453 | 387 | 66 |
| Computer | IP 1200 VOICE OVER PHONE | 03/28/13 | 1,988 | 1,702 | 286 |
| Computer | WYSE C1OLE THIN CLIENT | 03/31/13 | 371 | 318 | 53 |
| Computer | 4 THIN CLIENT C1OLE | 04/02/13 | 1,396 | 1,195 | 201 |
| Computer | 4 RDX HARD DISKS | 04/02/13 | 869 | 744 | 125 |
| Computer | 2 HP SCANJETS ENTERPRIS | 05/01/13 | 1,673 | 1,433 | 240 |
| Computer | 2 CISCO AIRONET WIRELES | 05/01/13 | 1,121 | 960 | 161 |
| Computer | EXTREME NETWORK SUMM | 05/01/13 | 3,601 | 3,083 | 518 |
| Computer | 10 IPITOMY HP PHONES | 05/07/13 | 1,959 | 1,677 | 282 |
| Computer | HP COMPAQ 6300PRO | 05/28/13 | 731 | 626 | 105 |

**Institute of Cardiovascular Excellence PLLC**
**Case No.: 3:16-bk-01491-JAF**

**YE 2015 Depreciation Schedule**

| Asset Classification (GL) | Description of Property | Date Placed In Service | Cost or Other Basis | 2015 Accum. Deprec. | Net Book Value |
|---|---|---|---|---|---|
| Computer | 2 C1OLE THIN CLIENTS | 05/28/13 | 712 | 609 | 103 |
| Computer | EXTREME SUMMIT NETWOF | 05/28/13 | 2,275 | 1,948 | 327 |
| Computer | CISCO AIRONET 1142 | 05/28/13 | 706 | 605 | 101 |
| Computer | 10 HARD DISK CARTRIDGES | 05/30/13 | 2,174 | 1,861 | 313 |
| Computer | EXTREME NETWORKS SUMI | 06/13/13 | 2,935 | 2,514 | 421 |
| Computer | EXTREME NETWORKS SUMI | 06/13/13 | 3,601 | 3,083 | 518 |
| Computer | HP COMPAQ 6300PRO | 06/13/13 | 803 | 687 | 116 |
| Computer | CISCO AIRONET WIRELESS | 06/13/13 | 561 | 481 | 80 |
| Computer | 2 THIN CLIENTS C1OLE | 06/13/13 | 698 | 598 | 100 |
| Computer | DIALOGIC DIVA UM ANALOG | 06/13/13 | 1,902 | 1,628 | 274 |
| Computer | EXTREME NETWORKS SUMI | 06/13/13 | 3,916 | 3,353 | 563 |
| Computer | GIGABIT SMART SWITCH | 07/12/13 | 567 | 486 | 81 |
| Computer | WIRELESS ACCESS POINT | 07/12/13 | 567 | 486 | 81 |
| Computer | 10 HARD DISC CARTRIDGES | 07/23/13 | 2,174 | 1,861 | 313 |
| Computer | 2 GATEWAY MONITORS | 09/04/13 | 100 | 86 | 14 |
| Computer | 14 DELL VOSTRO COMPUTE | 09/04/13 | 2,100 | 1,798 | 302 |
| Computer | GATEWAY COMPUTER SER' | 09/04/13 | 600 | 514 | 86 |
| Computer | DELL COMPUTER | 09/04/13 | 250 | 214 | 36 |
| Computer | DELL COMPUTER | 09/04/13 | 250 | 214 | 36 |
| Computer | 19 DELL MONITORS | 09/04/13 | 2,000 | 1,712 | 288 |
| Computer | HP COMPAQ PR06300 | 09/11/13 | 2,222 | 1,902 | 320 |
| Computer | 2 IP410-P SIP PHONES | 09/11/13 | 401 | 343 | 58 |
| Computer | 3 IP410-P SIP PHONES | 09/11/13 | 601 | 515 | 86 |
| Computer | 2 IP410-P SIP PHONES | 09/11/13 | 401 | 343 | 58 |
| Computer | 2 ACER MONITORS | 09/11/13 | 239 | 205 | 34 |
| Computer | 4 ACER MONITORS | 09/11/13 | 477 | 409 | 68 |
| Computer | FUJITSU LIFEBOOKT902 | 11/06/13 | 1,920 | 1,643 | 277 |
| Computer | HARD DRIVE BACKUP | 11/06/13 | 212 | 181 | 31 |
| Computer | AQUARIUS INTUITION PACK | 11/27/13 | 11,766 | 10,073 | 1,693 |

**Institute of Cardiovascular Excellence PLLC**
**Case No.: 3:16-bk-01491-JAF**

**YE 2015 Depreciation Schedule**

| Asset Classification (GL) | Description of Property | Date Placed In Service | Cost or Other Basis | 2015 Accum. Deprec. | Net Book Value |
|---|---|---|---|---|---|
| Computer | 2 CISCO AIRONET 1141-WIR | 01/13/14 | 1,134 | 861 | 273 |
| Computer | EXTREME NETWKS SUMMIT | 01/13/14 | 2,929 | 2,227 | 702 |
| Computer | 7 ACER MONITORS | 01/13/14 | 852 | 647 | 205 |
| Computer | 8 IPITOMY VOIP PHONES | 01/13/14 | 1,600 | 1,216 | 384 |
| Computer | DOCKPORT 667 | 01/13/14 | 138 | 105 | 33 |
| Computer | 2 CISCO POWER INJECTOR | 01/13/14 | 210 | 160 | 50 |
| Computer | 2 IPITOMY VOIP PHONES | 01/13/14 | 400 | 304 | 96 |
| Computer | EIZO RADIFORCE 19102D | 01/17/14 | 9,699 | 7,372 | 2,327 |
| Computer | WYSE C1OLE THIN CLIENT | 01/22/14 | 361 | 275 | 86 |
| Computer | HP PRODESK 600 G1 | 01/22/14 | 865 | 658 | 207 |
| Computer | AMBIR DOCKETPORT 667 | 02/14/14 | 182 | 138 | 44 |
| Computer | HP PRODESK 60001 W/MICF | 02/21/14 | 1,097 | 835 | 262 |
| Computer | 30 HP COMPAQ 6305 PRO | 04/14/14 | 20,342 | 15,460 | 4,882 |
| Computer | HP PROBOOK 645 | 04/14/14 | 843 | 641 | 202 |
| Computer | HP COMPAQ 6305 PRO | 04/14/14 | 678 | 515 | 163 |
| Computer | HP COMPAQ 6305 PRO | 04/14/14 | 678 | 515 | 163 |
| Computer | 21 DELL WYSE C101 LE THIN | 04/14/14 | 7,421 | 5,640 | 1,781 |
| Computer | EXTREME SUMMIT NETWOF | 05/04/14 | 3,440 | 2,614 | 826 |
| Computer | 1 DELL WYSE C1OLE THIN C | 06/13/14 | 349 | 266 | 83 |
| Computer | 4 DELL WYSE C1OLE THIN C | 06/13/14 | 1,395 | 1,061 | 334 |
| Computer | LED MONITOR | 06/13/14 | 120 | 91 | 29 |
| Computer | 1 DELL WYSE C1OLE THINCL | 06/13/14 | 349 | 266 | 83 |
| Computer | 1 LED 19" MONITOR | 06/13/14 | 120 | 91 | 29 |
| Computer | LAPTOP-GILBERT | 06/23/14 | 2,151 | 1,635 | 516 |
| Computer | HP COMPAQ 6305 PRO & MC | 07/03/14 | 998 | 759 | 239 |
| Computer | 5 IPITOMY VOIP PHONE | 07/17/14 | 1,000 | 760 | 240 |
| Computer | 1 IPITOMY VOIP PHONE | 07/17/14 | 200 | 152 | 48 |
| Computer | 1 IPITOMY VOIP PHONE | 07/17/14 | 200 | 152 | 48 |
| Computer | HP COMPAQ 6305 PRO | 08/04/14 | 860 | 654 | 206 |

**Institute of Cardiovascular Excellence PLLC**
**Case No.: 3:16-bk-01491-JAF**

**YE 2015 Depreciation Schedule**

| Asset Classification (GL) | Description of Property | Date Placed In Service | Cost or Other Basis | 2015 Accum. Deprec. | Net Book Value |
|---|---|---|---|---|---|
| Computer | HP COMPAQ 6305 PRO | 08/04/14 | 860 | 654 | 206 |
| Computer | INTEL XEON PROCESSSOR | 08/19/14 | 957 | 728 | 229 |
| Computer | ISAN 1116 | 08/19/14 | 9,270 | 7,045 | 2,225 |
| Computer | HP REDUNDANT POWER SU | 08/19/14 | 206 | 157 | 49 |
| Computer | HP PROLIANT DL360 G7 SEF | 08/19/14 | 3,083 | 2,343 | 740 |
| Computer | 4 HP HARD DRIVES | 08/19/14 | 2,342 | 1,780 | 562 |
| Computer | 18 AXIOM AX MEMORY | 08/19/14 | 1,190 | 904 | 286 |
| Computer | EXTREME NETWORKS SUMI | 08/19/14 | 2,451 | 1,863 | 588 |
| Computer | CISCO 1921 Ti BUNDLE | 08/19/14 | 1,322 | 1,005 | 317 |
| Computer | CISCO AIRONET POWER IN, | 08/19/14 | 73 | 56 | 17 |
| Computer | CISCO AIRONET WIRELS AC | 08/19/14 | 462 | 351 | 111 |
| Computer | 4 COMPAQ PRO 6305 | 08/19/14 | 2,754 | 2,093 | 661 |
| Computer | 21 DELL WYSE C1OLE THINC | 08/19/14 | 7,302 | 5,549 | 1,753 |
| Computer | ISAN 1224 | 08/19/14 | 17,480 | 13,285 | 4,195 |
| Computer | 2 XENSERVERS 6.2 | 08/19/14 | 2,385 | 1,814 | 571 |
| Computer | CANNON IMAGE SCANNER | 08/19/14 | 609 | 463 | 146 |
| Computer | ALLWORZ 48X CONF BRIDGI | 08/19/14 | 4,783 | 3,635 | 1,148 |
| Computer | CANNON IMAGE SCANNER | 08/19/14 | 609 | 463 | 146 |
| Computer | 20 92121 IP PHONE | 08/19/14 | 4,834 | 3,673 | 1,161 |
| Computer | HP HARD DISK DRIVE | 08/19/14 | 87 | 67 | 20 |
| Computer | 6 HP COMPAQ 6305 MICRO | 09/22/14 | 3,738 | 2,841 | 897 |
| Computer | 5 DELL WYSE C1OLE THINC[ | 09/22/14 | 1,555 | 1,183 | 372 |
| Computer | 2 AMBIR DOCKETPORT 667 | 09/22/14 | 294 | 223 | 71 |
| Computer | ACER 22" MONITOR | 09/22/14 | 149 | 114 | 35 |
| Computer | ACER LED MONITOR 22" | 09/22/14 | 217 | 166 | 51 |
| Computer | FUJITSU LIFEBOOKT902 | 10/22/14 | 1,774 | 1,348 | 426 |
| Computer | HP PROBOOK LAPTOP | 10/22/14 | 918 | 698 | 220 |
| Computer | 5 DELL WYSE C1OLE THINC[ | 10/23/14 | 189 | 144 | 45 |
| Computer | 6 HP COMPAQ PRO MICRO 1 | 10/23/14 | 454 | 345 | 109 |

**Institute of Cardiovascular Excellence PLLC**
**Case No.: 3:16-bk-01491-JAF**
**YE 2015 Depreciation Schedule**

| Asset Classification (GL) | Description of Property | Date Placed In Service | Cost or Other Basis | 2015 Accum. Deprec. | Net Book Value |
|---|---|---|---|---|---|
| Computer | 2 AMBIR DOCKETPORT 667 | 10/23/14 | 36 | 28 | 8 |
| Computer | FIJITSU LIFEBOOK T902 | 10/23/14 | 215 | 164 | 51 |
| Computer | ACER LED 22" MONITOR | 10/23/14 | 25 | 20 | 5 |
| Computer | 7 IP PHONES | 10/31/14 | 1,632 | 1,133 | 499 |
| Computer | FUJITSU LIFEBOOK T902 | 11/11/14 | 1,534 | 1,165 | 369 |
| Computer | 2 EATON SURGE PROTECT | 11/13/14 | 81,357 | 61,832 | 19,525 |
| Computer | 4 LED 19" MONITORS | 11/18/14 | 473 | 360 | 113 |
| Computer | 19" MONITOR | 11/18/14 | 118 | 90 | 28 |
| Computer | 19" MONITOR | 11/18/14 | 118 | 90 | 28 |
| Computer | 19" MONITOR | 11/18/14 | 118 | 90 | 28 |
| Computer | 7 ALLWORX IP PHONES | 12/03/14 | 1,669 | 1,269 | 400 |
| Computer | CISCO ROUTER | 12/03/14 | 768 | 584 | 184 |
| Computer | EXTREME NETWORKS SUMI | 12/03/14 | 3,158 | 2,400 | 758 |
| Computer | ALLWORX 48X WITH PRI | 12/03/14 | 4,255 | 3,235 | 1,020 |
| Computer | 2 YEALINK GIGABIT COLOR | 12/30/14 | 338 | 257 | 81 |
| Computer | EXTREME NETWORKS SUMI | 12/30/14 | 1,362 | 1,035 | 327 |
| Computer | 2 ACER MONITORS 19" | 06/05/15 | 257 | 155 | 102 |
| Computer | HARDRIVE 1T CARTRIDGE | 08/10/15 | 599 | 360 | 239 |
| **Computer Total** | | | **917,096** | **809,034** | **108,062** |
| Furniture, Fixtures & Equipment | SUPPLY CABINET | 08/05/09 | 250 | 250 | 0 |
| Furniture, Fixtures & Equipment | DESK | 08/12/09 | 651 | 651 | 0 |
| Furniture, Fixtures & Equipment | PHONES | 08/14/09 | 438 | 438 | 0 |
| Furniture, Fixtures & Equipment | COPIER | 08/31/09 | 180 | 180 | 0 |
| Furniture, Fixtures & Equipment | BOOKCASE | 09/01/09 | 205 | 205 | 0 |
| Furniture, Fixtures & Equipment | WOOD VERTICLE FILE CABINET | 09/01/09 | 232 | 232 | 0 |
| Furniture, Fixtures & Equipment | MEDICAL RECORDS FILE SYSTEM | 10/01/09 | 5,916 | 5,916 | 0 |
| Furniture, Fixtures & Equipment | 8 GUEST CHAIRS | 10/02/09 | 1,582 | 1,582 | 0 |
| Furniture, Fixtures & Equipment | 14 CHAIRS TABLE PAINTING | 10/12/09 | 4,000 | 4,000 | 0 |
| Furniture, Fixtures & Equipment | DESK 2 | 10/26/09 | 1,600 | 1,600 | 0 |

**Institute of Cardiovascular Excellence PLLC**
**Case No.: 3:16-bk-01491-JAF**

**YE 2015 Depreciation Schedule**

| Asset Classification (GL) | Description of Property | Date Placed In Service | Cost or Other Basis | 2015 Accum. Deprec. | Net Book Value |
|---|---|---|---|---|---|
| Furniture, Fixtures & Equipment | COPIER | 10/29/09 | 418 | 418 | 0 |
| Furniture, Fixtures & Equipment | PHONE SYSTEM | 12/15/09 | 7,127 | 7,127 | 0 |
| Furniture, Fixtures & Equipment | MARKER BOARD | 07/23/10 | 198 | 198 | 0 |
| Furniture, Fixtures & Equipment | EMR OFFICE EQUIP | 10/11/10 | 1,251 | 1,251 | 0 |
| Furniture, Fixtures & Equipment | RECEPTION DESK | 10/14/10 | 3,750 | 3,750 | 0 |
| Furniture, Fixtures & Equipment | FURNITURE | 11/01/10 | 1,990 | 1,990 | 0 |
| Furniture, Fixtures & Equipment | FURNITURE MULBERRY | 11/16/10 | 20,000 | 20,000 | 0 |
| Furniture, Fixtures & Equipment | 42 IN LCD TV | 12/04/10 | 538 | 538 | 0 |
| Furniture, Fixtures & Equipment | GE REFRIGERATOR | 12/04/10 | 280 | 280 | 0 |
| Furniture, Fixtures & Equipment | Office Furniture | 01/06/11 | 1,046 | 1,046 | 0 |
| Furniture, Fixtures & Equipment | Office Depot Printer | 01/21/11 | 530 | 530 | 0 |
| Furniture, Fixtures & Equipment | Okidata CX2033 Color MFP | 01/24/11 | 696 | 696 | 0 |
| Furniture, Fixtures & Equipment | Office Furniture | 02/27/11 | 8,351 | 8,351 | 0 |
| Furniture, Fixtures & Equipment | Okidata CX2033 Color MFP | 04/01/11 | 150 | 150 | 0 |
| Furniture, Fixtures & Equipment | IP550 Phone | 08/29/11 | 186 | 186 | 0 |
| Furniture, Fixtures & Equipment | IP550 Phone | 08/29/11 | 186 | 186 | 0 |
| Furniture, Fixtures & Equipment | Lifebook T900 | 09/23/11 | 2,029 | 2,029 | 0 |
| Furniture, Fixtures & Equipment | Fujitsu F16130 Scanner | 09/23/11 | 1,000 | 1,000 | 0 |
| Furniture, Fixtures & Equipment | Aimet 1142 stand alone WAP | 10/04/11 | 648 | 648 | 0 |
| Furniture, Fixtures & Equipment | Aimet 1142 stand alone WAP | 10/04/11 | 648 | 648 | 0 |
| Furniture, Fixtures & Equipment | Thin client dts | 12/15/11 | 313 | 313 | 0 |
| Furniture, Fixtures & Equipment | Thin client dts | 12/15/11 | 313 | 313 | 0 |
| Furniture, Fixtures & Equipment | Office Furniture | 01/01/12 | 10,918 | 9,213 | 1,705 |
| Furniture, Fixtures & Equipment | END TABLE MAHOGANY | 02/01/12 | 1,138 | 960 | 178 |
| Furniture, Fixtures & Equipment | SWIVEL TILT CHAIR | 02/01/12 | 4,291 | 3,621 | 670 |
| Furniture, Fixtures & Equipment | HAVILAND WIND CHAIR | 02/01/12 | 1,908 | 1,610 | 298 |
| Furniture, Fixtures & Equipment | FABRIC WINDOW SHADES | 02/01/12 | 5,117 | 4,319 | 798 |
| Furniture, Fixtures & Equipment | COCKTAIL TABLE OVAL | 02/01/12 | 1,586 | 1,338 | 248 |
| Furniture, Fixtures & Equipment | MAHOGANY SERPENTINE D | 02/01/12 | 4,134 | 3,488 | 646 |

