UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
Jacksonville Division
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| INSTITUTE OF CARDIOVASCULAR EXCELLENCE, PLLC, | Case No. 3:16-bk-01491-JAF Jointly Administered with |
| ICE HOLDINGS, PLLC, | Case No. 3:16-bk-01492-JAF |
| ICE REAL ESTATE HOLDINGS, LLC, | Case No. 3:16-bk-01493-JAF |
| Debtors. _____/ | |

## FINAL REPORT AND MOTION FOR ENTRY OF FINAL DECREE

Pursuant to Local Rule 3022-1(a), the undersigned, counsel for INSTITUTE OF CARDIOVASCULAR EXCELLENCE, PLLC, ICE HOLDINGS, PLLC and ICE REAL ESTATE HOLDINGS, LLC (the "Debtors"), file this Final Report and Motion for Final Decree and represent:

1. The joint plan of liquidation in this case was confirmed on **April 6, 2018 [ECF No. 681]**. The plan provided that each holder of an allowed general unsecured claim against the Debtors would share a pro rata distribution in a total distribution in an amount held by the estate, after administrative expenses were paid. Said distribution to Class 8 general unsecured claims was $0.00 as the estate was unable to collect from AHCA sufficient funds in order to pay administrative expenses, and had no other source of funds or revenue.

2. The deposit required by the plan has been distributed and all matters to be completed upon the effective date of the confirmed plan have been fulfilled or completed.

3. There are no longer any pending adversary proceedings or contested matters which would affect the substantial consummation of this case.

4. All administrative claims and expenses have been paid in full, or appropriate arrangements have been made for the prorata payment thereof. A summary of fees and expenses is as follows:

| | |
|---|---|
| $N/A | Fee for Attorney for Trustee |
| $30,544.88 | Fee for Attorney for Debtor |
| $1,950 | U.S. Trustee (fees required by 28 U.S.C. §1930) |
| $All Paid | Clerk of Court (fees required by 28 U.S.C. §1930) |
| $24,308.55 | Other Professionals (GlassRatner) |
| $2,081.66 | ALL expenses, including Trustee's [See attached Exhibit A] |

5.  Once the partial payments of administrative expenses are paid (as there are insufficient funds to pay administrative expenses in full), and UST fees are paid, there will be no funds left in any of the estates.

6.  Attached as Exhibit A is a distribution report detailing the payments made under the plan.

The undersigned respectfully requests that this court enter a final decree and close these fully administered cases.

I certify that a copy of this report and attachments was served via e-mail to the U.S. Trustee's office on February 14, 2020.

Furr Cohen, P.A.
*Attorneys for the Debtors*
2255 Glades Road, Suite 301E
Boca Raton, Florida 33486
(561) 395-0500- (561) 338-7532- fax
/s/ *Aaron A. Wernick*
Aaron A. Wernick, Esq.
Florida Bar No. 14059
E-mail: awernick@furrcohen.com

## EXHIBIT A

CASE NAME: INSTITUTE OF CARDIOVASCULAR EXCELLENCE PLLC
Case No. 3:16-bk-01491-JAF
ICE HOLDINGS, PLLC
Case No. 3:16-bk-01492-JAF
ICE REAL ESTATE HOLDINGS, LLC
Case No. 3:16-bk-01493-JAF


The following payments have been made pursuant to the plan of reorganization:


See attached.

**Institute of Cardiovascular Excellence**
**ICE Holdings, PLLC**
**ICE Real Estate Holdings, LLC**

|  | ICE Holdings | ICE RE | ICE | Total | % | Pro-Rata Distribution |
|---|---|---|---|---|---|---|
| East West Bank as of December 31, 2019 | $ - | $ - | $ 59,007.09 | $ 59,007.09 | | |
| Less Estimated Bank Charges - Feb-Mar | 0.00 | 0.00 | (122.00) | (122.00) | | |
| Total Cash | 0.00 | 0.00 | 58,885.09 | 58,885.09 | | |
| | | | | | | |
| UST Fees 4th Q 2019 | | (325.00) | (325.00) | (650.00) | | |
| Estimated Future Admin - UST Fees 1 Q 2020 | (325.00) | (325.00) | (650.00) | (1,300.00) | | |
| Professional Post Confirmation Expenses (paid 100%) | | | (2,081.66) | (2,081.66) | | |
| Net Cash Available | (325.00) | (650.00) | 55,828.43 | 54,853.43 | | 54,853.43 |
| | | | | | | |
| Professional Fees: | | | | | | |
| Furr Cohen Post Confirmation | | | 38,135.00 | 38,135.00 | 55.7% | 30,544.88 |
| GlassRatner Post Confirmation | | | 30,349.00 | 30,349.00 | 44.3% | 24,308.55 |
| Total Post Confirmation Professional Fees | - | - | 68,484.00 | 68,484.00 | 100.0% | 54,853.43 |
| | | | | | | |
| Furr Cohen -unpaid from Confirmation Final | - | - | 30,326.50 | 30,326.50 | | |
| Tracy Mabry - unpaid from Confirmation Final | | | 8,686.80 | 8,686.80 | | |
| GlassRatner - unpaid from Confirmation Final | | | 27,395.90 | 27,395.90 | | |
| Total Pre-Confirmation Professional Fees | - | - | 66,409.20 | 66,409.20 | | - |
| | | | | | | |
| Total Professional Fees | - | - | 134,893.20 | 134,893.20 | 41% | 54,853.43 |
| | | | | | | - |
| Unsecured Claims | | | 8,573,603.46 | 8,573,603.46 | 0 | 0 |

**Outstanding Priority Checks:**

| | | |
|---|---|---|
| Norman Karl Weinstein, M.D. includes payroll taxes | | 14,442.03 |
| | | $ 14,442.03 |