**Institute of Cardiovascular Excellence PLLC**
**Case No.: 3:16-bk-01491-JAF**

**YE 2015 Depreciation Schedule**

| Asset Classification (GL) | Description of Property | Date Placed In Service | Cost or Other Basis | 2015 Accum. Deprec. | Net Book Value |
|---|---|---|---|---|---|
| Furniture, Fixtures & Equipment | END TABLE 4 ARM | 02/01/12 | 689 | 581 | 108 |
| Furniture, Fixtures & Equipment | DESK LAMP BRASS | 02/01/12 | 1,102 | 930 | 172 |
| Furniture, Fixtures & Equipment | QUINN LEATHER CHAIR BLA | 02/01/12 | 2,865 | 2,419 | 446 |
| Furniture, Fixtures & Equipment | QUINN LEATHER CHAIR BLA | 02/01/12 | 2,865 | 2,419 | 446 |
| Furniture, Fixtures & Equipment | 3 PHONES | 02/16/12 | 675 | 570 | 105 |
| Furniture, Fixtures & Equipment | 11 RECLINERS | 02/21/12 | 4,704 | 3,969 | 735 |
| Furniture, Fixtures & Equipment | 7 MOHOGANY CHAIRS | 02/27/12 | 3,174 | 2,679 | 495 |
| Furniture, Fixtures & Equipment | WIRE STORAGE SHELVES | 02/29/12 | 7,174 | 6,053 | 1,121 |
| Furniture, Fixtures & Equipment | 16 CHAIRS | 02/29/12 | 4,619 | 3,898 | 721 |
| Furniture, Fixtures & Equipment | 2 END TABLES | 02/29/12 | 383 | 323 | 60 |
| Furniture, Fixtures & Equipment | GENERATOR | 02/29/12 | 1,926 | 1,625 | 301 |
| Furniture, Fixtures & Equipment | LIAM 76" | 03/02/12 | 1,028 | 867 | 161 |
| Furniture, Fixtures & Equipment | MONTIBELLO 3PC (X4) | 03/02/12 | 1,815 | 1,532 | 283 |
| Furniture, Fixtures & Equipment | HARMONY CART WITH DRAI | 03/02/12 | 4,675 | 3,945 | 730 |
| Furniture, Fixtures & Equipment | DAKOTA5PC | 03/02/12 | 720 | 607 | 113 |
| Furniture, Fixtures & Equipment | PL103-ESP DESK | 03/05/12 | 578 | 488 | 90 |
| Furniture, Fixtures & Equipment | 6 STACKABLE PANELS | 03/05/12 | 2,292 | 1,934 | 358 |
| Furniture, Fixtures & Equipment | PL103-ESP DESK | 03/05/12 | 578 | 488 | 90 |
| Furniture, Fixtures & Equipment | BOW SHELL DESK | 03/05/12 | 661 | 558 | 103 |
| Furniture, Fixtures & Equipment | 14 WHITE LEATHER ARM TA | 03/05/12 | 4,501 | 3,799 | 702 |
| Furniture, Fixtures & Equipment | CONFERENCE TABLE | 03/05/12 | 2,139 | 1,806 | 333 |
| Furniture, Fixtures & Equipment | AIS PANEL | 03/05/12 | 3,711 | 3,132 | 579 |
| Furniture, Fixtures & Equipment | BOW SHELL TABLE | 03/05/12 | 1,215 | 1,026 | 189 |
| Furniture, Fixtures & Equipment | 5 DESK CHAIRS | 03/06/12 | 1,227 | 1,036 | 191 |
| Furniture, Fixtures & Equipment | 2 SWIVEL CHAIRS | 03/12/12 | 453 | 382 | 71 |
| Furniture, Fixtures & Equipment | SWIVEL STOOL | 03/12/12 | 227 | 192 | 35 |
| Furniture, Fixtures & Equipment | FULL BACK CHAIR | 03/12/12 | 243 | 205 | 38 |
| Furniture, Fixtures & Equipment | SWIVEL CHAIR | 03/12/12 | 227 | 192 | 35 |
| Furniture, Fixtures & Equipment | SWIVEL CHAIR | 03/12/12 | 227 | 192 | 35 |

**Institute of Cardiovascular Excellence PLLC**
**Case No.: 3:16-bk-01491-JAF**

YE 2015 Depreciation Schedule

| Asset Classification (GL) | Description of Property | Date Placed In Service | Cost or Other Basis | 2015 Accum. Deprec. | Net Book Value |
|---|---|---|---|---|---|
| Furniture, Fixtures & Equipment | CUSTOM WALL UNIT | 03/12/12 | 14,106 | 11,903 | 2,203 |
| Furniture, Fixtures & Equipment | SWIVEL CHAIR | 03/12/12 | 227 | 192 | 35 |
| Furniture, Fixtures & Equipment | SWIVEL CHAIR | 03/12/12 | 227 | 192 | 35 |
| Furniture, Fixtures & Equipment | 5 MERLOT END TABLES | 03/12/12 | 768 | 648 | 120 |
| Furniture, Fixtures & Equipment | 2 SAMSUNG TV 32" | 03/14/12 | 2,858 | 2,411 | 447 |
| Furniture, Fixtures & Equipment | 12 HIWM2 WORK CHAIRS | 03/14/12 | 3,741 | 3,157 | 584 |
| Furniture, Fixtures & Equipment | 12 HIWM2 WORK CHAIRS | 03/14/12 | 3,741 | 3,157 | 584 |
| Furniture, Fixtures & Equipment | CABINETS | 03/21/12 | 11,180 | 9,434 | 1,746 |
| Furniture, Fixtures & Equipment | CHAIR | 03/21/12 | 638 | 539 | 99 |
| Furniture, Fixtures & Equipment | 2 CHAIRS | 03/22/12 | 648 | 546 | 102 |
| Furniture, Fixtures & Equipment | CHAIR | 03/22/12 | 318 | 269 | 49 |
| Furniture, Fixtures & Equipment | ADJ SEAT CHAIR | 03/22/12 | 663 | 559 | 104 |
| Furniture, Fixtures & Equipment | CHAIR | 03/22/12 | 284 | 240 | 44 |
| Furniture, Fixtures & Equipment | 2 TVS | 03/23/12 | 5,827 | 4,918 | 909 |
| Furniture, Fixtures & Equipment | 2 CORNER NARCOTIC CABIN | 03/23/12 | 1,573 | 1,328 | 245 |
| Furniture, Fixtures & Equipment | 4TRASHCANS | 03/27/12 | 3,512 | 2,963 | 549 |
| Furniture, Fixtures & Equipment | 6 SWIVEL STOOLS | 04/02/12 | 1,359 | 1,147 | 212 |
| Furniture, Fixtures & Equipment | TV PHIL55" | 04/04/12 | 1,164 | 983 | 181 |
| Furniture, Fixtures & Equipment | 10 PHONES | 04/08/12 | 2,183 | 1,842 | 341 |
| Furniture, Fixtures & Equipment | HAND TRUCK | 04/09/12 | 195 | 165 | 30 |
| Furniture, Fixtures & Equipment | WORKBENCH | 04/09/12 | 447 | 378 | 69 |
| Furniture, Fixtures & Equipment | 2 GUEST CHAIRS | 04/09/12 | 570 | 482 | 88 |
| Furniture, Fixtures & Equipment | 12 PHONES | 04/10/12 | 4,995 | 4,216 | 779 |
| Furniture, Fixtures & Equipment | C1OLE CLIENT COMPUTER | 05/08/12 | 352 | 297 | 55 |
| Furniture, Fixtures & Equipment | SOFA | 07/26/12 | 5,212 | 4,397 | 815 |
| Furniture, Fixtures & Equipment | REFRIGERATOR | 07/26/12 | 1,689 | 1,426 | 263 |
| Furniture, Fixtures & Equipment | CABINETS | 08/02/12 | 1,800 | 1,518 | 282 |
| Furniture, Fixtures & Equipment | KEYPAD LOCK | 08/02/12 | 176 | 149 | 27 |
| Furniture, Fixtures & Equipment | 3 IPITOMY PHONES | 09/05/12 | 613 | 518 | 95 |

**Institute of Cardiovascular Excellence PLLC**
**Case No.: 3:16-bk-01491-JAF**
**YE 2015 Depreciation Schedule**

| Asset Classification (GL) | Description of Property | Date Placed In Service | Cost or Other Basis | 2015 Accum. Deprec. | Net Book Value |
|---|---|---|---|---|---|
| Furniture, Fixtures & Equipment | 2 PANELS | 09/10/12 | 705 | 595 | 110 |
| Furniture, Fixtures & Equipment | 2 BLACK CHAIRS | 09/27/12 | 591 | 499 | 92 |
| Furniture, Fixtures & Equipment | BIZ HUB C550 COPIER | 10/17/12 | 7,102 | 5,993 | 1,109 |
| Furniture, Fixtures & Equipment | KM-3035 COPIER | 10/17/12 | 2,756 | 2,325 | 431 |
| Furniture, Fixtures & Equipment | 3 PHONES IP410-P | 10/18/12 | 686 | 579 | 107 |
| Furniture, Fixtures & Equipment | TV | 10/23/12 | 306 | 258 | 48 |
| Furniture, Fixtures & Equipment | 3 DESKS | 10/26/12 | 784 | 662 | 122 |
| Furniture, Fixtures & Equipment | DESK | 10/26/12 | 261 | 221 | 40 |
| Furniture, Fixtures & Equipment | 3 SWIVEL STOOLS | 10/30/12 | 696 | 587 | 109 |
| Furniture, Fixtures & Equipment | PICNIC TABLE | 11/07/12 | 483 | 408 | 75 |
| Furniture, Fixtures & Equipment | DESK | 12/06/12 | 318 | 269 | 49 |
| Furniture, Fixtures & Equipment | 32" TV | 12/18/12 | 286 | 241 | 45 |
| Furniture, Fixtures & Equipment | CANON IR3030 | 01/01/13 | 3,100 | 2,422 | 678 |
| Furniture, Fixtures & Equipment | 5 MID BACK CHAIRS | 02/25/13 | 1,892 | 1,478 | 414 |
| Furniture, Fixtures & Equipment | DESK | 03/06/13 | 560 | 438 | 122 |
| Furniture, Fixtures & Equipment | IPITOMY PHONE SYSTEM | 03/15/13 | 1,793 | 1,402 | 391 |
| Furniture, Fixtures & Equipment | CABINET FOR SPECIMEN | 03/21/13 | 708 | 554 | 154 |
| Furniture, Fixtures & Equipment | DESK, CHERRY FINISH | 04/01/13 | 626 | 490 | 136 |
| Furniture, Fixtures & Equipment | PANELS AND DESK | 04/18/13 | 2,358 | 1,842 | 516 |
| Furniture, Fixtures & Equipment | IPITOMY PHONE | 04/25/13 | 6,978 | 5,452 | 1,526 |
| Furniture, Fixtures & Equipment | IPITOMY PHONE | 05/03/13 | 6,978 | 5,452 | 1,526 |
| Furniture, Fixtures & Equipment | DESK, CHERRY FINISH | 06/06/13 | 351 | 275 | 76 |
| Furniture, Fixtures & Equipment | 2 MIDBACK SYNCH CHAIRS | 07/10/13 | 657 | 513 | 144 |
| Furniture, Fixtures & Equipment | DESK, CHERRY FINISH | 07/11/13 | 626 | 490 | 136 |
| Furniture, Fixtures & Equipment | 4 CARDIA TELEMETY WIRE | 08/02/13 | 10,629 | 8,306 | 2,323 |
| Furniture, Fixtures & Equipment | DESK, CHERRY FINISH | 08/05/13 | 351 | 275 | 76 |
| Furniture, Fixtures & Equipment | HIGHBACK EXEC CHAIR | 08/22/13 | 276 | 216 | 60 |
| Furniture, Fixtures & Equipment | PANEL 2ND FLOOR | 08/27/13 | 434 | 339 | 95 |
| Furniture, Fixtures & Equipment | WHIRLPOOL COUNTERTOP | 09/04/13 | 35 | 28 | 7 |

**Institute of Cardiovascular Excellence PLLC**
**Case No.: 3:16-bk-01491-JAF**

**YE 2015 Depreciation Schedule**

| Asset Classification (GL) | Description of Property | Date Placed In Service | Cost or Other Basis | 2015 Accum. Deprec. | Net Book Value |
|---|---|---|---|---|---|
| Furniture, Fixtures & Equipment | DYMO LABELER | 09/04/13 | 35 | 28 | 7 |
| Furniture, Fixtures & Equipment | BROTHER PRINTER | 09/04/13 | 25 | 20 | 5 |
| Furniture, Fixtures & Equipment | TABLE LAMPS-RECEPTION | 09/04/13 | 100 | 78 | 22 |
| Furniture, Fixtures & Equipment | CHAIRS-RECEPTION AREA | 09/04/13 | 400 | 313 | 87 |
| Furniture, Fixtures & Equipment | HIGHBACK EXEC CHAIR | 09/04/13 | 276 | 216 | 60 |
| Furniture, Fixtures & Equipment | DESK, CHERRY FINISH | 09/04/13 | 351 | 275 | 76 |
| Furniture, Fixtures & Equipment | 2 HON METAL SUPPLY CABI | 09/04/13 | 50 | 39 | 11 |
| Furniture, Fixtures & Equipment | BROCHURE RACKS | 09/04/13 | 50 | 39 | 11 |
| Furniture, Fixtures & Equipment | 2 FLAT SCREEN TVS | 09/04/13 | 700 | 547 | 153 |
| Furniture, Fixtures & Equipment | WAITING ROOM DECOR | 09/04/13 | 200 | 155 | 45 |
| Furniture, Fixtures & Equipment | IPITOMY VOIP PHONE | 12/18/13 | 200 | 155 | 45 |
| Furniture, Fixtures & Equipment | IPITOMY VOIP PHONE | 12/18/13 | 200 | 155 | 45 |
| Furniture, Fixtures & Equipment | IPITOMY VOIP PHNE | 12/18/13 | 200 | 155 | 45 |
| Furniture, Fixtures & Equipment | 5 IPITOMY VOIP PHONES | 12/18/13 | 1,000 | 780 | 220 |
| Furniture, Fixtures & Equipment | VERTICAL BLINDS-PHYS OF | 12/19/13 | 874 | 682 | 192 |
| Furniture, Fixtures & Equipment | IPITOMY 1200T-1 PACKAGE | 02/05/14 | 5,610 | 3,893 | 1,717 |
| Furniture, Fixtures & Equipment | 2 HIWM2 SYNCH CHAIR | 03/19/14 | 335 | 233 | 102 |
| Furniture, Fixtures & Equipment | CANNON SCANNER | 04/08/14 | 860 | 596 | 264 |
| Furniture, Fixtures & Equipment | 2 HIWM2 CYNCH CHAIR | 04/14/14 | 335 | 233 | 102 |
| Furniture, Fixtures & Equipment | CHAIR | 04/18/14 | 128 | 89 | 39 |
| Furniture, Fixtures & Equipment | 25 GUEST CHAIRS | 04/22/14 | 80 | 56 | 24 |
| Furniture, Fixtures & Equipment | SHELL DESK-OCALA | 05/20/14 | 302 | 210 | 92 |
| Furniture, Fixtures & Equipment | SHELL DESK-OCALA | 05/20/14 | 302 | 210 | 92 |
| Furniture, Fixtures & Equipment | SHELL DESK-OCALA | 05/20/14 | 302 | 210 | 92 |
| Furniture, Fixtures & Equipment | PICTURE | 09/22/14 | 100 | 69 | 31 |
| Furniture, Fixtures & Equipment | SWIVEL STOOL | 10/24/14 | 136 | 95 | 41 |
| Furniture, Fixtures & Equipment | 5 HIWM2 SYNCH CHAIR | 10/24/14 | 907 | 630 | 277 |
| Furniture, Fixtures & Equipment | 6 MANHATTAN LOVESEATS | 10/28/14 | 3,223 | 2,237 | 986 |
| Furniture, Fixtures & Equipment | 31 WOOD FRAMED CHAIRS | 10/28/14 | 5,251 | 3,644 | 1,607 |

**Institute of Cardiovascular Excellence PLLC**
**Case No.: 3:16-bk-01491-JAF**
**YE 2015 Depreciation Schedule**

| Asset Classification (GL) | Description of Property | Date Placed In Service | Cost or Other Basis | 2015 Accum. Deprec. | Net Book Value |
|---|---|---|---|---|---|
| Furniture, Fixtures & Equipment | 6 END TABLES | 10/28/14 | 926 | 642 | 284 |
| Furniture, Fixtures & Equipment | 6 END TABLES | 11/03/14 | 151 | 105 | 46 |
| Furniture, Fixtures & Equipment | 6 MANHATTAN LOVESEATS | 11/03/14 | 524 | 363 | 161 |
| Furniture, Fixtures & Equipment | 31 WOOD FRAMED CHAIRS | 11/03/14 | 854 | 593 | 261 |
| Furniture, Fixtures & Equipment | LOBBY TABLE | 11/17/14 | 500 | 347 | 153 |
| Furniture, Fixtures & Equipment | #2 DIESEL, 15PPM ULTRA | 11/24/14 | 1,023 | 710 | 313 |
| Furniture, Fixtures & Equipment | 5 HIWM2 SYNCH CHAIRS | 12/08/14 | 907 | 630 | 277 |
| Furniture, Fixtures & Equipment | SWIVEL STOOL | 12/08/14 | 136 | 95 | 41 |
| Furniture, Fixtures & Equipment | DRY ERASE BOARDS | 12/18/14 | 1,203 | 835 | 368 |
| Furniture, Fixtures & Equipment | SUNTEX ROLLER SHADE | 01/27/15 | 400 | 229 | 171 |
| Furniture, Fixtures & Equipment | SUNTEX ROLLER SHADE | 02/13/15 | 395 | 226 | 169 |
| Furniture, Fixtures & Equipment | CABINETS-BLOOD LAB | 03/06/15 | 523 | 299 | 224 |
| Furniture, Fixtures & Equipment | PRESSURE WASHER | 04/22/15 | 1,484 | 848 | 636 |
| Furniture, Fixtures & Equipment | MISC OFFICE FURNISHINGS | 04/22/15 | 1,081 | 618 | 463 |
| Furniture, Fixtures & Equipment | CHAIRS FROM OEC | 04/22/15 | 1,340 | 766 | 574 |
| **Furniture, Fixtures & Equipment Total** | | | **310,858** | **265,029** | **45,829** |
| Goodwill Mulberry | GOODWILL MULBERRY | 11/16/10 | 250,000 | 86,112 | 163,888 |
| **Goodwill Mulberry Total** | | | **250,000** | **86,112** | **163,888** |
| Goodwill Shahmiri | 000DWILL-SHAHMIRI PRAC | 03/04/14 | 375,000 | 45,833 | 329,167 |
| **Goodwill Shahmiri Total** | | | **375,000** | **45,833** | **329,167** |
| Leasehold | WINDOW BLINDS AND SHUT | 04/19/12 | 16,888 | 9,249 | 7,639 |
| Leasehold | OCALA INTERIOR RENOVAT | 05/12/14 | 5,975 | 3,286 | 2,689 |
| **Leasehold Total** | | | **22,863** | **12,535** | **10,328** |
| Loan Costs | LOAN COSTS | 07/21/10 | 20,562 | 20,562 | 0 |
| Loan Costs | LOAN COSTS | 06/26/12 | 12,063 | 12,063 | 0 |
| **Loan Costs Total** | | | **32,625** | **32,625** | **0** |
| Medical Equipment | HOLTER MOITORS | 08/03/09 | 2,657 | 2,657 | 0 |
| Medical Equipment | 4 MONITORS FLASHCARDS | 09/20/09 | 5,385 | 5,385 | 0 |
| Medical Equipment | HP SONOS 5500 | 10/09/09 | 20,721 | 20,721 | 0 |

**Institute of Cardiovascular Excellence PLLC**
**Case No.: 3:16-bk-01491-JAF**

**YE 2015 Depreciation Schedule**

| Asset Classification (GL) | Description of Property | Date Placed In Service | Cost or Other Basis | 2015 Accum. Deprec. | Net Book Value |
|---|---|---|---|---|---|
| Medical Equipment | EKG TABLE | 11/06/09 | 190 | 190 | 0 |
| Medical Equipment | BED | 11/23/09 | 5,951 | 5,951 | 0 |
| Medical Equipment | 4 HOLTERS | 12/06/09 | 2,850 | 2,850 | 0 |
| Medical Equipment | SN 307029 H4760 DISK | 03/31/10 | 1,372 | 1,372 | 0 |
| Medical Equipment | SONARA TEK TCD SYS | 04/02/10 | 13,688 | 13,688 | 0 |
| Medical Equipment | EXAM TABLES 3 | 05/18/10 | 2,100 | 2,100 | 0 |
| Medical Equipment | HOLTERS | 05/26/10 | 4,000 | 4,000 | 0 |
| Medical Equipment | HOLTERS | 05/26/10 | 3,300 | 3,300 | 0 |
| Medical Equipment | L SEIMENS NUCLEAR CAME | 06/16/10 | 207,246 | 207,246 | 0 |
| Medical Equipment | OPTHALMOSCOPE | 08/18/10 | 228 | 228 | 0 |
| Medical Equipment | HANDLE LION | 08/23/10 | 306 | 306 | 0 |
| Medical Equipment | MEDICAL EQUIPMENT | 09/29/10 | 45,162 | 45,162 | 0 |
| Medical Equipment | DEFIB | 10/05/10 | 1,590 | 1,590 | 0 |
| Medical Equipment | EKG MACHINE | 10/05/10 | 4,187 | 4,187 | 0 |
| Medical Equipment | 4 WALL MOUNTED OTO OP | 01/15/11 | 2,650 | 2,650 | 0 |
| Medical Equipment | 4 EXAM TABLES | 02/10/11 | 3,286 | 3,286 | 0 |
| Medical Equipment | PATIENT SCALE | 06/01/11 | 207 | 207 | 0 |
| Medical Equipment | L SEIMENS S2000 ULTRASO | 06/09/11 | 158,432 | 158,432 | 0 |
| Medical Equipment | MESSAGE TABLE 30 | 06/09/11 | 408 | 408 | 0 |
| Medical Equipment | L ANX AUTONOMIC NERVO | 10/06/11 | 42,400 | 42,400 | 0 |
| Medical Equipment | AORTASCAN AMI 9700 | 11/02/11 | 13,841 | 13,841 | 0 |
| Medical Equipment | AORTASCAN AMI 9700 | 11/08/11 | 13,841 | 13,841 | 0 |
| Medical Equipment | WFUHS ULTRASOUND | 12/06/11 | 675 | 675 | 0 |
| Medical Equipment | VAT | 12/16/11 | 35,000 | 35,000 | 0 |
| Medical Equipment | LEASED ULTRASOUND | 12/16/11 | 213,593 | 213,593 | 0 |
| Medical Equipment | Pacer | 12/16/11 | 695 | 695 | 0 |
| Medical Equipment | Medical Equipment | 12/16/11 | 1,392 | 1,392 | 0 |
| Medical Equipment | C Camera | 12/16/11 | 134,000 | 134,000 | 0 |
| Medical Equipment | Strecher | 12/16/11 | 6,250 | 6,250 | 0 |

**Institute of Cardiovascular Excellence PLLC**
**Case No.: 3:16-bk-01491-JAF**

**YE 2015 Depreciation Schedule**

| Asset Classification (GL) | Description of Property | Date Placed In Service | Cost or Other Basis | 2015 Accum. Deprec. | Net Book Value |
|---|---|---|---|---|---|
| Medical Equipment | Strecher | 12/16/11 | 6,250 | 6,250 | 0 |
| Medical Equipment | Strecher | 12/16/11 | 6,250 | 6,250 | 0 |
| Medical Equipment | Strecher | 12/30/11 | 6,250 | 6,250 | 0 |
| Medical Equipment | 11 TABLES | 01/06/12 | 3,120 | 2,633 | 487 |
| Medical Equipment | 12 STRETCHERS | 01/06/12 | 40,839 | 34,460 | 6,379 |
| Medical Equipment | 3 LIFEPAK DIFIBRILLATORS | 02/15/12 | 1,274 | 1,163 | 111 |
| Medical Equipment | 3 LP20-EPKG | 02/15/12 | 25,368 | 23,176 | 2,192 |
| Medical Equipment | 2 APRON RACKS | 02/20/12 | 651 | 551 | 100 |
| Medical Equipment | 3TEC PROBE STATION | 03/02/12 | 2,997 | 2,740 | 257 |
| Medical Equipment | 2 ULTRASOUND CARTS | 03/02/12 | 1,399 | 1,279 | 120 |
| Medical Equipment | C-CAM BALANCE DUE | 03/07/12 | 9,312 | 8,507 | 805 |
| Medical Equipment | AXIOM SENSIS XP (0055) | 03/08/12 | 145,270 | 132,719 | 12,551 |
| Medical Equipment | AXIOM SENSIS XP (0056) | 03/08/12 | 156,830 | 143,280 | 13,550 |
| Medical Equipment | ULTRASOUND ACUSON S20 | 03/08/12 | 130,880 | 119,572 | 11,308 |
| Medical Equipment | ULTRASOUND ACUSON S20 | 03/08/12 | 142,702 | 130,372 | 12,330 |
| Medical Equipment | ANGIOGRAPH ARTIS DFC (0 | 03/08/12 | 661,765 | 604,589 | 57,176 |
| Medical Equipment | REFIRB ANGIOGRAPH ARTI: | 03/08/12 | 715,340 | 653,535 | 61,805 |
| Medical Equipment | 3 LOCKING EMERGENCY CA | 03/15/12 | 3,027 | 2,766 | 261 |
| Medical Equipment | INSTRUMENT TABLE 124X3E | 03/16/12 | 524 | 478 | 46 |
| Medical Equipment | 6 INSTRUMENT TABLES | 03/16/12 | 2,189 | 2,000 | 189 |
| Medical Equipment | STAINLESS WARMING CABN | 03/16/12 | 4,737 | 4,329 | 408 |
| Medical Equipment | EAGLE LINEN CART | 03/19/12 | 667 | 564 | 103 |
| Medical Equipment | 3 REFURBISHED BAXTER 62 | 03/20/12 | 2,601 | 2,377 | 224 |
| Medical Equipment | SCHUCCO VAC MEDICAL AS | 03/21/12 | 308 | 282 | 26 |
| Medical Equipment | HORIBA MICROS (60) | 03/28/12 | 10,530 | 9,621 | 909 |
| Medical Equipment | PHYSICIAN SCALE | 03/30/12 | 342 | 288 | 54 |
| Medical Equipment | 4C1 TRANSDUCER WAND | 04/04/12 | 28,790 | 26,302 | 2,488 |
| Medical Equipment | 4 INSTRUMENT TABLES | 04/05/12 | 2,872 | 2,624 | 248 |
| Medical Equipment | 4 PADDED ARMBOARDS | 04/26/12 | 624 | 527 | 97 |

**Institute of Cardiovascular Excellence PLLC**
**Case No.: 3:16-bk-01491-JAF**

YE 2015 Depreciation Schedule

| Asset Classification (GL) | Description of Property | Date Placed In Service | Cost or Other Basis | 2015 Accum. Deprec. | Net Book Value |
|---|---|---|---|---|---|
| Medical Equipment | 4 FREEDOM CLARK SOCKET | 04/26/12 | 796 | 672 | 124 |
| Medical Equipment | GE VIVID 4C-RS PROBE | 04/27/12 | 3,500 | 3,198 | 302 |
| Medical Equipment | SHIELDS FOR PET/CT | 05/22/12 | 10,290 | 9,401 | 889 |
| Medical Equipment | 11 LINEN HAMPERS | 05/29/12 | 3,042 | 2,566 | 476 |
| Medical Equipment | CT-PET BIOGRAPH | 06/04/12 | 958,850 | 876,006 | 82,844 |
| Medical Equipment | 2 SYRINGE SHIELDS | 08/16/12 | 733 | 669 | 64 |
| Medical Equipment | AQUARIUS SERVER 12-3000 | 09/04/12 | 84,440 | 77,144 | 7,296 |
| Medical Equipment | 10 RECORDERS | 09/05/12 | 13,976 | 11,793 | 2,183 |
| Medical Equipment | 1.5MM CATHETER PRDSC30 | 09/14/12 | 3,395 | 3,103 | 292 |
| Medical Equipment | 2.00MM CATHETER PRDSC3 | 09/14/12 | 3,395 | 3,103 | 292 |
| Medical Equipment | SCHUCO VAC ASPIRATOR | 10/16/12 | 302 | 275 | 27 |
| Medical Equipment | SCHUCO VAC MEDICAL ASP | 10/16/12 | 302 | 275 | 27 |
| Medical Equipment | LEAD LINED SHARP SHIELD | 10/19/12 | 560 | 512 | 48 |
| Medical Equipment | COUNTER TOP BLANKET Wi | 10/30/12 | 3,718 | 3,137 | 581 |
| Medical Equipment | 2 RECORDERS MODEL 2010 | 11/15/12 | 1,735 | 1,464 | 271 |
| Medical Equipment | SIEMENS SYNGO SC2000 | 01/01/13 | 11,537 | 9,877 | 1,660 |
| Medical Equipment | LP20E AHA 2005 PACING | 01/01/13 | 8,982 | 7,688 | 1,294 |
| Medical Equipment | LP20E-PKG PACING | 01/01/13 | 8,982 | 7,688 | 1,294 |
| Medical Equipment | ASPERATOR S330 | 01/01/13 | 314 | 268 | 46 |
| Medical Equipment | CRASH CART | 01/03/13 | 450 | 385 | 65 |
| Medical Equipment | LIFEPAK 20 DEFIB/MONITOR | 01/03/13 | 450 | 385 | 65 |
| Medical Equipment | EKG MACHINE | 01/23/13 | 1,993 | 1,706 | 287 |
| Medical Equipment | SUMMERFIELD BRIGHTSPEE | 02/14/13 | 270,338 | 231,409 | 38,929 |
| Medical Equipment | 1.5MM CATHETER PRD SC3( | 02/18/13 | 3,395 | 2,907 | 488 |
| Medical Equipment | 2 ANTEGRADE PATIENT PR( | 03/06/13 | 848 | 726 | 122 |
| Medical Equipment | SUMMERFIELD ACUSON S2( | 03/26/13 | 130,000 | 111,280 | 18,720 |
| Medical Equipment | 9 HOLTER PERFORMER RE( | 04/04/13 | 10,455 | 8,951 | 1,504 |
| Medical Equipment | SUMMERFIELD NUCLEAR Ci | 06/01/13 | 89,040 | 76,218 | 12,822 |
| Medical Equipment | SUMMERFIELD ULTRASOUN | 06/04/13 | 49,970 | 42,774 | 7,196 |

**Institute of Cardiovascular Excellence PLLC**
**Case No.: 3:16-bk-01491-JAF**

**YE 2015 Depreciation Schedule**

| Asset Classification (GL) | Description of Property | Date Placed In Service | Cost or Other Basis | 2015 Accum. Deprec. | Net Book Value |
|---|---|---|---|---|---|
| Medical Equipment | 1.25MM STEALTH SOLID | 06/19/13 | 3,495 | 2,993 | 502 |
| Medical Equipment | 2.0MM CATHETER | 06/19/13 | 3,495 | 2,993 | 502 |
| Medical Equipment | 1.5MM CATHETER | 06/24/13 | 3,495 | 2,993 | 502 |
| Medical Equipment | MASTER CME HOLTER REP | 06/28/13 | 11,995 | 10,269 | 1,726 |
| Medical Equipment | S2000 ULTRASOUND | 06/28/13 | 132,594 | 113,500 | 19,094 |
| Medical Equipment | AQUARIUS LAPTOP & SOFT\ | 07/09/13 | 30,620 | 26,211 | 4,409 |
| Medical Equipment | 2 MALE THYROID APRONS | 07/16/13 | 642 | 550 | 92 |
| Medical Equipment | REFIRB MEDRAD PROVIS | 07/24/13 | 9,302 | 7,962 | 1,340 |
| Medical Equipment | 8 MODEL 2010 RECORDERS | 08/09/13 | 6,360 | 5,445 | 915 |
| Medical Equipment | INFANT SCALE | 09/04/13 | 50 | 43 | 7 |
| Medical Equipment | 2 PATIENT INJECTION CHAIF | 09/04/13 | 400 | 342 | 58 |
| Medical Equipment | 3 PATIENT EXAM BEDS | 09/04/13 | 600 | 514 | 86 |
| Medical Equipment | 4 MOUNTED XRAY VIEWERS | 09/04/13 | 100 | 86 | 14 |
| Medical Equipment | GEIGER COUNTER | 09/04/13 | 200 | 171 | 29 |
| Medical Equipment | PATIENT EXAM TABLE | 09/04/13 | 50 | 43 | 7 |
| Medical Equipment | PATIENT STRETCHER | 09/04/13 | 300 | 257 | 43 |
| Medical Equipment | LIFE PACK DEFRIB-WILLIST( | 09/04/13 | 800 | 685 | 115 |
| Medical Equipment | STANDING WEIGHT SCALE | 09/04/13 | 300 | 257 | 43 |
| Medical Equipment | TREADMILL SYSTEM | 09/04/13 | 6,500 | 5,564 | 936 |
| Medical Equipment | 8 PATIENT EXAM TABLES | 09/04/13 | 1,600 | 1,370 | 230 |
| Medical Equipment | GE LUNAR BONE DENSITY | 09/04/13 | 8,000 | 6,848 | 1,152 |
| Medical Equipment | IBM MONITOR | 09/04/13 | 400 | 342 | 58 |
| Medical Equipment | TERASON T3200 ULTRASOU | 10/18/13 | 19,000 | 16,264 | 2,736 |
| Medical Equipment | DRAGER INFINITY GATEWA | 10/30/13 | 18,199 | 15,579 | 2,620 |
| Medical Equipment | DRAGER GAMMA XXL MONK | 10/30/13 | 26,914 | 23,038 | 3,876 |
| Medical Equipment | DRAGER GAMMA XXL MONK | 10/30/13 | 149,999 | 128,400 | 21,599 |
| Medical Equipment | REFIRB ACUSON S2000 U/S | 10/30/13 | 104,988 | 89,870 | 15,118 |
| Medical Equipment | TERASON T3200 U/S | 11/05/13 | 22,030 | 18,858 | 3,172 |
| Medical Equipment | BONE DENSITY MACHINE | 12/19/13 | 406 | 348 | 58 |

**Institute of Cardiovascular Excellence PLLC**
**Case No.: 3:16-bk-01491-JAF**

**YE 2015 Depreciation Schedule**

| Asset Classification (GL) | Description of Property | Date Placed In Service | Cost or Other Basis | 2015 Accum. Deprec. | Net Book Value |
|---|---|---|---|---|---|
| Medical Equipment | TREATMENT CHAIR | 04/01/14 | 1,900 | 1,444 | 456 |
| Medical Equipment | GE LOGIC E | 04/03/14 | 30,411 | 23,113 | 7,298 |
| Medical Equipment | PMGMAX-10MAXI W/SHEILD | 04/04/14 | 467 | 356 | 111 |
| Medical Equipment | LRG LEAD FEMALE APRON | 04/07/14 | 598 | 455 | 143 |
| Medical Equipment | 3 ULTRA LITE THYROID SHE | 04/07/14 | 135 | 104 | 31 |
| Medical Equipment | 2XL LEAD FEMALE APRON | 04/07/14 | 673 | 512 | 161 |
| Medical Equipment | PMGRY-100 RYDERS W/O SI | 04/16/14 | 767 | 584 | 183 |
| Medical Equipment | SIEMENS S2000 REV VC256 | 05/08/14 | 71,508 | 54,346 | 17,162 |
| Medical Equipment | C02 PROTABLE DELIVERY ; | 06/01/14 | 3,800 | 2,888 | 912 |
| Medical Equipment | COBAS 6000 E501 | 06/12/14 | 138,600 | 105,336 | 33,264 |
| Medical Equipment | EXTENSION CABLE SP02 | 07/10/14 | 1,149 | 874 | 275 |
| Medical Equipment | BIOZ DX ECG-EKG MACHINE | 09/01/14 | 562 | 427 | 135 |
| Medical Equipment | DUAL PURPOSE HOLTER M( | 09/11/14 | 12,070 | 9,173 | 2,897 |
| Medical Equipment | SONARA/TEK TRANS DOPPL | 09/24/14 | 15,063 | 11,448 | 3,615 |
| Medical Equipment | 3S-RS CARDIAC PROBE | 09/29/14 | 3,710 | 2,820 | 890 |
| Medical Equipment | SIEMENS S2000 ULTRASOUI | 09/29/14 | 29,950 | 22,762 | 7,188 |
| Medical Equipment | ABACUS 5 AUTO LOADER 51 | 10/22/14 | 6,164 | 4,684 | 1,480 |
| Medical Equipment | PCI MEDICAL | 11/10/14 | 789 | 600 | 189 |
| Medical Equipment | QUARK PFT PULMONARY TE | 11/13/14 | 51,616 | 39,229 | 12,387 |
| Medical Equipment | SONARA/TEK 2 BUTTON COI | 11/24/14 | 265 | 202 | 63 |
| Medical Equipment | 20 HOLTER MONITORS | 12/12/14 | 20,080 | 15,261 | 4,819 |
| Medical Equipment | GE EKG MACHINE REFIRE | 01/15/15 | 1,834 | 1,100 | 734 |
| Medical Equipment | 3 PAIRS RAID PROTECT GLA | 01/15/15 | 498 | 299 | 199 |
| Medical Equipment | SONARA/TEK 2BUTTON CON | 01/22/15 | 265 | 160 | 105 |
| Medical Equipment | S2000 ULTRASOUND | 01/22/15 | 33,544 | 20,126 | 13,418 |
| Medical Equipment | 4 ULTRA LITE THYROID SHE | 01/28/15 | 190 | 114 | 76 |
| Medical Equipment | LRG LITE LEAD FEMALE APF | 01/28/15 | 385 | 232 | 153 |
| Medical Equipment | THYROID SHEILD | 01/28/15 | 136 | 82 | 54 |
| Medical Equipment | MOBILE APRON RACK | 01/28/15 | 1,196 | 718 | 478 |

**Institute of Cardiovascular Excellence PLLC**
**Case No.: 3:16-bk-01491-JAF**

**YE 2015 Depreciation Schedule**

| Asset Classification (GL) | Description of Property | Date Placed In Service | Cost or Other Basis | 2015 Accum. Deprec. | Net Book Value |
|---|---|---|---|---|---|
| Medical Equipment | SLOT BACK 2 PIECE APRON | 01/28/15 | 605 | 364 | 241 |
| Medical Equipment | LRG MALE LITE LEAD APR01 | 01/28/15 | 605 | 364 | 241 |
| Medical Equipment | TBI MEDICAL EQUIPMENT | 04/30/15 | 6,329 | 3,798 | 2,531 |
| Medical Equipment | COBAS 600 ANALYZER SERI | 06/01/15 | 129,360 | 77,616 | 51,744 |
| Medical Equipment | MALE LEAD APRON MED | 07/09/15 | 343 | 206 | 137 |
| Medical Equipment | 2 FEMALE LEAD APRONS LF | 07/09/15 | 433 | 260 | 173 |
| Medical Equipment | FEMALE LEAD APRON MED | 07/09/15 | 216 | 130 | 86 |
| Medical Equipment | 6 THYROID COLLARS | 07/09/15 | 156 | 94 | 62 |
| Medical Equipment | FEMALE 2PIECE APRON MEI | 07/09/15 | 343 | 206 | 137 |
| Medical Equipment | FEMALE LEAD APRON MED | 07/09/15 | 216 | 130 | 86 |
| Medical Equipment | 2 FEMALE LEAD APRONS LF | 07/23/15 | 317 | 191 | 126 |
| Medical Equipment | FEMALE LEAD APRON MED | 07/23/15 | 159 | 96 | 63 |
| Medical Equipment | FEMALE LEAD APRON MED | 07/23/15 | 159 | 96 | 63 |
| Medical Equipment | FEMALE 2PIECE APRON MEI | 07/23/15 | 252 | 151 | 101 |
| Medical Equipment | MALE LEAD APRON MED | 07/23/15 | 252 | 151 | 101 |
| Medical Equipment | 6 THYROID COLLARS | 07/23/15 | 114 | 68 | 46 |
| Medical Equipment | FEMALE LEAD APRON LRG | 07/23/15 | 469 | 282 | 187 |
| Medical Equipment | REFURB GE EKG MACHINE | 07/31/15 | 932 | 559 | 373 |
| Medical Equipment | REFURB GE EKG MACHINE | 07/31/15 | 932 | 559 | 373 |
| **Medical Equipment Total** | | | **5,870,450** | **5,259,232** | **611,218** |
| Sebring Purchase | GOODWILL   SEBRING | 03/25/15 | 50,000 | 2,778 | 47,222 |
| **Sebring Purchase Total** | | | **50,000** | **2,778** | **47,222** |
| Signs | Sign | 02/11/11 | 2,220 | 2,220 | 0 |
| Signs | Sign | 03/04/11 | 3,584 | 3,584 | 0 |
| Signs | SIGN | 08/02/12 | 2,725 | 2,300 | 425 |
| Signs | SIGNS | 08/20/12 | 2,490 | 2,102 | 388 |
| Signs | WILLISTON SIGN | 11/27/12 | 2,250 | 1,900 | 350 |
| Signs | EXTERIOR SIGNS/DOOR | 04/02/13 | 6,622 | 5,174 | 1,448 |
| Signs | BLDG LOGO SIGN | 06/11/13 | 4,770 | 3,727 | 1,043 |

**Institute of Cardiovascular Excellence PLLC**
**Case No.: 3:16-bk-01491-JAF**

**YE 2015 Depreciation Schedule**

| Asset Classification (GL) | Description of Property | Date Placed In Service | Cost or Other Basis | 2015 Accum. Deprec. | Net Book Value |
|---|---|---|---|---|---|
| Signs | 2 ROAD SIGNS | 06/11/13 | 629 | 492 | 137 |
| Signs | MOUNTED SIGN WITH LIGH1 | 10/21/13 | 4,770 | 3,727 | 1,043 |
| Signs | MOUNTED SIGN WITH LIGH1 | 11/01/13 | 466 | 364 | 102 |
| Signs | INTERIOR SIGN | 11/01/13 | 424 | 331 | 93 |
| Signs | SIGNAGE | 07/03/15 | 562 | 321 | 241 |
| **Signs Total** | | | **31,512** | **26,242** | **5,270** |
| Software | MICROSOFT OFFICE LICEN: | 04/02/13 | 2,133 | 2,044 | 89 |
| Software | BILLING SOFTWARE AND LI( | 04/04/13 | 9,202 | 8,819 | 383 |
| Software | 18 MICROSOFT LICENSE | 05/01/13 | 3,432 | 3,241 | 191 |
| Software | MICROSOFT HOME AND BU; | 05/07/13 | 211 | 199 | 12 |
| Software | MICROSOFT HOME AND BU; | 05/07/13 | 211 | 199 | 12 |
| Software | EMD SOFTWARE AND LIC | 07/01/13 | 8,788 | 8,056 | 732 |
| Software | EMD SOFTWARE AND LIC | 07/03/13 | 20,714 | 18,987 | 1,727 |
| Software | MICROSOFT HOME BUS LIC | 09/11/13 | 569 | 507 | 62 |
| Software | SENSIS SOFTWARE LIC | 12/10/13 | 14,005 | 11,866 | 2,139 |
| Software | SOLUTION SERIES SOFTWA | 12/19/13 | 24,994 | 21,176 | 3,818 |
| Software | 2 MOCROSOFT LICENSES | 08/19/14 | 1,838 | 1,353 | 485 |
| Software | 212 MICROSOFT WINDOWS | 08/19/14 | 7,416 | 5,459 | 1,957 |
| Software | MICROSFT EXCHANGE LIC | 08/19/14 | 738 | 543 | 195 |
| Software | 212 MICROSFT EXCHANGE 1 | 08/19/14 | 17,303 | 12,738 | 4,565 |
| Software | 96 MICROSFT WINDOWS LIC | 08/19/14 | 11,702 | 8,614 | 3,088 |
| Software | AQUARIUS INTUITION PACK, | 08/28/14 | 3,896 | 2,868 | 1,028 |
| Software | 2 TSSCAN FULL VERSION | 09/17/14 | 760 | 549 | 211 |
| Software | EMD EMIR SOFTWARE | 09/29/14 | 1,000 | 723 | 277 |
| Software | 10 INTERACT PRO LIC | 10/31/14 | 4,255 | 3,014 | 1,241 |
| Software | EMD SOFTWARE VIA HL7 | 02/10/15 | 3,250 | 2,122 | 1,128 |
| Software | CARECLOUD SOFTWARE | 02/20/15 | 1,000 | 653 | 347 |
| Software | AQUARIUS INTUITION SOFT' | 04/13/15 | 11,766 | 7,354 | 4,412 |
| Software | ESOFT SPELT CARDIAC SO | 06/15/15 | 6,095 | 3,641 | 2,454 |

**Institute of Cardiovascular Excellence PLLC**
**Case No.: 3:16-bk-01491-JAF**

**YE 2015 Depreciation Schedule**

| Asset Classification (GL) | Description of Property | Date Placed In Service | Cost or Other Basis | 2015 Accum. Deprec. | Net Book Value |
|---|---|---|---|---|---|
| **Software Total** | | | **155,278** | **124,725** | **30,553** |
| Vehicles | DELUCA TOYOTA-2014 SIEN | 02/25/14 | 32,190 | 16,260 | 15,930 |
| **Vehicles Total** | | | **32,190** | **16,260** | **15,930** |
| **Grand Total** | | | **$ 8,047,872** | **$ 6,680,405** | |

| Fill in this information to identify the case: |
| --- |

Debtor name  **Institute of Cardiovascular Excellence, PLLC**

United States Bankruptcy Court for the:  MIDDLE DISTRICT OF FLORIDA

Case number (if known)  **3:16-bk-01491**

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

**2. List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |
| **2.1**  **Fifth Third Bank**<br>Creditor's Name<br><br>**c/o Michael E. Strach**<br>**Carlton Fields**<br>**100 SE Second St., Suite 420**<br>**Miami, FL 33101-2113**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**1/10/2013**<br>**Last 4 digits of account number**<br>**0067**<br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien**<br>**Lien on all assets of debtor**<br><br><br>**Describe the lien**<br>**Lien on all assets of debtor**<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,875,625.00** | **Unknown** |
| **2.2**  **Fifth Third Bank**<br>Creditor's Name<br><br>**PO Box 630337**<br>**Cincinnati, OH 45263-0337**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**3/21/2013**<br>**Last 4 digits of account number**<br>**0075** | **Describe debtor's property that is subject to a lien**<br>**Signs**<br><br><br>**Describe the lien**<br>**Equipment**<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | **$59,505.69** | **Unknown** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor    **Institute of Cardiovascular Excellence, PLLC**
          _____
          Name

Case number (if know)    **3:16-bk-01491**

---

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Fifth Third Bank** | | |
|---|---|---|---|

Creditor's Name

**PO Box 630337**
**Cincinnati, OH 45263-0337**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**10/19/2010**

**Last 4 digits of account number**
**0034**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**90 days or less: Medicare Holdback**
**$5,358,495.00**
**Insurance Companies $1,710,210.00**
**Insurance Comanies $598,574.00**

**Describe the lien**
**Security Agreement Line of credit**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,967,051.94    $5,957,069.00

---

| 2.4 | **Fifth Third Bank** | | |
|---|---|---|---|

Creditor's Name

**PO Box 630337**
**Cincinnati, OH 45263-0337**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**6/24/2013**

**Last 4 digits of account number**
**0018**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Medical Equipment**

**Describe the lien**
**Equipment loan (co borrower with ICE Holdings)**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

$260,616.96    $611,218.00

---

| 2.5 | **Fifth Third Bank** | | |
|---|---|---|---|

Creditor's Name

**PO Box 630337**
**Cincinnati, OH 45263-0337**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Computer Equipment**

**Describe the lien**

$180,545.70    $108,062.00

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 2 of 3

Debtor    **Institute of Cardiovascular Excellence, PLLC**    Case number (if know)    **3:16-bk-01491**
_____    _____    _____    _____
Name

**Equipment loan**
**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known    **Is anyone else liable on this claim?**

■ No

**Date debt was incurred**
**10/30/2013**    ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**
**0083**

**Do multiple creditors have an**    **As of the petition filing date, the claim is:**
**interest in the same property?**    Check all that apply

■ No    ☐ Contingent

☐ Yes. Specify each creditor,    ☐ Unliquidated
including this creditor and its relative
priority.    ☐ Disputed

---

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    | $4,343,345.29 |

---

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **The Fifth Third Bank**<br>**PO Box 740789**<br>**Cincinnati, OH 45274-0789** | Line __2.1__ | |
| **The Fifth Third Bank**<br>**c/o Michael E. Strach**<br>**Carlton Fields**<br>**100 SE Second St., Suite 420**<br>**Miami, FL 33101-2113** | Line __2.1__ | |
| **The Fifth Third Bank**<br>**PO Box 630337**<br>**Cincinnati, OH 45263-0337** | Line __2.1__ | |
| **The Fifth Third Bank**<br>**c/o Michael E. Strach**<br>**Carlton Fields**<br>**100 SE Second St., Suite 420**<br>**Miami, FL 33101-2113** | Line __2.2__ | |

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Fill in this information to identify the case: |
|---|

Debtor name   **Institute of Cardiovascular Excellence, PLLC**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known)   **3:16-bk-01491**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | $0.00 |
| | **Florida Department of Revenu** | *Check all that apply.* | | |
| | **5050 West Tennessee Street** | ☐ Contingent | | |
| | **Tallahassee, FL 32399** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **\*\* Notice only \*\*** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No | | |
| | | ☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$73,225.51** | $73,225.51 |
| | **George Albright** | *Check all that apply.* | | |
| | **Tax Collector** | ☐ Contingent | | |
| | **503 SE 25th Ave** | ☐ Unliquidated | | |
| | **Ocala, FL 34471** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2015** | **Personal Property Tax for Ocala location** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No | | |
| | | ☐ Yes | | |

| Debtor | **Institute of Cardiovascular Excellence, PLLC** | Case number *(if known)* | **3:16-bk-01491** |
|---|---|---|---|
| | Name | | |

---

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$8,895.92** | **$8,895.92** |
|---|---|---|---|---|
| | **George Albright**<br> **Tax Collector**<br>**503 SE 25th Ave**<br>**Ocala, FL 34471** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2015** | Basis for the claim:<br>**Personal Property Tax for Summerfield location** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$233,656.91** | **$233,656.91** |
|---|---|---|---|---|
| | **Infinity Innovations**<br>**4730 SW 49th Rd**<br>**Ocala, FL 34474** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**$197,137.17 Taxes for leased employees**<br>**$26,519.74 terminated leased employees** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$0.00** | **$0.00** |
|---|---|---|---|---|
| | **Internal Revenue Service**<br>**POB 7346**<br>**Philadelphia, PA 19101-7346** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**\*\* Notice only\*\*** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|
| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$342.55** |
| | **3-D Background Screening**<br>**PO Box 3063**<br>**Ocala, FL 34478** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset? ■ No  ☐ Yes | |
| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$37.45** |
| | **A&C Pest Control, LLC**<br>**35342 Huff Rd**<br>**Eustis, FL 32736** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | **Institute of Cardiovascular Excellence, PLLC** | Case number (if known) | **3:16-bk-01491** |
|---|---|---|---|
| | Name | | |

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,000.00** |
|---|---|---|---|

Accounting & Technology
Assurance LLC
1209 Southeast 14th St
Ocala, FL 34471

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$27,431.00** |
|---|---|---|---|

Acist Medical Systems
PO BOX 978975
Dallas, TX 75397-8975

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$148.40** |
|---|---|---|---|

Advance Medical Designs
1241 Atlanta Industrial Dr
Marietta, GA 30066

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$539.15** |
|---|---|---|---|

Advanced Disposal
5111 S Pine Ave, Ste M
Ocala, FL 34480

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,626.78** |
|---|---|---|---|

Airgas USA LLC
PO Box 532609
Atlanta, GA 30353-2609

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$263,723.95** |
|---|---|---|---|

Akers Creative Group LLC
PO Box 490088
Leesburg, FL 34749

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$40,000.00** |
|---|---|---|---|

AlBio Tech

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Institute of Cardiovascular Excellence, PLLC** | Case number (if known) | **3:16-bk-01491** |
|---|---|---|---|
| | Name | | |

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$75.00** |
|---|---|---|---|

**Altman Scientific Inc**
**Po Box 5312**
**Saint Augustine, FL 32085-5312**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$570.23** |
|---|---|---|---|

**American Fire and Safety Sup**
**953 NE Osceola Ave**
**Ste 100**
**Ocala, FL 34470**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$271,339.84** |
|---|---|---|---|

**American International**
**Biotechnology, LLC**
**601 Biotech Dr**
**Richmond, VA 23235**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Amended Summary Final Judgment__

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,870.70** |
|---|---|---|---|

**American Janitorial**
**PO Box 2534**
**Umatilla, FL 32784**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$420.00** |
|---|---|---|---|

**American Medical Association**
**PO Box 4198**
**Carol Stream, IL 60197-9788**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$35.00** |
|---|---|---|---|

**American Medical Review**
**PO Box 550749**
**Jacksonville, FL 32255-0749**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$275.00** |
|---|---|---|---|

**American Society of**
**Echocardiography**
**2100 Gateway Centre Blvd**
**Ste 310**
**Morrisville, NC 27560**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **Institute of Cardiovascular Excellence, PLLC** | Case number *(if known)* | **3:16-bk-01491** |
|---|---|---|---|
| | Name | | |

---

**3.17** | Nonpriority creditor's name and mailing address

**Ancillary Medical Management**
**6501 Justin Ct**
**Port Orange, FL 32128**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,173.94**

---

**3.18** | Nonpriority creditor's name and mailing address

**Angelica**
**PO Box 535122**
**Atlanta, GA 30353-5122**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$3,903.38**

---

**3.19** | Nonpriority creditor's name and mailing address

**Angiodynamics**
**PO Box 1549**
**Albany, NY 12201-1549**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$3,310.04**

---

**3.20** | Nonpriority creditor's name and mailing address

**Applied Cardiac Systems**
**1 Hughes**
**Irvine, CA 92618**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$190.00**

---

**3.21** | Nonpriority creditor's name and mailing address

**Argon Medical**
**PO Box 677482**
**Dallas, TX 75267**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$6,751.06**

---

**3.22** | Nonpriority creditor's name and mailing address

**Arnold  & Porter LLP**
**PO Box 759451**
**Baltimore, MD 21275-9415**

Date(s) debt was
incurred  6/2015 through 2/29/2016

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Legal Fees**

Is the claim subject to offset? ■ No ☐ Yes

**$286,069.53**

---

**3.23** | Nonpriority creditor's name and mailing address

**AT&T Mobility**
**PO Box 536216**
**Atlanta, GA 30358**

Date(s) debt was incurred _

Last 4 digits of account number  **3765**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Cell Phone bill**

Is the claim subject to offset? ■ No ☐ Yes

**$1,052.52**

---

| Debtor | **Institute of Cardiovascular Excellence, PLLC** | Case number (*if known*) | **3:16-bk-01491** |
|---|---|---|---|
| | Name | | |

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$435.00** |
|---|---|---|---|

**Auto-Owners Insurance**
**PO Box 30315**
**Lansing, MI 48909-7815**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$590.38** |
|---|---|---|---|

**Balboa Capital Corp**
**PO Box 79445**
**City of Industry, CA 91716-9445**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$212.07** |
|---|---|---|---|

**Batteries Plus**
**138 S Dale Mabry**
**Tampa, FL 33609**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$889.36** |
|---|---|---|---|

**BCI Integrated Solutions**
**5139 W Rio Vista Ave**
**Tampa, FL 33634**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,850.00** |
|---|---|---|---|

**Benefit Professionals Inc**
**PO Box 1789**
**Albertville, AL 35950**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,800.00** |
|---|---|---|---|

**Best Cleaning Service Ocala**
**9349 Bahia Rd**
**Ocala, FL 34478**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,000.00** |
|---|---|---|---|

**Bioventus, LLC**
**1900 Charles Bryan Rd**
**Cordova, TN 38016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **Institute of Cardiovascular Excellence, PLLC** | Case number (if known) | **3:16-bk-01491** |
|---|---|---|---|
| | Name | | |

---

**3.31** | Nonpriority creditor's name and mailing address
**Blanchard, Merriam, Adel**
**and Kirkland, PA**
**PO Box 1869**
**Ocala, FL 34478-1869**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Legal fees**

Is the claim subject to offset? ☐ No ☐ Yes

$154,570.54

---

**3.32** | Nonpriority creditor's name and mailing address
**Boston Scientific Corp**
**100 Boston Scientific Way**
**Marlborough, MA 01752-1234**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt - medical supplies**

Is the claim subject to offset? ☐ No ☐ Yes

$523,324.49

---

**3.33** | Nonpriority creditor's name and mailing address
**Bracco Diagnostics Inc.**
**259 Prospect Plains Road**
**Building H**
**Monroe Township, NJ 08831**

Date(s) debt was incurred _
Last 4 digits of account number  **4517**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - medical supplies**

Is the claim subject to offset? ■ No ☐ Yes

$163,068.21

---

**3.34** | Nonpriority creditor's name and mailing address
**Brown Associates**
**589 Brighton Dr**
**The Villages, FL 32162**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

$72.27

---

**3.35** | Nonpriority creditor's name and mailing address
**Capital Office Products**
**210 Fentress Blvd**
**Daytona Beach, FL 32114**

Date(s) debt was incurred _
Last 4 digits of account number  **8275**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

$2,867.56

---

**3.36** | Nonpriority creditor's name and mailing address
**Cardinal Health**
**Medical Products & Services**
**PO Box 905867**
**Charlotte, NC 28290-5867**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

$25,697.39

---

**3.37** | Nonpriority creditor's name and mailing address
**Carstens**
**PO Box 99110**
**Chicago, IL 60693**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

$463.50

---

| Debtor | **Institute of Cardiovascular Excellence, PLLC** | Case number (if known) | **3:16-bk-01491** |
|---|---|---|---|
| | Name | | |

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,572.00** |
|---|---|---|---|

**CCS Mechanical Inc**
**737 SW 57th Ave**
**Ocala, FL 34474**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,708.72** |
|---|---|---|---|

**Center for Independent Livin**
**222 SW 36th Ter**
**Gainesville, FL 32607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$37,535.00** |
|---|---|---|---|

**Central FL Diagnositics PA**
**5526 Emerson Pointe Way**
**Orlando, FL 32819**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Medical supplies**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,460.00** |
|---|---|---|---|

**Central Florida Health &**
**Wellness Magazine**
**1630 Caxambas Ct**
**Marco Island, FL 34145**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$473.12** |
|---|---|---|---|

**City of Ocala**
**505050 17th St, Ste 103**
**Ocala, FL 34471-2174**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,566.24** |
|---|---|---|---|

**City of Ocala - 548069**
**PO Box 30749**
**Tampa, FL 33630-3749**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$150.00** |
|---|---|---|---|

**City of Ocala A/R Dept**
**110 SE Watula Ave, 3rd Fl**
**Ocala, FL 34471**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **Institute of Cardiovascular Excellence, PLLC** | Case number (if known) | **3:16-bk-01491** |
|---|---|---|---|
| | Name | | |

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$75.00** |
|---|---|---|---|

**City of Ocala Florida**
**Accounts Receivable**
**201 SE 3rd St**
**Ocala, FL 34471-2172**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$480.00** |
|---|---|---|---|

**CJ's Power Systems**
**132 NE 17th Pl**
**Ocala, FL 34470**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,834.67** |
|---|---|---|---|

**Coeur Inc**
**Po Box 71404**
**Chicago, IL 60694-1404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,871.00** |
|---|---|---|---|

**COLA, Inc.**
**9881 Broken Land Pkwy #200**
**Columbia, MD 21046**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,617.00** |
|---|---|---|---|

**Comer Consulting, Inc.**
**541 Blanche Ave.**
**Umatilla, FL 32784**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$524,426.18** |
|---|---|---|---|

**Community Bank & Trust of FL**
**PO Box 1570**
**Ocala, FL 34478**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  1963

Is the claim subject to offset? ■ No ☐ Yes

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,595.09** |
|---|---|---|---|

**Community Bank Visa**
**Po Box 672051**
**Dallas, TX 75267-2021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Institute of Cardiovascular Excellence, PLLC** | Case number (if known) | **3:16-bk-01491** |

---

**3.52** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,732.49**

**Cook Medical Inc**
**22988 Network Pl**
**Chicago, IL 60673-1229**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.53** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$33,290.60**

**Covidien**
**PO Box 120823**
**Dallas, TX 75312-0823**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Business Debt_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.54** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,191.28**

**Cox Business**
**PO Box 9001077**
**Louisville, KY 40290-1077**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.55** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,700.00**

**CR Bard Inc**
**PO Box 75767**
**Charlotte, NC 28275**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.56** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$136.20**

**Crystal Springs**
**PO Box 660579**
**Dallas, TX 75266-0579**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.57** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,533.77**

**Culligan**
**1920 SW 37th Ave**
**Ocala, FL 34474**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.58** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$200.00**

**D'Alonso Lawn Service**
**5631 NE 140th Ct**
**Williston, FL 32696**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **Institute of Cardiovascular Excellence, PLLC** | Case number (if known) | **3:16-bk-01491** |
|---|---|---|---|
| | Name | | |

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,752.64** |
|---|---|---|---|

**Daily Commercial**
PO Box 919442
Orlando, FL 32891-9422

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,094.41** |
|---|---|---|---|

**Deaf & Hearing Services**
**of Lake and Sumter**
220 S 9th St
Leesburg, FL 34748

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,833.36** |
|---|---|---|---|

**Diatron US Inc**
2310 W 78th St
Hialeah, FL 33016

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,445.62** |
|---|---|---|---|

**Digital Logistics Group LLC**
6321 Porter Rd Unit 13
Sarasota, FL 34240

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,688.40** |
|---|---|---|---|

**DOH Bureau of Radiation Cont**
**Radioactive Materials Progra**
4042 Bald Cypress Way
Tallahassee, FL 32399

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$545.00** |
|---|---|---|---|

**DOH X-Ray Registration**
705 Wells Rd, Ste 300
Orange Park, FL 32073

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,701.88** |
|---|---|---|---|

**Draeger Medical Inc**
PO Box 347482
Pittsburgh, PA 15251-4482

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Institute of Cardiovascular Excellence, PLLC** | Case number *(if known)* | **3:16-bk-01491** |
|---|---|---|---|
| | Name | | |

| 3.66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,502.15** |
|---|---|---|---|
| | **Duke Energy** | ☐ Contingent | |
| | **PO Box 1004** | ☐ Unliquidated | |
| | **Charlotte, NC 28201** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **5090** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.67 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8.88** |
|---|---|---|---|
| | **Duke Energy** | ☐ Contingent | |
| | **PO Box 1004** | ☐ Unliquidated | |
| | **Charlotte, NC 28201-1004** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **3021** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.68 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$237.00** |
|---|---|---|---|
| | **Edge Medical Solutions, LLC** | ☐ Contingent | |
| | **7257 NW 4th Blvd #252** | ☐ Unliquidated | |
| | **Gainesville, FL 32607** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.69 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,264.55** |
|---|---|---|---|
| | **EGP, Inc** | ☐ Contingent | |
| | **Po Box 1363** | ☐ Unliquidated | |
| | **Orlando, FL 32802** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.70 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Estate of Sheri Moore** | | |
| | **c/o Casey Moore, PR** | ☐ Contingent | |
| | **Lytal, Reiter, Smith, Ivey &** | ☐ Unliquidated | |
| | **515 N Flagler Dr, Ste 1000** | ■ Disputed | |
| | **West Palm Beach, FL 33401** | | |
| | Date(s) debt was incurred **2015** | Basis for the claim: **Alleged medical malpractice lawsuit** | |
| | Last 4 digits of account number **AXXX** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.71 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$214,970.00** |
|---|---|---|---|
| | **ev3 Inc.** | ☐ Contingent | |
| | **1475 Paysphere Circle** | ☐ Unliquidated | |
| | **Chicago, IL 60674** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Business Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.72 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$303.68** |
|---|---|---|---|
| | **Family Readers** | ☐ Contingent | |
| | **PO Box 1469** | ☐ Unliquidated | |
| | **Elyria, OH 44036** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Institute of Cardiovascular Excellence, PLLC** | Case number (if known) | **3:16-bk-01491** |
|---|---|---|---|
| | Name | | |

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,755.21 |
|---|---|---|---|

**FedEx**
Po Box 660481
Dallas, TX 75266-0481

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,053,219.15 |
|---|---|---|---|

**Fifth Third Bank**
PO Box 740789
Cincinnati, OH 45274-0789

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  6/27/2013

Basis for the claim:  **Guarantor of ICE Holdings PLLC loan**

Last 4 digits of account number  0059

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,690.28 |
|---|---|---|---|

**Fifth Third Bank Mastercard**
PO Box 740789
Cincinnati, OH 45274-0789

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $439.52 |
|---|---|---|---|

**Fire Safety Specialists**
1001 Webster St
Wildwood, FL 34785

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $85.00 |
|---|---|---|---|

**FL Dept of Health Sumter**
Po Box 98
Bushnell, FL 33513

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $265.18 |
|---|---|---|---|

**Folsom Business Forms, Inc**
PO Box 2675
Ocala, FL 34478-2675

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $754.20 |
|---|---|---|---|

**Fort Knox Self Storage**
13634 US Hwy 441
Lady Lake, FL 32159

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Institute of Cardiovascular Excellence, PLLC** | Case number *(if known)* | **3:16-bk-01491** |
|---|---|---|---|
| | Name | | |

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,200.00** |
|---|---|---|---|

**Galaxy Cleaning Sytems**
3823 SW 109th Ln
Ocala, FL 34476

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,250.00** |
|---|---|---|---|

**Gap Diagnostic Services**
7400 State Rd 21
Keystone Heights, FL 32656

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$59,080.46** |
|---|---|---|---|

**GE Healthcare**
PO Box 640200
Pittsburgh, PA 15264-0200

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Business Debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$259,752.51** |
|---|---|---|---|

**Greenberg Traurig PA**
101 E Kennedy Blvd.
Suite 1900
Tampa, FL 33602

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Legal Fees

Last 4 digits of account number  0300

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$98.00** |
|---|---|---|---|

**Haymarket Media, Inc**
PO Box 103
Congers, NY 10920-0103

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$570.00** |
|---|---|---|---|

**Healthwise Education LLC**
14501 SE 97th Ter
Ocala, FL 34471

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$293.08** |
|---|---|---|---|

**Heath Brook Master Assoc.**
PO Box 105302
Atlanta, GA 30348-5302

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **Institute of Cardiovascular Excellence, PLLC** | Case number (if known) | **3:16-bk-01491** |
|---|---|---|---|
| | Name | | |

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $547.44 |
|---|---|---|---|

**Heritage Flowers**
**522 SE 1st Ave**
**Ocala, FL 34471**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,330.00 |
|---|---|---|---|

**Hills Shred Express**
**PO Box 1718**
**Ocala, FL 34478-1718**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Holly Taylor**
**c/o Rafael Jacinto Nobo, III**
**19160 SW 29th Ct**
**Hollywood, FL 33029**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:  Lawsuits**
**5:15-cv-00179-WTH-TBS**
**5:11-cv-00406-10TBS**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,294.36 |
|---|---|---|---|

**ICU Medical Inc**
**PO Box 848908**
**Los Angeles, CA 90084-8908**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,939.85 |
|---|---|---|---|

**ImageOne Janitorial Services**
**658 Douglas Ave, Ste 1110**
**Altamonte Springs, FL 32714**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $237.23 |
|---|---|---|---|

**Integrated Telephone Systems**
**PO Box 919**
**Chiefland, FL 32644**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,769.65 |
|---|---|---|---|

**Intermed Biomedical Services**
**13351 Progress Blvd**
**Alachua, FL 32615**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Institute of Cardiovascular Excellence, PLLC** | Case number *(if known)* | **3:16-bk-01491** |
|---|---|---|---|
| | Name | | |

---

**3.94** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$18,560.60**

InterMed Nuc Med, Inc.
13351 Progress Blvd
Alachua, FL 32615

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.95** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,280.30**

Intermed Technology Managemt
13351 Progress Blvd
Alachua, FL 32615

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.96** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$87,450.00**

InterMed Ultrasound Services
13351 Progress Blvd
Alachua, FL 32615

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim: **Business Debt**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.97** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$341.64**

Interstate Recovery Service
PO Box 8125
Virginia Beach, VA 23450

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim: **Collections for Family Readers Service**

Last 4 digits of account number **9362**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.98** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,850.00**

Isom's Lawn Service, LLC
110 LaVista St
Fruitland Park, FL 34731

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.99** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$650.45**

IT Network Solutions Group
6321 Porter Rd
Unit 13
Sarasota, FL 34240

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.100** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$23,823.60**

Jameson Vicars & Co., CPA
100 Wallace Avenue
Suite 380
Sarasota, FL 34237

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim: **Accounting fees**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Institute of Cardiovascular Excellence, PLLC** | Case number *(if known)* | **3:16-bk-01491** |
|---|---|---|---|
| | Name | | |

| 3.101 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,400.00** |
|---|---|---|---|

**Jerry Cummings**
**2611 SE 29th Ln**
**Ocala, FL 34471**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.102 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,900.00** |
|---|---|---|---|

**Johnson & Johnson Health Car**
**PO Box 406663**
**Atlanta, GA 30384-6663**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.103 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,168.72** |
|---|---|---|---|

**Julius Zorn Inc**
**PO Box 1088**
**Cuyahoga Falls, OH 44223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.104 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,053.52** |
|---|---|---|---|

**King Security, LLC**
**9833 SW 42nd Ave**
**Ocala, FL 34476**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.105 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,740.00** |
|---|---|---|---|

**Knaggs Medical Specialties**
**5721 NW 64th Ter**
**Gainesville, FL 32653**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.106 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$215.16** |
|---|---|---|---|

**LabCorp**
**PO Box 12140**
**Burlington, NC 27216-2140**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.107 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$17,704.08** |
|---|---|---|---|

**Land Rover Orlando**
**PO Box 78074**
**Phoenix, AZ 85062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| Debtor | **Institute of Cardiovascular Excellence, PLLC** | Case number (if known) | **3:16-bk-01491** |
|---|---|---|---|
| | Name | | |

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,041.79 |
|---|---|---|---|

**Landauer, Inc.**
**PO Box 809051**
**Chicago, IL 60680-9051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,750.08 |
|---|---|---|---|

**Laser Action Plus Inc**
**1228 SW 15th Ave**
**Ocala, FL 34471**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $233.20 |
|---|---|---|---|

**Laser Printer Systems**
**2275 SE 58th Ave**
**Ocala, FL 34480**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,219.63 |
|---|---|---|---|

**Laurel Manor Prof Plaza POA**
**1021 Lake Sumter Landing**
**The Villages, FL 32162**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $915.00 |
|---|---|---|---|

**Leopard Transport**
**PO Box 923**
**Ocala, FL 34478**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,768.33 |
|---|---|---|---|

**Levy Jones, Inc**
**PO Box 101**
**Williston, FL 32696-0101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $93.50 |
|---|---|---|---|

**Ludlum Measurements Inc**
**PO Box 810**
**501 Oak St**
**Sweetwater, TX 79556**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                     Best Case Bankruptcy

| Debtor | **Institute of Cardiovascular Excellence, PLLC** | Case number (if known) | **3:16-bk-01491** |
|---|---|---|---|
| | Name | | |

---

**3.115**

**Nonpriority creditor's name and mailing address**
**Lynn Medical**
**Dept 77045**
**PO Box 77000**
**Detroit, MI 48277-0045**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$912.54**

---

**3.116**

**Nonpriority creditor's name and mailing address**
**Marion County Utilities**
**11800 SE US Highway 441**
**Belleview, FL 34420**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$103.49**

---

**3.117**

**Nonpriority creditor's name and mailing address**
**Marion Medical Park**
**2100 SE 17th St, Ste 802**
**Ocala, FL 34471**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$189.53**

---

**3.118**

**Nonpriority creditor's name and mailing address**
**Mary Ann's Uniforms**
**506 SE 1st Ave**
**Ocala, FL 34471**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,018.60**

---

**3.119**

**Nonpriority creditor's name and mailing address**
**Massey**
**10 SW 49th Ave**
**Bldg 2, Ste C&D**
**Ocala, FL 34474**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,164.95**

---

**3.120**

**Nonpriority creditor's name and mailing address**
**McKesson Medical Surgical**
**PO Box 660266**
**Dallas, TX 75266-0266**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$18,145.43**

---

**3.121**

**Nonpriority creditor's name and mailing address**
**MedFirst Healthcare Supply**
**902 JanMar Ct**
**Clermont, FL 34715**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$870.90**

---

| Debtor | **Institute of Cardiovascular Excellence, PLLC** | Case number (if known) | **3:16-bk-01491** |
|---|---|---|---|
| | Name | | |

---

| 3.122 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,510.00** |
|---|---|---|---|

**Medical Diagnostic Services**
**28348 Hollondel Rd**
**Okahumpka, FL 34762**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$75.00** |
|---|---|---|---|

**Medical Disposal Systems**
**PO Box 161417**
**Altamonte Springs, FL 32716**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$63,610.78** |
|---|---|---|---|

**Medtronic USA Inc.**
**PO BOX 409201**
**Atlanta, GA 30384-9201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,428.40** |
|---|---|---|---|

**Merit Medical Systems, Inc.**
**PO Box 204842**
**Dallas, TX 75320-4842**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$75.00** |
|---|---|---|---|

**Mike Scott Plumbing**
**668 E Overdrive Cir**
**Hernando, FL 34442**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$11,544.58** |
|---|---|---|---|

**MLDZ Enterprises, Ltd**
**4328 SE 26th Terrace Rd**
**Ocala, FL 34480**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$181.50** |
|---|---|---|---|

**Muzak, LLC**
**PO Box 71070**
**Charlotte, NC 28272-1070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Institute of Cardiovascular Excellence, PLLC** | Case number (if known) | **3:16-bk-01491** |
|---|---|---|---|
| | Name | | |

---

**3.129** Nonpriority creditor's name and mailing address

**Nasrallah Architectural Grou**
3920 Edgewater Dr, Ste 101
Orlando, FL 32804

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,088.00**

---

**3.130** Nonpriority creditor's name and mailing address

**Navicure**
2055 Sugarloaf Cir, Ste 600
Duluth, GA 30097-4363

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$5,587.50**

---

**3.131** Nonpriority creditor's name and mailing address

**Needham Enterprises**
c/o Charles Ruse, Jr., Esq
500 NE 8th Ave
Ocala, FL 34470

Date(s) debt was incurred _

Last 4 digits of account number  **4734**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Plumbing and electric**

Is the claim subject to offset? ■ No ☐ Yes

**$2,524.77**

---

**3.132** Nonpriority creditor's name and mailing address

**Neptune Ventures**
3003 SW College Rd, Ste 1071
Ocala, FL 34474

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,550.42**

---

**3.133** Nonpriority creditor's name and mailing address

**NICA**
PO Box 14567
Tallahassee, FL 32317

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$250.00**

---

**3.134** Nonpriority creditor's name and mailing address

**North Sumter Cnty Utility**
3201 Wedgewood Ln
The Villages, FL 32162

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$73.40**

---

**3.135** Nonpriority creditor's name and mailing address

**Novaerus US Inc**
11 North Canal, Ste 165
Chicago, IL 60606

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$699.60**

---

| Debtor | **Institute of Cardiovascular Excellence, PLLC** | Case number (if known) | **3:16-bk-01491** |
|---|---|---|---|
| | Name | | |

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,017.84** |
|---|---|---|---|

**Ocala Snack Vending Distribu**
5380 SE 24th St
Ocala, FL 34480

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00** |
|---|---|---|---|

**Ocala/Marion County Chamber**
310 SE 3rd St
Ocala, FL 34471

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,885.00** |
|---|---|---|---|

**Organogenesis, Inc.**
PO Box 842958
Boston, MA 02284-2958

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$481.50** |
|---|---|---|---|

**Orkin Pest Control**
540 SW 8th St, Ste 102
Ocala, FL 34471

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$698.03** |
|---|---|---|---|

**Paddock Park Commercial Ctr**
2143 East Fort King
Ste 102
Ocala, FL 34471

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$279.72** |
|---|---|---|---|

**Perfect Serve, Inc**
Po Box 638515
Cincinnati, OH 45263-8518

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,600.60** |
|---|---|---|---|

**Pfizer, Inc.**
PO Box 100539
Atlanta, GA 30384-0539

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor   **Institute of Cardiovascular Excellence, PLLC**
                Name

Case number *(if known)*   **3:16-bk-01491**

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,543.00 |
|---|---|---|---|

**Pinnacle Creative Group Inc**
114 E Dixie Ave
Leesburg, FL 34748

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $177.23 |
|---|---|---|---|

**Pitney Bowes Global Fin Serv**
PO Box 371887
Pittsburgh, PA 15250-7887

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,000.00 |
|---|---|---|---|

**PluralSoft Inc**
19448 E Fair Pl
Aurora, CO 80016

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $800.00 |
|---|---|---|---|

**Premier Land Management**
1830 SE 38th St
Ocala, FL 34480

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,823.30 |
|---|---|---|---|

**Principal Life Ins - Dental**
PO Box 14513
Des Moines, IA 50306-3513

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,319.48 |
|---|---|---|---|

**Principal Life Ins - Vision**
PO Box 14513
Des Moines, IA 50306-3513

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,075.71 |
|---|---|---|---|

**Progressive**
PO Box 105428
Atlanta, GA 30348

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Institute of Cardiovascular Excellence, PLLC** | Case number (if known) | **3:16-bk-01491** |
|---|---|---|---|
| | Name | | |

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,188.64 |
|---|---|---|---|

**PSS**
PO Box 741378
Atlanta, GA 30374-1378

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,886.91 |
|---|---|---|---|

**Purchase Power**
PO Box 371874
Pittsburgh, PA 15250-7874

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,494.60 |
|---|---|---|---|

**Quality Medical Marketing**
PO Box 3704
Ocala, FL 34474

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $864.00 |
|---|---|---|---|

**Quest Diagnostics**
PO Box 740781
Cincinnati, OH 45274-0781

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,054.42 |
|---|---|---|---|

**Ray Howard & Associates**
3350 Kori Rd
Jacksonville, FL 32257

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6.36 |
|---|---|---|---|

**Ray's Key & Lock Services**
25 NE 8th Ave
Ocala, FL 34470

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,333.32 |
|---|---|---|---|

**Reed and Daly Inc**
PO Box 1706
Ocala, FL 34478

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Institute of Cardiovascular Excellence, PLLC**
Name

Case number (if known) **3:16-bk-01491**

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Robert A. Green**
c/o Jonathan Kroner, Esq
420 Lincoln Rd, Ste 248
Miami Beach, FL 33139

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **2011**

Basis for the claim: **lawsuit**

Last 4 digits of account number **DTBS**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$74,662.53** |
|---|---|---|---|

**Roche Diagnostics Corp**
PO Box 50457
Indianapolis, IN 46250-0457

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Business Debt**

Last 4 digits of account number **1025**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$350.41** |
|---|---|---|---|

**S&W Healthcare Corporation**
15251 Flight Path Dr
Brooksville, FL 34604

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,030,128.53** |
|---|---|---|---|

**SBA South Florida District**
100 S. Biscayne Blvd.
7th Floor
Miami, FL 33131

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **SBA Loan**

Last 4 digits of account number **5008**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,973,174.75** |
|---|---|---|---|

**SBA South Florida District**
100 S. Biscayne Blvd.
7th Floor
Miami, FL 33131

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Ocala office location**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,931.00** |
|---|---|---|---|

**Schuler House**
27821 Fremont Ct, Unit 8
Valencia, CA 91355

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,795.77** |
|---|---|---|---|

**SECO**
PO Box 31634
Tampa, FL 33631-3634

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **4003**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Institute of Cardiovascular Excellence, PLLC** | Case number (if known) | **3:16-bk-01491** |
|---|---|---|---|
| | Name | | |

---

**3.164** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,937.13**

**SECO**
**PO Box 31634**
**Tampa, FL 33631-3634**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __1902__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.165** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,266.00**

**SFH Inc**
**1022 Texan Trail #3217**
**Grapevine, TX 76051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.166** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$163.35**

**Shred-It USA**
**PO Box 13574**
**New York, NY 10087-3574**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.167** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$315,532.66**

**Siemens Medical Solutions**
**40 Liberty Boulevard**
**Malvern, PA 19355**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Business debt - Equipment warranty services contract__

Last 4 digits of account number __6370__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.168** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$89.36**

**Singulex Inc**
**Dept CH 19669**
**Palatine, IL 60055-9669**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.169** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$169.42**

**Space Age Copy Systems**
**4778 SW 143rd Loop**
**Ocala, FL 34473**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.170** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$79,800.00**

**St. Jude Medical**
**22400 Network Place**
**Chicago, IL 60673-1224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Medical supplies__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Institute of Cardiovascular Excellence, PLLC**   Case number (if known)   **3:16-bk-01491**
         Name

| 3.171 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**State of Florida**
**c/o Jill Bennett**
**400 S Monroe St PL-01**
**Tallahassee, FL 32399-1050**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  __2011__

Basis for the claim:  __lawsuits__
__5:11-cv-00406-RBD-TBS__
__5:15-cv-00179-WTH-TBS__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.172 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,306.00** |
|---|---|---|---|

**Stericycle**
**PO Box 6582**
**Carol Stream, IL 60198-6585**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.173 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$561.75** |
|---|---|---|---|

**Steve Dibble**
**2051 SE 215th Ave**
**Morriston, FL 32668**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.174 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$700.00** |
|---|---|---|---|

**Stevens Communication**
**PO Box 187**
**Ocala, FL 34478-0187**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  __1416__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.175 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$840.00** |
|---|---|---|---|

**Stevens Communication**
**PO Box 187**
**Ocala, FL 34478-0187**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  __1705__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.176 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$700.00** |
|---|---|---|---|

**Stevens Communication**
**PO Box 187**
**Ocala, FL 34478-0187**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  __1709__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.177 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$840.00** |
|---|---|---|---|

**Stevens Communication**
**PO Box 187**
**Ocala, FL 34478-0187**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  __1710__

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Institute of Cardiovascular Excellence, PLLC** | Case number (if known) | **3:16-bk-01491** |
|---|---|---|---|
| | Name | | |

| 3.178 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$700.00** |
|---|---|---|---|

**Stevens Communication**
**PO Box 187**
**Ocala, FL 34478-0187**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  1711**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.179 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$775.00** |
|---|---|---|---|

**Stevens Communication**
**PO Box 187**
**Ocala, FL 34478-0187**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  1714**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.180 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$750.00** |
|---|---|---|---|

**Stevens Communication**
**PO Box 187**
**Ocala, FL 34478-0187**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  1767**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.181 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,755.00** |
|---|---|---|---|

**Stevens Communication**
**PO Box 187**
**Ocala, FL 34478-0187**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  2600**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.182 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,961.00** |
|---|---|---|---|

**Stevens Communication**
**PO Box 187**
**Ocala, FL 34478-0187**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  1701**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.183 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$850.00** |
|---|---|---|---|

**Stevens Communication**
**PO Box 187**
**Ocala, FL 34478-0187**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  1706**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.184 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$33,903.46** |
|---|---|---|---|

**TD Card Services**
**PO Box 84037**
**Columbus, GA 31908-4037**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  6333**

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **Institute of Cardiovascular Excellence, PLLC** | Case number *(if known)* | **3:16-bk-01491** |
|---|---|---|---|
| | Name | | |

---

**3.185** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15,920.39**

**TD Card Services**
**PO Box 84037**
**Columbus, GA 31908-4037**

Date(s) debt was incurred _

Last 4 digits of account number  **1646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.186** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,442.56**

**TD Card Services**
**PO Box 84037**
**Columbus, GA 31908-4037**

Date(s) debt was incurred _

Last 4 digits of account number  **6289**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.187** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**TD Card Services**
**PO Box 84037**
**Columbus, GA 31908-4037**

Date(s) debt was incurred _

Last 4 digits of account number  **3196**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.188** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$22,363.51**

**Terumo Medical Corporation**
**PO Box 281285**
**Atlanta, GA 30384-1285**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.189** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$538.80**

**The Storage Depot of Ocala**
**9085 SW Hwy 200**
**Ocala, FL 34481**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.190** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$538.80**

**The Villages Operating Co**
**1020 Lake Sumter Landing**
**The Villages, FL 32162**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.191** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,904.00**

**ThyssenKrupp Elevator**
**PO Box 933004**
**Atlanta, GA 31193-3004**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | **Institute of Cardiovascular Excellence, PLLC** | Case number (*if known*) | **3:16-bk-01491** |
|---|---|---|---|
| | Name | | |

| 3.192 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,488.75** |
|---|---|---|---|

**Tracy Mabry Law PA**
**PO Box 3269**
**Windermere, FL 34786**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$80.00** |
|---|---|---|---|

**TriZetto Provider Solutions**
**Dept CH 16897**
**Palatine, IL 60055-6897**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.194 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$186.00** |
|---|---|---|---|

**Troyco Liquid Nitrogen Inc**
**PO Box 1792**
**Tarpon Springs, FL 34688**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$80.00** |
|---|---|---|---|

**United Refrigeration Inc**
**3730 NE 44th St**
**Ocala, FL 34479**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.196 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**United States of America**
**c/o Adam Russell Tarosky**
**601 D St NW**
**Room 9706**
**Washington, DC 20004**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **lawsuits**
**5:11-cv-00406-RBD-TBS**
**5:15-cv-00179-WTH-TBS**

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.197 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50,175.56** |
|---|---|---|---|

**Vascular Solutions, Inc**
**c/o William M. Lindeman, PA**
**200 East Robinson St**
**Ste 290**
**Orlando, FL 32801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business debt**

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$157.04** |
|---|---|---|---|

**Vista Clinical Diagnostics**
**4290 S Hwy 27, Ste 211**
**Clermont, FL 34711**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Institute of Cardiovascular Excellence, PLLC** | Case number (if known) | **3:16-bk-01491** |
|---|---|---|---|
| | Name | | |

---

| 3.199 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $415.00 |
|---|---|---|---|

**VitaPhone USA**
**3720 W Oquendo Rd**
**Ste 101**
**Las Vegas, NV 89118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.200 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $19,670.00 |
|---|---|---|---|

**W.L. Gore & Associates, Inc**
**PO Box 751331**
**Charlotte, NC 28275**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.201 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $97,017.41 |
|---|---|---|---|

**Windstream Communications**
**301 N. Main St.**
**Suite 5000**
**Greenville, SC 29601-2153**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Utilities Phone Service - Main Office_

Last 4 digits of account number **2755**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.202 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $19,230.95 |
|---|---|---|---|

**Windstream Communications**
**301 N. Main St.**
**Suite 5000**
**Greenville, SC 29601-2153**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Utilities Phone Service - Tavares office_

Last 4 digits of account number **6670**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.203 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,387.00 |
|---|---|---|---|

**Woods Printing of Ocala Inc**
**PO Box 1889**
**Dunedin, FL 34697**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.204 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,144.80 |
|---|---|---|---|

**Z-Medica**
**4 Fairfield Blvd**
**Wallingford, CT 06492**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**   List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Debtor | **Institute of Cardiovascular Excellence, PLLC** | | Case number (if known) | **3:16-bk-01491** |
| | Name | | | |

| | **Name and mailing address** | **On which line in Part1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|---|
| 4.1 | **A. Lee Bentley, III**<br>**US District Atty for Middle**<br>**District Jacksonville**<br>**300 N. Hogan St., Ste 700**<br>**Jacksonville, FL 32202** | Line **3.160**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Boston Scientific Corp**<br>**c/o Charles F. Arnold, Esq**<br>**1701 Dr MLK Jr St N**<br>**Saint Petersburg, FL 33704** | Line **3.32**<br><br>☐ Not listed. Explain ____ | **7CAG** |
| 4.3 | **Bracco Diagnostics Inc.**<br>**PO Box 978952**<br>**Dallas, TX 75397-8952** | Line **3.33**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Daniel Robert Anderson**<br>**PO Box 261**<br>**Washington, DC 20044** | Line **3.196**<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | **S Jacob & Wolf, LP**<br>**116 Walcourt Loop**<br>**College Station, TX 77845** | Line **3.32**<br><br>☐ Not listed. Explain ____ | **7CAG** |
| 4.6 | **Sam S. Sheldon, Esq**<br>**777 6th St NW 11th Flr**<br>**Washington, DC 20001** | Line **3.89**<br><br>☐ Not listed. Explain ____ | _ |
| 4.7 | **SBA - Region IV**<br>**233 Peachtree Street NE**<br>**Suite 1800**<br>**Atlanta, GA 30303** | Line **3.160**<br><br>☐ Not listed. Explain ____ | _ |
| 4.8 | **SBA Office of Gen Counsel**<br>**409 3rd St., SW**<br>**Washington, DC 20416** | Line **3.160**<br><br>☐ Not listed. Explain ____ | _ |
| 4.9 | **SBA South Florida District**<br>**100 S. Biscayne Blvd.**<br>**7th Floor**<br>**Miami, FL 33131** | Line **3.160**<br><br>☐ Not listed. Explain ____ | _ |
| 4.10 | **SBA South Florida District**<br>**100 S. Biscayne Blvd.**<br>**7th Floor**<br>**Miami, FL 33131** | Line **3.161**<br><br>☐ Not listed. Explain ____ | _ |
| 4.11 | **Sean Flynn**<br>**US Attorney's Office FLM**<br>**400 N Tampa St, Ste 3200**<br>**Tampa, FL 33602** | Line **3.196**<br><br>☐ Not listed. Explain ____ | _ |
| 4.12 | **Siemens Medical Solutions**<br>**Dept CH 14195**<br>**Palatine, IL 60055-4195** | Line **3.167**<br><br>☐ Not listed. Explain ____ | _ |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **Institute of Cardiovascular Excellence, PLLC** | Case number (if known) | **3:16-bk-01491** |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.13 | **TD Card Services**<br>**PO Box 2580**<br>**Cherry Hill, NJ 08034-0372** | Line **3.184**<br><br>☐ Not listed. Explain ____ | _ |
| 4.14 | **The Fifth Third Bank**<br>**c/o Michael E. Strach**<br>**Carlton Fields**<br>**100 SE Second St., Suite 420**<br>**Miami, FL 33101-2113** | Line **3.74**<br><br>☐ Not listed. Explain ____ | _ |
| 4.15 | **US Small Business Admin**<br>**409 3rd St., SW**<br>**Washington, DC 20416** | Line **3.160**<br><br>☐ Not listed. Explain ____ | _ |
| 4.16 | **Vascular Solutions Inc.**<br>**PO Box 1178**<br>**Osseo, MN 55311** | Line **3.197**<br><br>☐ Not listed. Explain ____ | _ |
| 4.17 | **Windsream Commnications**<br>**PO Box 9001950**<br>**Louisville, KY 40290** | Line **3.201**<br><br>☐ Not listed. Explain ____ | _ |

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 315,778.34 |
| 5b. Total claims from Part 2 | 5b.  + | $ | 9,296,070.68 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 9,611,849.02 |

**Fill in this information to identify the case:**

Debtor name    **Institute of Cardiovascular Excellence, PLLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    **3:16-bk-01491**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Alarm Monitoring Agreement**<br><br><br><br>**BCI Integrated Solutions**<br>**5139 Rio Vista Avenue**<br>**Tampa, FL 33634** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Real Property lease**<br><br><br><br>**Brannon Properties, LLC**<br>**161 N Main St.**<br>**Williston, FL 32696** |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Master Services Agreement**<br><br><br><br>**CareCloud Complete**<br>**5200 Blue Lagoon Dr.**<br>**Ste 900**<br>**Miami, FL 33126** |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Real property lease**<br><br><br><br>**David O. Lichtinger, D.O.**<br>**29320 U.S. Hwy 27**<br>**Leesburg, FL 34748** |

| Debtor 1 | **Institute of Cardiovascular Excellence, PLLC** | | Case number (*if known*) | **3:16-bk-01491** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Real property lease** | |
|---|---|---|---|
| | State the term remaining | | **Dora Avenue Holdings, LLC** |
| | List the contract number of any government contract | | **2750 Dora Avenue** **Tavares, FL 32778** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Vehicle lease** | |
|---|---|---|---|
| | State the term remaining | | **Fields Motor Car Orlando** |
| | List the contract number of any government contract | | **895 N Ronald Reagan Blvd** **Longwood, FL 32750** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of office location of** **4930 SW 49th Road** **Ocala, FL 34474** | |
|---|---|---|---|
| | State the term remaining | | **ICE Real Estate Holdings LLC** |
| | List the contract number of any government contract | | **4730 SW 49th Road** **Ocala, FL 34474** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of office location of** **10435 SE 17th Place** **Summerfield, FL 34491** | |
|---|---|---|---|
| | State the term remaining | | **ICE Real Estate Holdings LLC** |
| | List the contract number of any government contract | | **4730 SW 49th Road** **Ocala, FL 34474** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **IT Support Agreement** | |
|---|---|---|---|
| | State the term remaining | | **IT Network Solutions Group** |
| | List the contract number of any government contract | | **8131 Main St** **Bldg M Suite 202** **Bradenton, FL 34202** |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment lease** | |
|---|---|---|---|
| | State the term remaining | | **Laser Action Plus** |
| | List the contract number of any | | **1228 SW 15th Avenue** **Ocala, FL 34471** |

Debtor 1   **Institute of Cardiovascular Excellence, PLLC**

First Name       Middle Name       Last Name

Case number (*if known*)   **3:16-bk-01491**

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment lease** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Marlin Business**<br>**2795 E Cottonwood Pkwy**<br>**Suite 120**<br>**Salt Lake City, UT 84121** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Sublease & space sharing agreement; Premises & equipment lease agreement; Personal lease agreement; Mobile equipment an technician lease agreement; ICE Trademark license agreement; and Management services agreement** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Medical Institute, LLC**<br>**4730 SW 49th Rd**<br>**Ocala, FL 34474** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **MLDZ Enterprises, LTD**<br>**4328 SE 26th Terrace**<br>**Ocala, FL 34480** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment lease** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Roche Diagnostics Corp**<br>**PO Box 50757**<br>**Indianapolis, IN 46250** |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment leases** |
|---|---|---|
| | State the term remaining | **Siemens Financial Services**<br>**170 Wood Avenue South**<br>**Iselin, NJ 08830** |

| Debtor 1 | **Institute of Cardiovascular Excellence, PLLC** | | Case number *(if known)* | **3:16-bk-01491** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

<div style="background:#3d0033;width:50px;height:35px;"></div>

### Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

|  | List the contract number of any government contract | |
|---|---|---|

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment lease** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **TD Equipment Finance**<br>**1006 Astoria**<br>**Cherry Hill, NJ 08034** |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **ICE at Laurel Manor - vacated bldg** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **The Villages Operating Co**<br>**Attn: Commerical Prop Mgt**<br>**1020 Lake Sumpter Landing**<br>**The Villages, FL 32162** |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Customer service agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Windstream**<br>**301 N Main St, Suite 5000**<br>**Greenville, SC 29601-5153** |

**Fill in this information to identify the case:**

Debtor name    **Institute of Cardiovascular Excellence, PLLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    **3:16-bk-01491**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Abbas Ali** | **4730 SW 49th Rd**<br>**Ocala, FL 34474-6262** | **Estate of Sheri Moore** | ☐ D _____<br>■ E/F __3.70__<br>☐ G _____ |
| 2.2 | **Asad Qamar** | **3275 NW 85th Ter**<br>**Ocala, FL 34482** | **Estate of Sheri Moore** | ☐ D _____<br>■ E/F __3.70__<br>☐ G _____ |
| 2.3 | **Asad Qamar** | **3275 NW 85th Ter**<br>**Ocala, FL 34482** | **Holly Taylor** | ☐ D _____<br>■ E/F __3.89__<br>☐ G _____ |
| 2.4 | **Asad Qamar** | **3275 NW 85th Ter**<br>**Ocala, FL 34482** | **United States of America** | ☐ D _____<br>■ E/F __3.196__<br>☐ G _____ |
| 2.5 | **Asad Qamar** | **3275 NW 85th Ter**<br>**Ocala, FL 34482** | **Robert A. Green** | ☐ D _____<br>■ E/F __3.157__<br>☐ G _____ |

| Debtor | **Institute of Cardiovascular Excellence, PLLC** | | Case number *(if known)* | **3:16-bk-01491** |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.6 | **Asad Qamar** | 3275 NW 85th Ter<br>Ocala, FL 34482 | **State of Florida** | ☐ D _____<br>■ E/F __3.171__<br>☐ G _____ |
| 2.7 | **Asad Qamar** | 3275 NW 85th Ter<br>Ocala, FL 34482 | **Fifth Third Bank** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.8 | **Humeraa Qamar** | 3275 NW 85th Ter<br>Ocala, FL 34482 | **Holly Taylor** | ☐ D _____<br>■ E/F __3.89__<br>☐ G _____ |
| 2.9 | **Humeraa Qamar** | 3275 NW 85th Ter<br>Ocala, FL 34482 | **United States of America** | ☐ D _____<br>■ E/F __3.196__<br>☐ G _____ |
| 2.10 | **Humeraa Qamar** | 3275 NW 85th Ter<br>Ocala, FL 34482 | **Robert A. Green** | ☐ D _____<br>■ E/F __3.157__<br>☐ G _____ |
| 2.11 | **Humeraa Qamar** | 3275 NW 85th Ter<br>Ocala, FL 34482 | **State of Florida** | ☐ D _____<br>■ E/F __3.171__<br>☐ G _____ |
| 2.12 | **Humeraa Qamar** | 3275 NW 85th Ter<br>Ocala, FL 34482 | **Fifth Third Bank** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.13 | **ICE Holdings, PLLC** | | **SBA South Florida District** | ☐ D _____<br>■ E/F __3.160__<br>☐ G _____ |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor    **Institute of Cardiovascular Excellence, PLLC**              Case number *(if known)*    **3:16-bk-01491**

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**                                                          *Column 2:* **Creditor**

| | | | |
|---|---|---|---|
| 2.14 | **ICE Holdings, PLLC** | **4600 SW 46th Court Suite 340** <br> **Ocala, FL 34474** | **Holly Taylor** |

☐ D _____
■ E/F    **3.89**
☐ G _____

| | | | |
|---|---|---|---|
| 2.15 | **ICE Holdings, PLLC** | **4600 SW 46th Court Suite 340** <br> **Ocala, FL 34474** | **United States of America** |

☐ D _____
■ E/F    **3.196**
☐ G _____

| | | | |
|---|---|---|---|
| 2.16 | **ICE Holdings, PLLC** | | **Robert A. Green** |

☐ D _____
■ E/F    **3.157**
☐ G _____

| | | | |
|---|---|---|---|
| 2.17 | **ICE Holdings, PLLC** | **4600 SW 46th Court Suite 340** <br> **Ocala, FL 34474** | **State of Florida** |

☐ D _____
■ E/F    **3.171**
☐ G _____

| | | | |
|---|---|---|---|
| 2.18 | **ICE Holdings, PLLC** | **4600 SW 46th Court Suite 340** <br> **Ocala, FL 34474** | **Fifth Third Bank** |

■ D    **2.1**
☐ E/F _____
☐ G _____

| | | | |
|---|---|---|---|
| 2.19 | **ICE Holdings, PLLC** | | **Fifth Third Bank** |

☐ D _____
■ E/F    **3.74**
☐ G _____

| | | | |
|---|---|---|---|
| 2.20 | **ICE Holdings, PLLC** | | **Fifth Third Bank** |

■ D    **2.4**
☐ E/F _____
☐ G _____

| | | | |
|---|---|---|---|
| 2.21 | **ICE Real Estate Holdings LLC** | | **SBA South Florida District** |

☐ D _____
■ E/F    **3.160**
☐ G _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor    **Institute of Cardiovascular Excellence, PLLC**    Case number *(if known)*    **3:16-bk-01491**

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.22 **Kevin Patrick Noon, NP** | 4730 SW 49th Rd<br>Ocala, FL 34482 | **Estate of Sheri Moore** | ☐ D _____<br>■ E/F ___3.70___<br>☐ G _____ |
| 2.23 **Marion Community Hospital** | 4600 SW 46th Ct<br>Ocala, FL 34474 | **Estate of Sheri Moore** | ☐ D _____<br>■ E/F ___3.70___<br>☐ G _____ |
| 2.24 **Norman Weinstein, MD** | 3314 Crill Ave Ste 1A<br>Palatka, FL 32177 | **Estate of Sheri Moore** | ☐ D _____<br>■ E/F ___3.70___<br>☐ G _____ |
| 2.25 **The Surgery Center of Ocala** | 3241 SW 34th St<br>Ocala, FL 34474 | **Estate of Sheri Moore** | ☐ D _____<br>■ E/F ___3.70___<br>☐ G _____ |
| 2.26 **Asad Qamar** | 3275 NW 85th Ter<br>Ocala, FL 34482 | **Fields Motor Car Orlando** | ☐ D _____<br>☐ E/F _____<br>■ G ___2.15___ |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Fill in this information to identify the case: |
| --- |

Debtor name **Institute of Cardiovascular Excellence, PLLC**

United States Bankruptcy Court for the: **MIDDLE DISTRICT OF FLORIDA**

Case number (if known) **3:16-bk-01491**

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- |
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2016** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$1,295,704.00** |
| **For prior year:**<br>From **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other _____ | **$15,082,183.00** |
| **For year before that:**<br>From **1/01/2014** to **12/31/2014** | ■ Operating a business<br>☐ Other _____ | **$42,506,192.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
| --- | --- | --- | --- |

| Debtor | Institute of Cardiovascular Excellence, PLLC | Case number *(if known)* | 3:16-bk-01491 |
|---|---|---|---|

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | **See Attached list** | | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | ** See attached list** | | $0.00 | |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| **Fifth Third Bank**<br>**PO Box 740789**<br>**Cincinnati, OH 45274-0789** | **Offset from checking acct #9428 and applied to loan No 34**<br><br>Last 4 digits of account number:  9428 | **4/8/2016** | **$62,000.00** |
| **Fifth Third Bank**<br>**c/o Michael E. Strach**<br>**Carlton Fields**<br>**100 SE Second St., Suite 420**<br>**Miami, FL 33101-2113** | **Offset from checking acct #9428 and applied to loan No 26 and No 59 respectivley**<br><br>Last 4 digits of account number:  0026 | **3/23/2016** | **$54,669.50** |

**Part 3:**    **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

| Debtor | Institute of Cardiovascular Excellence, PLLC | Case number (if known) | 3:16-bk-01491 |

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. Institute of Cardiovascular Excellence, PLLC vs. American International Biotechnology, LLC dba American International Biotechnology Services<br>2013-CA-3886 | Judgment for $200k to be paid at $10,000 per month | Circuit Court of Marion County, Florida | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.2. Comer Consulting, Inc. vs. Institute of Cardiovascular Excellence, PLLC<br>35-2016-SC-000778-AXXX-XX | Small Claims for consulting | Lake County Civil | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. Casey Moore, as Personal Representative of the Estate of Sheri Moore, deceased vs. Institute of Cardiovascular Excellence, PLLC, Abbas Ali, MD, et al<br>422015CA002184CAAXXX | Medical Malpractice | Circuit Court of Marion County, Florida | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. Timothy Gillan vs. Asad U. Qamar, Institute of Cardiovascular Excellence, et al<br>422015CA000481CAAXXX | | Circuit Court for Marion County, Florida | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. Boston Scientific Corporation vs. Institute of Cardiovascular Excellence<br>422015CA002547CAAXXX | | Circuit Court for Marion County, Florida | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. Fifth Third Bank vs. Institute of Cardiovascular Excellence, Ice Holdings, PLLC, ICE Real Estate Holdings, LLC, et al<br>422015CA002727CAAXXX | Foreclosure | Circuit Court for Marion County, Florida<br>110 NW 1st Ave #1<br>Ocala, FL 34475 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. United States of America, ex rel. Robert A. Green and Holly A. Taylor vs. Dr. Asad U. Qamar and the Institute of Cardiovascular Excellence, PLLC<br>5:11-CV-00406-10TBS | Qui Tam FCA | USDC Middle District of FL - Ocala Div | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.8. United States of America and the State of Florida ex rel. Holly Taylor vs. Dr. Asad Qamar and Institute of Cardiovascular Excellence<br>5:15-CV-00179-WTH-TBS | Qui Tam FCA | USDC Middle District of FL | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Part 4: | Certain Gifts and Charitable Contributions |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Institute of Cardiovascular Excellence, PLLC** | Case number *(if known)* **3:16-bk-01491** |
|---|---|---|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | **American Cancer Society** | **Cash donation** | **2/24/2014, 4/23/2014** | **$5,300.00** |
| | Recipients relationship to debtor **None** | | | |
| 9.2. | **American Heart Association** | **Cash donation** | **8/6/2014, 2/5/2015, 8/27/2015** | **$55,000.00** |
| | Recipients relationship to debtor **None** | | | |
| 9.3. | **Boys and Girls Club of Marion County** | **Cash donation** | **5/1/2014** | **$10,000.00** |
| | Recipients relationship to debtor **None** | | | |
| 9.4. | **EMIT at Forest HS** | **Cash donation** | **4/23/2014** | **$1,000.00** |
| | Recipients relationship to debtor **None** | | | |
| 9.5. | **Families in Need** | **Cash donation** | **5/23/2014** | **$1,000.00** |
| | Recipients relationship to debtor **None** | | | |
| 9.6. | **For Kids Sake Foundation** | **Cash donation** | **9/22/2014** | **$1,000.00** |
| | Recipients relationship to debtor **None** | | | |
| 9.7. | **Golden Hills Investors, LLC** | **Cash donation for cancer fund raiser** | **3/24/2014** | **$7,500.00** |
| | Recipients relationship to debtor **None** | | | |
| 9.8. | **Honoring The Father Ministries** | **Cash donation** | **2/26/2014** | **$10,700.00** |
| | Recipients relationship to debtor **None** | | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor    **Institute of Cardiovascular Excellence, PLLC**                    Case number *(if known)*  **3:16-bk-01491**

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.9. | **Jane Moerlie** | **Cash gift, school district campaign** | **10/21/2014** | **$1,000.00** |
| | **Recipients relationship to debtor** **None** | | | |
| 9.10. | **March of Dimes Foundation** | **Cash donation** | **3/12/14, 2/23/2015** | **$2,000.00** |
| | **Recipients relationship to debtor** **None** | | | |
| 9.11. | **Neptune Ventures** | **Cash donation** | **7/28/2014** | **$1,500.00** |
| | **Recipients relationship to debtor** **None** | | | |
| 9.12. | **New Horizon Academy** | **Cash donation** | **3/27/2014** | **$1,000.00** |
| | **Recipients relationship to debtor** **None** | | | |
| 9.13. | **Ocala Power United** | **Cash donation** | **11/4/2014** | **$1,500.00** |
| | **Recipients relationship to debtor** **None** | | | |
| 9.14. | **Ocala Royal Dames for Cancer Research** | **Cash donation** | **3/5/2015** | **$10,000.00** |
| | **Recipients relationship to debtor** **None** | | | |
| 9.15. | **OTOW Lions Club** | **Cash donation** | **3/27/2014** | **$1,000.00** |
| | **Recipients relationship to debtor** **None** | | | |
| 9.16. | **Pakistan Society of North Texas** | **Cash donation** | **9/4/2014** | **$5,000.00** |
| | **Recipients relationship to debtor** **None** | | | |
| 9.17. | **PREM** | **Cash donation** | **6/30/2015** | **$10,000.00** |
| | **Recipients relationship to debtor** **None** | | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor   **Institute of Cardiovascular Excellence, PLLC**                     Case number *(if known)*   **3:16-bk-01491**

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.18. | **Tee Time for Tots** | **Cash donation** | **2/24/2014** | **$1,000.00** |
| | Recipients relationship to debtor<br>**None** | | | |

---

## Part 5:    Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| | | | |

## Part 6:    Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Furr and Cohen, P.A.**<br>**2255 Glades Road**<br>**Suite 337W**<br>**Boca Raton, FL 33431** | | **4/20/2016** | **$55,000.00** |
| | Email or website address<br>**furrcohen.com** | | | |
| | Who made the payment, if not debtor?<br>**Humeraa Qamar** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

---

Debtor   **Institute of Cardiovascular Excellence, PLLC**                     Case number *(if known)*   **3:16-bk-01491**

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
| --- | --- | --- | --- |

| Part 7: | Previous Locations |
| --- | --- |

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
| --- | --- | --- |
| 14.1. | **2754 Dora Avenue Tavares, FL 32778** | |
| 14.2. | **1507 Buenos Aries Blvd Lady Lake, FL 32159** | |
| 14.3. | **3515 SE 17th St., Suite Ocala, FL 34471** | |
| 14.4. | **733 US Hwy 466 Lady Lake, FL 32159** | |
| 14.5. | **8750 SW Hwy 200 Ocala, FL 34481** | |
| 14.6. | **1050 Old Camp Rd. The Villages, FL 32162** | |
| 14.7. | **2020 Nigtengale Lane Tavares, FL 32778** | |
| 14.8. | **3602 Wedgewood Lane The Villages, FL 32162** | |
| 14.9. | **316 Interlake Blvd Lake Placid, FL 33852** | |
| 14.10. | **3591 South Highlands Ave Sebring, FL 33870** | |

| Part 8: | Health Care Bankruptcies |
| --- | --- |

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
| --- | --- | --- |
| 15.1. **Institute of Cardiovascular Excellence PLLC 4730 SW 49th Rd Ocala, FL 34474** | **Outpatient Medical** | |
| | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider.  **4730 SW 49th Rd Ocala, FL 34474** | **How are records kept?** *Check all that apply:* |

Debtor    **Institute of Cardiovascular Excellence, PLLC**    Case number (if known)    **3:16-bk-01491**

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | ■ Electronically<br>■ Paper |
| 15.2.   **Institute of Cardiovascular Excellence**<br>**10435 SE 170th Place**<br>**Summerfield, FL 34491** | **Outpatient Medical no meals or housing** | |
| | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider.<br>**10435 SE 170th Place**<br>**Summerfield, FL 34491** | **How are records kept?**<br><br>*Check all that apply:*<br><br>■ Electronically<br>■ Paper |
| 15.3.   **Institute of Cardiovascular Excellence**<br>**412 Noble Avenue**<br>**Williston, FL 32696** | **Outpatient Medical no meals or housing** | |
| | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider.<br>**412 Noble Avenue**<br>**Williston, FL 32696** | **How are records kept?**<br><br>*Check all that apply:*<br><br>■ Electronically<br>■ Paper |
| 15.4.   **Institute of Cardiovascular Excellence**<br>**1950 Laurel Manor Drive**<br>**The Villages, FL 32162** | **Outpatient Medical no meals or housing** | |
| | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider.<br>**1950 Laurel Manor Drive**<br>**The Villages, FL 32162** | **How are records kept?**<br><br>*Check all that apply:*<br><br>■ Electronically<br>■ Paper |

**Part 9:**   **Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

■ Yes. State the nature of the information collected and retained.

> **Medical Records**
>
> Does the debtor have a privacy policy about that information?
> ☐ No
> ■ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

■ Yes. Does the debtor serve as plan administrator?

> ☐ No Go to Part 10.
> ■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **Institute of Cardiovascular Excellence PLLC Retirement Plan** | EIN:  **26-39999808** |

> Has the plan been terminated?
> ☐ No

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Institute of Cardiovascular Excellence, PLLC** | Case number *(if known)* **3:16-bk-01491** |
|---|---|---|

■ Yes

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **TD Bank**<br>**2437 SE 17th St**<br>**Ocala, FL 34470** | **XXXX-3019** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | **June 2015** | **$0.00** |
| 18.2. | **Regions Bank**<br>**1700 SE 17th St**<br>**Ocala, FL 34471** | **XXXX-4775** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | **September 2015** | **$0.00** |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it<br>Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **The Storage Depot of Ocala, Inc.**<br>**9085 SW State Rd 200**<br>**Ocala, FL 34481** | **Nancy Sombat,**<br>**Administrator**<br>**4930 SW 49th Rd**<br>**Ocala, FL 34474** | **Medical Records** | ☐ No<br>■ Yes |
| **Fort Knox Self Storage**<br>**13634 US-441**<br>**Lady Lake, FL 32159** | **Nancy Sombat,**<br>**Administrator**<br>**4930 SW 49th Rd**<br>**Ocala, FL 34474** | **Medical Records** | ☐ No<br>■ Yes |

| **Part 11:** | **Property the Debtor Holds or Controls That the Debtor Does Not Own** |
|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **Institute of Cardiovascular Excellence, PLLC** | Case number *(if known)* **3:16-bk-01491** |
|---|---|---|

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

## Part 12:    Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

## Part 13:    Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Institute of Cardiovascular Excellence, PLLC** _____    Case number *(if known)*    **3:16-bk-01491** _____

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    **Jameson Vicars & Co., CPA's**<br>**100 Wallace Avenue**<br>**Sarasota, FL 34237** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.    **Jameson Vicars & Co., CPA's**<br>**100 Wallace Avenue**<br>**Sarasota, FL 34237** | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Jameson Vicars & Co., CPA's**<br>**100 Wallace Avenue**<br>**Sarasota, FL 34237** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.    **Fifth Third Bank**<br>**PO Box 740789**<br>**Cincinnati, OH 45274-0789** |
| 26d.2.    **Fifth Third Bank**<br>**c/o Michael E. Strach**<br>**Carlton Fields**<br>**100 SE Second St., Suite 420**<br>**Miami, FL 33101-2113** |
| 26d.3.    **SBA South Florida District**<br>**100 S. Biscayne Blvd.**<br>**7th Floor**<br>**Miami, FL 33131** |
| 26d.4.    **Community Bank & Trust of FL**<br>**1603 SW 19th Ave**<br>**Ocala, FL 34471** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Institute of Cardiovascular Excellence, PLLC**                    Case number *(if known)*    **3:16-bk-01491**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **ICE Holdings PLLC** | **4930 SW 49th Rd**<br>**Ocala, FL 34471** | **Managing Member** | **100** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Asad Qamar MD** | **3275 NW 85th Terrace**<br>**Ocala, FL 34482** | **Manager** | **0** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
□ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

□ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **See attached list** | | | **Updates needed** |
| | Relationship to debtor | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

□ No
■ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| **ICE Holdings, PLLC** | **EIN:    27-1767372** |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

□ No
■ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| **Institute of Cardiovascular Excellence, PLLC Retirement Plan (Currently in name of Medical Institute)** | **EIN:    26-39999808** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Institute of Cardiovascular Excellence, PLLC**                Case number *(if known)*  **3:16-bk-01491**

---

**Part 14:**    Signature and Declaration

> **WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
> 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 11, 2016**

**/s/ Asad Qamar**                                        **Asad Qamar**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **Manager**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
■ Yes

## Institute of Cardiovascular Excellence PLLC.  Case No. 16-01491

Payments to Vendors >$6425 Made between 1/21/2016 and 4/20/2016

| Date | Name | Amount |
|------|------|--------|
| 01/28/2016 | Best Cleaning Service of Ocala | 5,000.00 |
| 02/29/2016 | Best Cleaning Service of Ocala | 1,200.00 |
| 03/22/2016 | Best Cleaning Service of Ocala | 2,000.00 |
| | **Best Cleaning Service of Ocala Total** | **8,200.00** |
| 02/17/2016 | Colonial Life | 8,848.73 |
| | **Colonial Life Total** | **8,848.73** |
| 01/30/2016 | Henry Schein | 2,000.00 |
| 01/30/2016 | Henry Schein | 2,000.00 |
| 01/30/2016 | Henry Schein | 2,000.00 |
| 01/30/2016 | Henry Schein | 2,000.00 |
| 01/30/2016 | Henry Schein | 1,071.50 |
| 02/29/2016 | Henry Schein | 2,000.00 |
| 02/29/2016 | Henry Schein | 2,000.00 |
| 02/29/2016 | Henry Schein | 2,000.00 |
| 03/24/2016 | Henry Schein | 3,000.00 |
| 03/29/2016 | Henry Schein | 2,294.72 |
| 03/31/2016 | Henry Schein | 3,000.00 |
| | **Henry Schein Total** | **23,366.22** |
| 01/30/2016 | Infinity Innovations LLC | 8,000.00 |
| 02/26/2016 | Infinity Innovations LLC | 85,000.00 |
| 03/02/2016 | Infinity Innovations LLC | 20,000.00 |
| 03/07/2016 | Infinity Innovations LLC | 6,300.00 |
| 03/08/2016 | Infinity Innovations LLC | 20,000.00 |
| 03/08/2016 | Infinity Innovations LLC | 10,000.00 |
| 03/16/2016 | Infinity Innovations LLC | 65,000.00 |
| 03/22/2016 | Infinity Innovations LLC | 51,000.00 |
| 03/29/2016 | Infinity Innovations LLC | 55,000.00 |
| 04/05/2016 | Infinity Innovations LLC | 27,000.00 |
| 04/13/2016 | Infinity Innovations LLC | 73,000.00 |
| | **Infinity Innovations LLC Total** | **420,300.00** |
| 03/08/2016 | IT Network Solutions Group, LLC | 3,000.00 |
| 03/10/2016 | IT Network Solutions Group, LLC | 4,000.00 |
| 04/01/2016 | IT Network Solutions Group, LLC | 5,000.00 |
| 04/21/2016 | IT Network Solutions Group, LLC | 5,000.00 |
| | **IT Network Solutions Group, LLC Total** | **17,000.00** |
| 01/30/2016 | McKesson Specialty Care Distribution | 10,557.50 |
| 02/29/2016 | McKesson Specialty Care Distribution | 10,557.50 |
| 03/25/2016 | McKesson Specialty Care Distribution | 10,557.50 |
| | **McKesson Specialty Care Distribution Total** | **31,672.50** |
| 04/19/2016 | Medtronic USA Inc | 45,000.00 |
| | **Medtronic USA Inc Total** | **45,000.00** |
| 02/29/2016 | Norman Weinstein | 5,000.00 |
| 03/01/2016 | Norman Weinstein | 5,000.00 |
| 03/29/2016 | Norman Weinstein | 5,000.00 |
| 04/05/2016 | Norman Weinstein | 5,000.00 |
| | **Norman Weinstein Total** | **20,000.00** |
| 01/28/2016 | SECO 1203/4003 | 6,332.68 |
| 01/28/2016 | SECO 1203/4003 | 909.53 |
| 03/01/2016 | SECO 1203/4003 | 844.25 |
| 03/01/2016 | SECO 1203/4003 | 44.31 |
| | **SECO 1203/4003 Total** | **8,130.77** |
| 03/07/2016 | SECO 7013051902 | 2,800.00 |
| 03/22/2016 | SECO 7013051902 | 3,181.77 |
| 03/31/2016 | SECO 7013051902 | 6,042.28 |
| | **SECO 7013051902 Total** | **12,024.05** |
| 01/30/2016 | TD Bank | 4,000.00 |
| 01/30/2016 | TD Bank | 3,500.00 |
| 01/30/2016 | TD Bank | 3,000.00 |
| 01/30/2016 | TD Bank | 2,000.00 |
| 02/29/2016 | TD Bank | 5,000.00 |
| 02/29/2016 | TD Bank | 3,000.00 |

**DRAFT**

Privileged and Confidential
Attorney-Client Work Product

Institute of Cardiovascular Excellence PLLC.  Case No. 16-01491

Payments to Vendors >$6425 Made between 1/21/2016 and 4/20/2016

| Date | Name | Amount |
|------|------|--------|
| 02/29/2016 | TD Bank | 2,500.00 |
| 02/29/2016 | TD Bank | 2,100.00 |
| 02/29/2016 | TD Bank | 1,500.00 |
| 02/29/2016 | TD Bank | 1,500.00 |
| 02/29/2016 | TD Bank | 1,000.00 |
| 02/29/2016 | TD Bank | 1,000.00 |
|  | **TD Bank Total** | **30,100.00** |
| 02/01/2016 | TD Equipment Finance, Inc. | 2,970.96 |
| 03/01/2016 | TD Equipment Finance, Inc. | 2,970.96 |
| 04/01/2016 | TD Equipment Finance, Inc. | 2,970.96 |
|  | **TD Equipment Finance, Inc. Total** | **8,912.88** |
| 03/10/2016 | TD Visa (MERCANTILE) | 3,000.00 |
| 03/10/2016 | TD Visa (MERCANTILE) | 3,000.00 |
| 03/23/2016 | TD Visa (MERCANTILE) | 2,800.00 |
|  | **TD Visa (MERCANTILE) Total** | **8,800.00** |
| 02/11/2016 | The Medical Institute | 40,000.00 |
| 03/22/2016 | The Medical Institute | 40,000.00 |
|  | **The Medical Institute Total** | **80,000.00** |
| 03/03/2016 | Tracy Mabry Law PA | 10,000.00 |
|  | **Tracy Mabry Law PA Total** | **10,000.00** |
| 01/28/2016 | Windstream Communications--Main Office | 31,422.04 |
| 03/01/2016 | Windstream Communications--Main Office | 31,605.90 |
|  | **Windstream Communications--Main Office Total** | **63,027.94** |
| 02/16/2016 | Zenith Insurance Company | 6,986.00 |
|  | **Zenith Insurance Company Total** | **6,986.00** |
|  | **Grand Total** | **802,369.09** |

**DRAFT**
Privileged and Confidential
Attorney-Client Work Product

Institute of Cardiovascular Excellence PLLC.  Case No. 16-01491

Payments  on Debts  2/1/2015 and 4/20/2016  to, cosigned by or guaranteed by insider

**Attachment to SOFA Q #4**

Creditor:          Fifth Third Bank

Cosigned by:     ICE Holdings LLC

Guaranteed by:  Dr. Asad Qamar

| Date | Creditor | Amount | |
|------|----------|-------:|--:|
| 01/05/2016 | Fifth Third Bank | 12,000.00 | |
| 01/19/2016 | Fifth Third Bank | 3,000.00 | |
| | **Fifth Third Bank Total** | **15,000.00** | 15,000.00 |
| 01/23/2015 | Fifth Third Bank 18 | 9,546.32 | 9,546.32 |
| 02/24/2015 | Fifth Third Bank 18 | 9,546.32 | 9,546.32 |
| 03/24/2015 | Fifth Third Bank 18 | 9,546.32 | 9,546.32 |
| 04/24/2015 | Fifth Third Bank 18 | 9,546.32 | 9,546.32 |
| 05/22/2015 | Fifth Third Bank 18 | 9,546.32 | 9,546.32 |
| 06/24/2015 | Fifth Third Bank 18 | 9,546.32 | 9,546.32 |
| 07/24/2015 | Fifth Third Bank 18 | 9,546.32 | 9,546.32 |
| 08/24/2015 | Fifth Third Bank 18 | 9,546.32 | 9,546.32 |
| 09/24/2015 | Fifth Third Bank 18 | 9,546.32 | 9,546.32 |
| 10/23/2015 | Fifth Third Bank 18 | 9,546.32 | 9,546.32 |
| 11/24/2015 | Fifth Third Bank 18 | 9,546.32 | 9,546.32 |
| 12/24/2015 | Fifth Third Bank 18 | 9,546.32 | 9,546.32 |
| 02/29/2016 | Fifth Third Bank 18 | 9,546.32 | 9,546.32 |
| | **Fifth Third Bank 18 Total** | **124,102.16** | 124,102.16 |
| 01/09/2015 | Fifth Third Bank 67 | 38,609.99 | 38,609.99 |
| 02/10/2015 | Fifth Third Bank 67 | 40,027.75 | 40,027.75 |
| 03/08/2015 | Fifth Third Bank 67 | 39,362.86 | 39,362.86 |
| 04/08/2015 | Fifth Third Bank 67 | 39,862.16 | 39,862.16 |
| 05/08/2015 | Fifth Third Bank 67 | 39,590.79 | 39,590.79 |
| 06/08/2015 | Fifth Third Bank 67 | 39,682.63 | 39,682.63 |
| 07/08/2015 | Fifth Third Bank 67 | 39,418.77 | 39,418.77 |

Institute of Cardiovascular Excellence PLLC.   Case No. 16-01491

Payments  on Debts  2/1/2015 and 4/20/2016  to, cosigned by or guaranteed by insider

**Attachment to SOFA Q #4**

Creditor:        Fifth Third Bank

Cosigned by:    ICE Holdings LLC

Guaranteed by:  Dr. Asad Qamar

| Date | Creditor | Amount | |
|------|----------|--------|--|
| 08/08/2015 | Fifth Third Bank 67 | 39,515.21 | 39,515.21 |
| 09/08/2015 | Fifth Third Bank 67 | 39,427.32 | 39,427.32 |
| 10/09/2015 | Fifth Third Bank 67 | 39,177.81 | 39,177.81 |
| 11/08/2015 | Fifth Third Bank 67 | 39,244.58 | 39,244.58 |
| 12/10/2015 | Fifth Third Bank 67 | 38,983.32 | 38,983.32 |
| 03/23/2016 | Fifth Third Bank 67 | 54,669.50 | 54,669.50 |
| | **Fifth Third Bank 67 Total** | **527,572.69** | 527,572.69 |
| 01/01/2015 | Fifth Third Bank 75 | 2,396.81 | 2,396.81 |
| 02/01/2015 | Fifth Third Bank 75 | 2,396.81 | 2,396.81 |
| 03/20/2015 | Fifth Third Bank 75 | 2,396.81 | 2,396.81 |
| 04/01/2015 | Fifth Third Bank 75 | 2,396.81 | 2,396.81 |
| 05/21/2015 | Fifth Third Bank 75 | 2,396.81 | 2,396.81 |
| 06/01/2015 | Fifth Third Bank 75 | 2,396.81 | 2,396.81 |
| 07/21/2015 | Fifth Third Bank 75 | 2,396.81 | 2,396.81 |
| 08/21/2015 | Fifth Third Bank 75 | 2,396.81 | 2,396.81 |
| 09/01/2015 | Fifth Third Bank 75 | 2,396.81 | 2,396.81 |
| 10/21/2015 | Fifth Third Bank 75 | 2,396.81 | 2,396.81 |
| 11/01/2015 | Fifth Third Bank 75 | 2,396.81 | 2,396.81 |
| 12/01/2015 | Fifth Third Bank 75 | 2,396.81 | 2,396.81 |
| 01/01/2016 | Fifth Third Bank 75 | 2,396.81 | 2,396.81 |
| | **Fifth Third Bank 75 Total** | **31,158.53** | 31,158.53 |
| 01/30/2015 | Fifth Third Bank 83 | 5,775.25 | 5,775.25 |
| 02/27/2015 | Fifth Third Bank 83 | 5,775.25 | 5,775.25 |
| 03/30/2015 | Fifth Third Bank 83 | 5,775.25 | 5,775.25 |

## Institute of Cardiovascular Excellence PLLC.  Case No. 16-01491

Payments  on Debts  2/1/2015 and 4/20/2016  to, cosigned by or guaranteed by insider

**Attachment to SOFA Q #4**

Creditor:        Fifth Third Bank

Cosigned by:    ICE Holdings LLC

Guaranteed by:  Dr. Asad Qamar

| Date | Creditor | Amount | |
|------|----------|--------|---|
| 04/30/2015 | Fifth Third Bank 83 | 5,775.25 | 5,775.25 |
| 05/29/2015 | Fifth Third Bank 83 | 5,775.25 | 5,775.25 |
| 06/30/2015 | Fifth Third Bank 83 | 5,775.25 | 5,775.25 |
| 07/30/2015 | Fifth Third Bank 83 | 5,775.25 | 5,775.25 |
| 08/28/2015 | Fifth Third Bank 83 | 5,775.25 | 5,775.25 |
| 09/30/2015 | Fifth Third Bank 83 | 5,775.25 | 5,775.25 |
| 10/30/2015 | Fifth Third Bank 83 | 5,775.25 | 5,775.25 |
| 11/30/2015 | Fifth Third Bank 83 | 5,775.25 | 5,775.25 |
| 12/24/2015 | Fifth Third Bank 83 | 5,775.25 | 5,775.25 |
| | **Fifth Third Bank 83 Total** | **69,303.00** | 69,303.00 |
| 01/20/2015 | Fifth Third Bank LOC | 2,085.95 | 2,085.95 |
| 02/25/2015 | Fifth Third Bank LOC | 2,085.95 | 2,085.95 |
| 03/20/2015 | Fifth Third Bank LOC | 2,564.64 | 2,564.64 |
| 04/20/2015 | Fifth Third Bank LOC | 5,099.85 | 5,099.85 |
| 05/20/2015 | Fifth Third Bank LOC | 5,897.83 | 5,897.83 |
| 06/25/2015 | Fifth Third Bank LOC | 6,004.01 | 6,004.01 |
| 07/20/2015 | Fifth Third Bank LOC | 5,810.33 | 5,810.33 |
| 08/20/2015 | Fifth Third Bank LOC | 6,004.00 | 6,004.00 |
| 09/20/2015 | Fifth Third Bank LOC | 6,004.01 | 6,004.01 |
| 10/20/2015 | Fifth Third Bank LOC | 5,810.33 | 5,810.33 |
| 11/20/2015 | Fifth Third Bank LOC | 2,324.14 | 2,324.14 |
| 04/08/2016 | Fifth Third Bank LOC | -62,000.00 | 62,000.00 |
| | **Fifth Third Bank LOC Total** | **-12,308.96** | 111,691.04 |
| 01/12/2015 | Fifth Third Bank- MasterCard | 100,776.77 | 100,776.77 |

## Institute of Cardiovascular Excellence PLLC.  Case No. 16-01491

Payments  on Debts  2/1/2015 and 4/20/2016  to, cosigned by or guaranteed by insider

**Attachment to SOFA Q #4**

Creditor:        Fifth Third Bank

Cosigned by:   ICE Holdings LLC

Guaranteed by:  Dr. Asad Qamar

| Date | Creditor | Amount | |
|------|----------|-------:|--:|
| 01/12/2015 | Fifth Third Bank- MasterCard | 17,257.04 | 17,257.04 |
| 01/27/2015 | Fifth Third Bank- MasterCard | 286,653.13 | 286,653.13 |
| 01/28/2015 | Fifth Third Bank- MasterCard | 16,479.67 | 16,479.67 |
| 02/10/2015 | Fifth Third Bank- MasterCard | 171,397.08 | 171,397.08 |
| 02/24/2015 | Fifth Third Bank- MasterCard | 141,310.55 | 141,310.55 |
| 03/02/2015 | Fifth Third Bank- MasterCard | 3,770.15 | 3,770.15 |
| 03/10/2015 | Fifth Third Bank- MasterCard | 68,092.74 | 68,092.74 |
| 03/24/2015 | Fifth Third Bank- MasterCard | 651,264.42 | 651,264.42 |
| 04/02/2015 | Fifth Third Bank- MasterCard | 3,170.77 | 3,170.77 |
| 04/07/2015 | Fifth Third Bank- MasterCard | 66,484.60 | 66,484.60 |
| 04/21/2015 | Fifth Third Bank- MasterCard | 82,628.53 | 82,628.53 |
| 05/04/2015 | Fifth Third Bank- MasterCard | 7,348.55 | 7,348.55 |
| 05/05/2015 | Fifth Third Bank- MasterCard | 93,434.08 | 93,434.08 |
| 05/19/2015 | Fifth Third Bank- MasterCard | 125,050.50 | 125,050.50 |
| 06/09/2015 | Fifth Third Bank- MasterCard | 2,178.62 | 2,178.62 |
| 06/16/2015 | Fifth Third Bank- MasterCard | 20,146.59 | 20,146.59 |
| 06/30/2015 | Fifth Third Bank- MasterCard | 80,438.92 | 80,438.92 |
| 07/14/2015 | Fifth Third Bank- MasterCard | 268,405.71 | 268,405.71 |
| 07/28/2015 | Fifth Third Bank- MasterCard | 118,110.30 | 118,110.30 |
| 08/03/2015 | Fifth Third Bank- MasterCard | 110,000.00 | 110,000.00 |
| 08/11/2015 | Fifth Third Bank- MasterCard | 173,198.81 | 173,198.81 |
| 08/11/2015 | Fifth Third Bank- MasterCard | 8,110.30 | 8,110.30 |
| 09/11/2015 | Fifth Third Bank- MasterCard | 179.00 | 179.00 |
| 09/15/2015 | Fifth Third Bank- MasterCard | 1,859.39 | 1,859.39 |

Institute of Cardiovascular Excellence PLLC.  Case No. 16-01491

    Payments  on Debts  2/1/2015 and 4/20/2016  to, cosigned by or guaranteed by insider

Attachment to SOFA Q #4

Creditor:        Fifth Third Bank

Cosigned by:    ICE Holdings LLC

Guaranteed by:  Dr. Asad Qamar

| Date | Creditor | Amount | |
|------|----------|--------|--|
| 12/21/2015 | Fifth Third Bank- MasterCard | 136.00 | 136.00 |
| | **Fifth Third Bank- MasterCard Total** | **2,617,882.22** | 2,617,882.22 |
| 01/12/2015 | Fifth Third Bank swap interest | 2,991.09 | 2,991.09 |
| 02/10/2015 | Fifth Third Bank swap interest | 2,939.66 | 2,939.66 |
| 03/10/2015 | Fifth Third Bank swap interest | 2,606.00 | 2,606.00 |
| 04/10/2015 | Fifth Third Bank swap interest | 2,834.34 | 2,834.34 |
| 05/11/2015 | Fifth Third Bank swap interest | 2,689.50 | 2,689.50 |
| 06/10/2015 | Fifth Third Bank swap interest | 2,734.11 | 2,734.11 |
| 07/10/2015 | Fifth Third Bank swap interest | 2,596.57 | 2,596.57 |
| 08/08/2015 | Fifth Third Bank swap interest | 2,633.76 | 2,633.76 |
| 09/10/2015 | Fifth Third Bank swap interest | 2,584.75 | 2,584.75 |
| 10/13/2015 | Fifth Third Bank swap interest | 2,440.17 | 2,440.17 |
| 11/30/2015 | Fifth Third Bank swap interest | 2,490.68 | 2,490.68 |
| 12/10/2015 | Fifth Third Bank swap interest | 2,369.62 | 2,369.62 |
| | **Fifth Third Bank swap interest Total** | **31,910.25** | 31,910.25 |

## Institute of Cardiovascular Excellence PLLC.  Case No. 16-01491

**Payments, Distributions, Withdrawals by Insiders 4/21/2015 - 4/20/2016**

**Attachment to SOFA Q#30**

| Date | Insider | Amount |
|------|---------|--------|
| 01/28/2016 | Asad Qamar, MD | $     5,000.00 |
| 02/17/2016 | Asad Qamar, MD | 10,000.00 |
| 02/24/2016 | Asad Qamar, MD | 5,000.00 |
| 02/26/2016 | Asad Qamar, MD | 5,000.00 |
| 02/29/2016 | Asad Qamar, MD | 50.00 |
| 03/01/2016 | Asad Qamar, MD | 30,000.00 |
| 03/22/2016 | Asad Qamar, MD | 10,000.00 |
| 03/31/2016 | Asad Qamar, MD | 1,200.00 |
| 04/05/2016 | Asad Qamar, MD | 10,000.00 |
| 04/06/2016 | Asad Qamar, MD | 10,000.00 |
| | Total Asad Qamar, MD | $    86,250.00 |
| | | |
| 01/16/2015 | ICE Holdings PLLC | $    50,000.00 |
| 01/22/2015 | ICE Holdings PLLC | 100,000.00 |
| 02/03/2015 | ICE Holdings PLLC | 50,000.00 |
| 02/06/2015 | ICE Holdings PLLC | 200,000.00 |
| 02/10/2015 | ICE Holdings PLLC | 250,000.00 |
| 02/26/2015 | ICE Holdings PLLC | 300,000.00 |
| 03/03/2015 | ICE Holdings PLLC | 400,000.00 |
| 05/12/2015 | ICE Holdings PLLC | 40,000.00 |
| 05/28/2015 | ICE Holdings PLLC | 5,000.00 |
| 06/15/2015 | ICE Holdings PLLC | 8,000.00 |
| 07/23/2015 | ICE Holdings PLLC | 59,000.00 |

## Institute of Cardiovascular Excellence PLLC.  Case No. 16-01491

**Payments, Distributions, Withdrawals by Insiders 4/21/2015 - 4/20/2016**

**Attachment to SOFA Q#30**

| Date | Insider | Amount |
|---|---|---|
| 08/28/2015 | ICE Holdings PLLC | 12,000.00 |
| 09/03/2015 | ICE Holdings PLLC | 10,000.00 |
| 09/11/2015 | ICE Holdings PLLC | 27,000.00 |
| 09/16/2015 | ICE Holdings PLLC | 7,000.00 |
| 09/21/2015 | ICE Holdings PLLC | 15,000.00 |
| 09/23/2015 | ICE Holdings PLLC | 30,000.00 |
| 10/26/2015 | ICE Holdings PLLC | 5,000.00 |
| 10/29/2015 | ICE Holdings PLLC | 5,000.00 |
| 11/25/2015 | ICE Holdings PLLC | 5,000.00 |
| 12/24/2015 | ICE Holdings PLLC | 5,000.00 |
| 1/19/2016 | ICE Holdings PLLC | 5,000.00 |
| 1/26/2016 | ICE Holdings PLLC | 2,479.54 |
| 03/02/2016 | ICE Holdings PLLC | 20,000.00 |
|  | **ICE Holdings PLLC Total** | $1,610,479.54 |
| 01/01/2015 | ICE Real Estate Holdings LLC | 58,300.00 |
| 02/01/2015 | ICE Real Estate Holdings LLC | 58,300.00 |
| 03/01/2015 | ICE Real Estate Holdings LLC | 58,300.00 |
| 04/01/2015 | ICE Real Estate Holdings LLC | 58,300.00 |
| 07/01/2015 | ICE Real Estate Holdings LLC | 25,000.00 |
| 07/06/2015 | ICE Real Estate Holdings LLC | 10,000.00 |
| 07/27/2015 | ICE Real Estate Holdings LLC | 8,000.00 |
| 08/28/2015 | ICE Real Estate Holdings LLC | 19,000.00 |
| 09/28/2015 | ICE Real Estate Holdings LLC | 10,000.00 |
| 09/29/2015 | ICE Real Estate Holdings LLC | 40,000.00 |

**DRAFT**
Privileged and Confidential
Attorney-Client Work Product

## Institute of Cardiovascular Excellence PLLC.  Case No. 16-01491

### Payments, Distributions, Withdrawals by Insiders 4/21/2015 - 4/20/2016
#### Attachment to SOFA Q#30

| Date | Insider | Amount |
|---|---|---|
| 09/29/2015 | ICE Real Estate Holdings LLC | 5,000.00 |
| 10/20/2015 | ICE Real Estate Holdings LLC | 5,000.00 |
| 10/29/2015 | ICE Real Estate Holdings LLC | 32,000.00 |
| 10/29/2015 | ICE Real Estate Holdings LLC | 20,000.00 |
| 11/30/2015 | ICE Real Estate Holdings LLC | 12,000.00 |
| 12/02/2015 | ICE Real Estate Holdings LLC | 25,000.00 |
| 12/28/2015 | ICE Real Estate Holdings LLC | 7,599.09 |
| 1/4/2016 | ICE Real Estate Holdings LLC | 37.00 |
| 1/5/2016 | ICE Real Estate Holdings LLC | 35,548.40 |
| 1/19/2016 | ICE Real Estate Holdings LLC | 3,307.00 |
| 2/1/2016 | ICE Real Estate Holdings LLC | 15,000.00 |
| 2/4/2016 | ICE Real Estate Holdings LLC | 35,000.00 |
| 3/1/2016 | ICE Real Estate Holdings LLC | 14,000.00 |
| 03/31/2016 | ICE Real Estate Holdings LLC | 1,711.80 |
| | **Total ICE Real Estate Holdings LLC** | **$  556,403.29** |
| 01/01/2015 | Rolls-Royce Motor Cars | 3,969.19 |
| 03/01/2015 | Rolls-Royce Motor Cars | 3,969.19 |
| 03/31/2015 | Rolls-Royce Motor Cars | 3,969.19 |
| 05/01/2015 | Rolls-Royce Motor Cars | 3,969.19 |
| 06/01/2015 | Rolls-Royce Motor Cars | 3,969.19 |
| 07/01/2015 | Rolls-Royce Motor Cars | 3,969.19 |
| 08/31/2015 | Rolls-Royce Motor Cars | 3,969.19 |
| 10/01/2015 | Rolls-Royce Motor Cars | 3,969.19 |
| 10/29/2015 | Rolls-Royce Motor Cars | 3,969.19 |
| 12/01/2015 | Rolls-Royce Motor Cars | 3,969.19 |
| | **Rolls-Royce Motor Cars Total** | **$    39,691.90** |

**DRAFT**
Privileged and Confidential
Attorney-Client Work Product